UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> - v. - <br><br> BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORPORATION, and DOES 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. ) ) ) ) ) ) 05 11062 EFH ) |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to District of Massachusetts Local Rule 7.3(A), plaintiff Freedom Wireless, Inc. by its undersigned counsel, states as follows:

<u>Parent Corporation</u>:   None.

<u>Publicly-Held Companies owning more than 10% of Freedom Wireless, Inc.</u>:   None

Respectfully submitted,

FREEDOM WIRELESS INC.,

By its attorneys,

/s/ Paul F. Ware
Paul F. Ware, P.C. (BBO # 516240)
John Kenneth Felter, P.C. (BBO # 162540)
Douglas C. Doskocil (BBO #558949)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: May 20, 2005

LIBA/1549299.1