AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FREEDOM WIRELESS, INC.,

Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

```
Alltel Corporation
1 Allied Drive
Little Rock, AK  72202
```

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE

Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me¹ | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                              *Signature of Server*

_____
*Address of Server*

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of MASSACHUSETTS

Case Number: 05 11062-EFH

Plaintiff:
**FREEDOM WIRELESS, INC.**
vs.
Defendant:
**BOSTON COMMUNICATIONS GROUP, INC., ET AL**

For: Mr. Francis Kelleher
    GODWIN, PROCTER, & HOAR

Received by MYERS ATTORNEY'S SERVICE on the 19th day of September, 2005 at 1:29 pm to be served on **ALLTEL CORPORATION, 1 ALLIED DRIVE, LITTLE ROCK, AR 72202.** I, _____, being duly sworn, depose and say that on the ___ day of _____, 20___ at ___ __.m. executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBITS 1 & 2, PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT, AND REPORT ON THE FILING OF A PATENT ACTION** in accordance with state statutes in the manner marked below:

( ) GOV. AGENCY: By Serving _____ As _____ of the within named agency.

( ) CORPORATE SERVICE: By Serving _____ As _____

( ) OTHER SERVICE See Comments Below.

( ) NON SERVICE. See Comments Below

Service Was Completed At: _____

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____
NOTARY PUBLIC

PROCESS SERVER #
Appointed in accordance
with State Statutes

**MYERS ATTORNEY'S SERVICE**
Regions Center
400 West Capitol, Suite 1248
Little Rock, AR 72201
(501) 376-6266
Our Job Serial Number: 2005010258