AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Dobson Communications Corporation
14201 Wireless Way
Oklahoma City, OK 73134

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

*(signature)* Deputy Clerk

DATE: SEP 16 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-19-2005 |
| NAME OF SERVER (PRINT) LARRY LANCASTER | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 14201 Wireless Way Oklahoma City, OK

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Herbert K Kenary, Associate Corporate Counsel

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-19-2005
                 Date

Signature of Server

217 N. Harvey #102
Address of Server
Oklahoma City, OK
73102

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED LEGAL SERVICES

217 N. Harvey, Suite 102  
Oklahoma City OK 73102

Office # : (405) 232-8432  
Fax Line: (405) 232-8442  
Toll Free: (888) 232-8432

## AFFIDAVIT OF CORPORATE/PARTNERSHIP SERVICE

Freedom Wireless, Inc.

VS

Boston Communications Group, Inc.

Date Received 19-Sep-05  
Case #:  
Court Date  
Court

Under Penalty of Perjury Affiant Certifies the Following:

### DOCUMENTS SERVED:

Summons and Amended Complaint with Exhibits, Corporate Disclosure Statement, Filing Report

Dobson Communications Corporation served by serving Herbert K. Kenney, the Associate Coprorate Counsel of said entity on the date of 9/19/05 at the address of 14201 Wireless Way within Oklahoma County at the time of 2:28:00 PM.

Affiant further States:   Naught

AFFIANT / Lancaster, Larry L. / PSS 2005-21

SWORN AND SUBSCRIBED TO BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF OKLAHOMA, OKLAHOMA COUNTY

On Monday, September 19, 2005

Notary Public

SUSAN ALONGI  
NOTARY  
#01015311  
EXP. 10/17/09  
PUBLIC  
STATE OF OKLAHOMA