AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of
### MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORPORATION, et. al.

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Honolulu Wireless Corp.
580 N Vineyard Blvd,
Honolulu, HI 96817

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

SEP 16 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

CV#05-11062-EFH

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me¹ | SEP 18 2005 @ 7:45 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ERIC SCHROEDER | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Honolulu Wireless, Inc., served thru Howard B.H. Pang, corp. officer & agent at 2570 Cemetary Ave., Honolulu, Hawaii

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  SEP 18 2005
            Date                     Signature of Server

HAWAI'I LEGAL SERVICES
1164 Bishop Street, Suite 124-#2
Honolulu, Hawaii 96813.

Address of Server

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.