AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Cincinnati Bell Wireless
201 E. 4th Street
Cincinnati, OH 45202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

SEP 16 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/19/05 |
| NAME OF SERVER (PRINT) | TITLE |
| [illegible signature] | Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: _204 WEST 7TH ST._
_Cincinnati, OH 45202_

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _Security officer, Kroger Co. Store_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

US DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREEDOM WIRELESS, INC.
V
BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORPORATION, et al

CASE NO.: 05-11062-EFH

State of Ohio:      ss
County of Hamilton                                              AFFIDAVIT OF SERVICE

Before me, a Notary Public, in and for said state, personally appeared Ronald D. Marshall, who being by me duly sworn, deposes and says that he did attempt to serve a Summons in a Civil Case, Amended Complaint (with exhibits 1 and 2), Corporate Disclosure Statement, and Patent Report on Cincinnati Bell Wireless at 209 West 7th Street, Cincinnati, Ohio 45202.

Manner of Service:

( ) By personally delivering to the person/authorized agent of the entity being served being:

(X) By leaving, at the offices of the entity being served, leaving same with person apparently in charge thereof or authorized to accept service being: Security Officer Morningstar.

( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household, being,

( ) By posting copies in a conspicuous manner to the address of the person/entity being served and mailing by first class mail.

( ) Unable to serve. Unknown at the given address

Served on: September 19, 2005 at 11:05 a/m

Description (approximate)  Sex: M  Age: 40  Race: W  Height: 6'0"  Weight: 200  Hair: Brown

_____
Process Server

Sworn to before me and signed in my presence this _19TH_ day of _SEPTEMBER_, 2005

(Signed) _Betty A. Marshall_
Notary Public, State of Ohio

Betty A. Marshall
Notary Public
State of Ohio
My Commission Expires 10/13/08