AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

*Evelyn Bening Rivera*
*Case Eth. Coordinator*

FREEDOM WIRELESS, INC.,

Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Bluegrass Cellular, Inc. *2902 Ring Rd 270-769-0839*
615 North Mulberry
Suite 204
Elizabethtown, Kentucky 42701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

SEP 16 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9-19-05 |
| NAME OF SERVER (PRINT) Stephen J. Goldstein | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 115 North Mulberry E-town KY

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/19/05
Date

Signature of Server

2117 Heyhland Ave
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Goldstein & Associates**
2117 Highland Ave. Louisville, KY 40204
www.goldsteinandassociates.com

# AFFIDAVIT OF SERVICE

CASE# 05-11062-EFH

Service of Process on: Bluegrass Cellular

State Of: KY

County Of: Jefferson

Name of Server: ~~Steve Recder~~ Stephen J. Goldstein, undersigned, being duly sworn, deposes and says that at the time of the services, s/he was over the age of 21, was not a party to this action;

Date and Time of Service: that on the 19 day of Sept 20 05, at 1:06 P o'clock P M

Place of Service: at 615 North Mulberry, in E-town KY 42701

Documents Served: the undersigned served the documents described as: Summons

Service of Process on: A true and correct copy of the aforesaid document(s) was served on: Bluegrass Cellular

Person Served and Method of Service: By delivering them into the hands of the individual/ officer/ or managing agent who's name and title is: Evelyn Boning-fure

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color: W    Hair Color: Brown
Approx. Age 40 ; Approx. Height 5'7 ; Approx. Weight 120/55

Signature of Server:
Undersigned declares under penalty of perjury
Subscribed and sworn to before me on:
9-19-05
Signature of Server    date    Notary Public

Notary Public
Commission Expires
Oct. 17, 2007