LIBA/1549357.1
AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

FREEDOM WIRELESS, INC.,

      Plaintiff,

      V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO:  (NAME AND ADDRESS OF DEFENDANT)

Uintah Basin Electronic Telecommunications
3843 South Highway 40
Roosevelt, UT 84066

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

SEP 16 2005

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                     Date                              *Signature of Server*

_____
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

## U. S. District Court of Massachusetts
Name of Court

## 05-11062-EFH
Case Number

Freedom Wireless, Inc.     vs.     Boston Communications Group Inc., et. al.
Plaintiff                                    Defendant

I, _____ Sara Kump _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to the above entitled action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _____ Uintah Basin Electronic Telecommunications _____

with _____ Summons and Complaint _____

by leaving with _Jodie Miles_ _Administrative Assistant_ at
Name                                    Relationship

☐ Residence  ☒ Business  _211 E. 2___ N. Roosevelt, UT_
Address of Service

On _9/1/05_ at _4:10pm_
Date              Time

## Manner of Service:
☒ **Personal:** By personally delivering copies to the person / entity being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household of a suitable age.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person / entity being served with the person apparently in charge thereof.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person / entity being served for the following reason(s):
☐ **Unknown at Address**   ☐ **Moved, Left no Forwarding**   ☐ **Service Cancelled by Litigant**
☐ **Unable to Serve in Timely Fashion**   ☐ **Address Does Not Exist**
☐ **Other:** _____

**Service Attempts:**   Service was attempted on: (1) _____
Date              Time

(2) _____   (3) _____
Date         Time              Date              Time

_Sara Kump_                                    _9/20/05_
Signature of Process Server                        Date

## Notary Public
Subcribed and sworn to before me this
___ day of _Sept_, 20__
_____
Signature of Notary
My commision expires: _9-1-__

(This space provided for notary stamp, if required.)

**Tinsley Investigative Services, Inc.**
P.O. Box 1884, Orem, UT 84059 - Phone:  801-222-0887  Fax:  801-222-0980