LIBA/1549357.1
AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of _____
MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Illinois Valley Cellular RSA 2, Inc.
200 Riverfront Drive
Marseilles, IL 61341

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

SEP 1 6 2005

CLERK

DATE

/s/ Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                              *Signature of Server*

                                        _____
                                        *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Freedom Wireless, Inc. )
Plaintiff, )
V )   05-11062 EFH
Boston Communications Group, Inc., et al. )
Defendants. )

## AFFIDAVIT

I, _Frank Sudnick_, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on _7-19-05_ 2005 at _11:35_ _A_.M. I served this Summons, Complaint with Exhibits 1 & 2, Corporate Disclosure Form, and report of the filing of an action regarding a patent or trademark upon **Illinois Valley Cellular RSA2, Inc.** at 200 Riverfront Drive, Marseilles, IL 61341 by serving:

Name: _Pam Craig_

Title: _Roaming Administrator_

Description: Sex: _F_, Race: _C_, Age: _50_

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

_Frank Sudnick_
Process Server

Signed and Sworn To
Before Me This _19th_ day
Of September, 2005.

_Carol A. Schloeder_
Notary Public



"OFFICIAL SEAL"
CAROL A. SCHLOEDER
Notary Public, State of Illinois
My Commission Expires 7/14/07