LIBA/1549357.1
AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

South Canaan Telephone
a/k/a Socantel Network
Route 296
South Canaan, PA 18459

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

SEP 16 2005

DATE

Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                      *Signature of Server*

                                  _____
                                   *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me¹ | September 19, 2005  3:45PM |
| NAME OF SERVER (PRINT)  Francis R. Hedglin | TITLE  Process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: South Canaan Telephone Route 296 South Canaan PA. 18459

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Ronald Reeder, Corporate Officer

☐ Returned unexecuted:

☒ Other (specify): age 55, white male, 5'9", 200 lbs. brown hair, glasses

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 21, 2005
Date

*Signature of Server*
Francis R. Hedglin

Clarks Summit PA. 18411
*Address of Server*

[Notary seal: PATRICIA M. MONGIELLO, Notary Public, Borough of Clarks Summit, Lackawanna County]

As to who may serve a Summons see Rule 4 of the Federal Rules of Civil Procedure.