AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Matanuska Telephone Association
480 Commercial Dr.
Palmer, Alaska 99645

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

SEP 16 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date                          *Signature of Server*

                                        _____
                                        *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Freedom Wireless, Inc.

-vs-

Boston Communications, Inc. et. al.

05-11062-EFH

# RETURN OF SERVICE

I certify that on <u>Monday, September 19, 2005</u> at <u>10:10 a.m.</u> I served the following documents:

Summons in a Civil Case, Complaint for Patent Infringement, First, Second, and Third Claim for Relief, Prayer for Relief, Jury Trial Demand & Exhibits

for service upon <u>Matanuska Telephone Association</u>,

by leaving a true and correct copy with Connie Egger, Executive Assitant located at <u>MTA Wireless - 480 Commercial Dr.</u> in Palmer, Alaska

SUBSCRIBED AND SWORN to before me on September 20, 2005

_____  
Civilian Process Server / Todd Severson

_____  
Notary Public in and for the State of Alaska.

Client: Goodwin Procter  
  Exchange Place   Boston, MA. 02109  
Attention:  
File No:  
Service Fee: $60.00  
Mileage: $0.00  
Endeavor: $15.00   Rush Service  
Endeavor: $40.00   80 miles @ 0.50/ mile  
Total: $115.00

InQuest  
445 G Street, Suite 500  
Anchorage, Alaska 99501  
(907) 272-2301