AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of
MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

First Cellular of Southern Illinois
14 E. Ninth St.
Mount Carmel, IL 62863

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

_Deputy Clerk_

SEP 16 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                          *Signature of Server*

                                          _____
                                          *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Freedom Wireless, Inc.  )
Plaintiff,  )
V  )   05-11062 EFH
Boston Communications Group, Inc., et al.  )
Defendants.  )

## AFFIDAVIT

I, __Thomas E. Perry__, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on __September 19 2005__ at __10:00__ A.M. I served this Summons, Complaint with Exhibits 1 & 2, Corporate Disclosure Form, and report of the filing of an action regarding a patent or trademark upon **First Cellular Of Southern Illinois** at 14 E. Ninth St., Mount Carmel, IL 62863 by serving:

Name: _Benitka Bell_

Title: _Sr. Admin_

Description. Sex: _Female_ Race: _wh_, Age: _27_

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

_____
Process Server

Signed and Sworn To
Before Me This __19__ day
Of September, 2005.

_Barbara Kolb_
Notary Public  Barbara Kolb
Resident of Gibson County, IN