AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of
### MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Brazos Cellular
109 Avenue D
Olney, TX 76374

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_signature_
Deputy Clerk

SEP 16 2005
DATE

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 09-19-05 |
| NAME OF SERVER (PRINT) MICHAEL DOWD | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): LEFT COPIES FOR BRAZOS CELLULAR WITH KAY MADERA THE OFFICE MANAGER

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09/19/05          *Michael Dowd*
             Date              Signature of Server

1606 AUSTIN ST. WICHITA FALLS, TX. 76301
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Trans-American Court Services Of Wichita Falls, Texas

| Authorization For: | |
|---|---|
| Defendants: BRAZOS CELLULAR | Date Sent: 09/19/05 |

Please state:
What took place.
Why not found.
Whom you spoke with (Apt. Manager, neighbor, etc.) What did she say?
If business, name of business located here and whom you spoke with.
Did you check directory mail box, phone book?
Vehicles seen? License Plate# Assigned parking?
Called given phone #? Answering Machine? Name given on Machine.
If there is any additional information.

### FIRST ATTEMPT
Date: 09/19/2005  Time: 12:45 P.M.  Address: 109 N. AVE D. OLNEY, TX 76374
WHAT TOOK PLACE: LEFT THE SUMMONS + COMPLAINT WITH KAY MADERA THE OFFICE MANAGER

### SECOND ATTEMPT
Date: __/__/200_  Time: ____.M.  Address: _____
WHAT TOOK PLACE: _____

### THIRD ATTEMPT
Date: __/__/200_  Time: ____.M.  Address: _____
WHAT TOOK PLACE: _____

### FORTH ATTEMPT
Date: __/__/200_  Time: ____.M.  Address: _____
WHAT TOOK PLACE: _____

_Michael Dowd_

Signed and sworn to by MICHAEL DOWD before me this 19 day of Sept, 2005

Notary Public, _____

DEBBIE TEDROW
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 08-26-2008