AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____
MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Cellular One of East Central Illinois
28 Towne Centre
Danville, IL 61832-5843

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

Deputy Clerk

SEP 16 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-19-05 |
| NAME OF SERVER (PRINT) Lawrence T. Allen | TITLE Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: _Joe Mullica Leroy Recor Con Mgr_
_28 Town Centre Danville, IL    9-19-05  9:45 a.m._

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-19-05
            Date

_Lawrence T. Allen_
Signature of Server

_17 N. Vermilion Danville, IL_
Address of Server

Smith Investigations Inc.
Lawrence T Allen
IL. Lic. 117-001038

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Freedom Wireless, Inc.          )
Plaintiff,                      )
V                               )        05-11062 EFH
Boston Communications Group, Inc., et al.  )
Defendants.                     )

## AFFIDAVIT

I, _Lawrence T. Allen_, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on _Sept 19_, 2005 at _9:45 A_.M. I served this Summons, Complaint with Exhibits 1 & 2, Corporate Disclosure Form, and report of the filing of an action regarding a patent or trademark upon **Cellular One of East Central Illinois** at 28 Towne Centre, Danville, IL 61832-5843 by serving:

Name: _Jerry Geren_

Title: _Gen Mgr._

Description: Sex: _M_, Race: _W_, Age: _50_

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

"OFFICIAL SEAL"
Kimberly S. Serd
Notary Public, State of Illinois
My Commission Exp. 04/25/2009

_J T Allen_
Process Server

Signed and Sworn To
Before Me This _19_ day
Of September, 2005.

_Kimberly Serd_
Notary Public

Smith Investigations Inc.
Lawrence T Allen
IL. Lic. 117-001038