AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

FREEDOM WIRELESS, INC.,

       Plaintiff,

       V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

       Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05-11062-EFH

TO:  ( NAME AND ADDRESS OF DEFENDANT)

Mountain State Cellular
5571 N. Glenwood St.
Boise, ID 83714

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this
summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

       Deputy Clerk

SEP 1 6 2005

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

_____
*Signature of Server*

_____
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF
## MASSACHUSETTS

Freedom Wireless Inc.,

                                  Plaintiff(s):

vs.

Boston Communications Group,        Defendant(s):
Inc., Alltel Corporation, et. al..

**AFFIDAVIT OF SERVICE**

Case Number: 05-11062-EFH

For:
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

STATE OF IDAHO            )
                                :ss
COUNTY OF ADA           )

Received by TRI-COUNTY PROCESS SERVING on September 19, 2005 to be served on **MOUNTAIN STATE CELLULAR**.

I, Michael J. Devries, who being duly sworn, depose and say that on Monday, September 19, 2005, at 7:10 PM, I:

**SERVED** the within named **Mountain State Cellular** by delivering a true copy of the **Summons, Complaint for Patent Infringement, Exhibits 1 and 2, Report on the Filing on a Patent Action, Plaintiff's Corporate Disclosure Statement** to Candace Urness, Corporate Secretary, a person authorized to accept service on behalf of Mountain State Cellular. Said service was effected at **2224 N. Ram Avenue, Eagle, ID 83616**.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Our Reference Number: 42239

Subscribed and sworn before me today
Tuesday, September 20, 2005

**TRI-COUNTY PROCESS SERVING**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Notary Public for the State of Idaho
Residing at Nampa, Idaho
My Commission Expires on October 2, 2006