AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

v.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et al.

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Mid-Missouri Telephone Co.
215 Roe Street
Pilot Grove, MO 65276

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

Deputy Clerk

SEP 16 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 09/19/2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Gerald J. Scott | Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 215 Roe, Pilot Grove, Missouri

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/20/2005
             Date

Signature of Server

Address of Server
1305 W 5
Sedalia MO 65301

[Notary signature] 9-20-05
Notary Public

[Notary Seal: ANNE C GARDNER, STATE OF MISSOURI]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.