AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of
### MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Appalachian Wireless
355 Village Dr.
Prestonsburg, KY 41653

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

Deputy Clerk

SEP 14 2005

DATE

9-19-05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-19-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Steve McNeer | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 355 Village Dr. Prestonsburg KY

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-19-05
              Date

Signature of Server

Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Goldstein & Associates*
*2117 Highland Ave. Louisville, KY 40204*
*www.goldsteinandassociates.com*

# AFFIDAVIT OF SERVICE

CASE# 05-11062-EFH

Service of Process on: Appalachian Wireless

State Of: KY

County Of: Jefferson

Name of Server: Steve McNear, undersigned, being duly sworn, deposes and says that at the time of the services, s/he was over the age of 21, was not a party to this action;

Date and Time of Service: that on the 19 day of Sept 2005, at 1:45 o'clock P M

Place of Service: at 355 Village Dr, in Prestonsburg KY 41653

Documents Served: the undersigned served the documents described as: Summons

Service of Process on: A true and correct copy of the aforesaid document(s) was served on: Appalachian Wireless

Person Served and Method of Service: By delivering them into the hands of the individual/ officer/ or managing agent who's name and title is: Dan Van Hoose - Manager Legal

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color: W    Hair Color: Black
Approx. Age 40 ; Approx. Height 5'10 ; Approx. Weight 170 lbs

Signature of Server: Undersigned declares under penalty of perjury
Subscribed and sworn to before me on:

_____  9-15-05  9/23/05  _____
Signature of Server       date              Notary Public