AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Bauce Communications of Beaumont, Inc.
1305 Campus Parkway
Neptune, NJ   07753

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

Deputy Clerk

SEP 16 2005

DATE

Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8955
File # to be ppd #720

| | |
|---|---|
| FREEDOM WIRELESS, INC. ) <br> ) <br> V.  ) <br> ) <br> BOSTON COMMUNICATIONS GROUP, INC., ET AL. ) <br> ) | United States District Court <br> District of Massachusetts <br> Docket/Index # 05-11062-EFH <br><br> **Affidavit of Service** |

**State of New Jersey**
                        SS:
**County of Monmouth**

I, **J. Michael Pagan** being duly sworn according to law upon my oath, depose and say that I am a citizen of the United States, that I am over the age of eighteen, that I am a competent adult, that I do not have a direct interest in the litigation and that I reside in the State of New Jersey.

That on **September 20, 2005** at **10:30 AM**, deponent served the within named **Summons in a Civil Case and Complaint, Exhibits 1 and 2, Plaintiff's Corporate Disclosure Statement** upon **Bauce Communications of Beaumont, Inc..** Said service was effected at **Bauce Communications of Beaumont, Inc., 3349 Rt. 138, Building A, Wall Township, NJ 07712**, in the following manner;

A domestic/foreign corporation, by delivering thereat a true copy of each to **Rita McKnight** personally. Deponent knew said corporation so served to be the corporation described as **Bauce Communications of Beaumont, Inc.** and knew said individual to be the **Authorized Supervisor** thereof, an authorized person to accept service of process.

**Rita McKnight** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **Black** Hair: **Black** Age(Approx): **35** Ht.(Approx): **5' 6"** Wt.(Approx): **170-180 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on September 20, 2005

K. A. Pagan, Notary Public of New Jersey
My Commission Expires 4/14/2010

J. Michael Pagan, Process Server