UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, INC., )<br>ALLTEL CORP., BAKERSFIELD CELLULAR, )<br>DOBSON COMMUNICATIONS CORP., )<br>HONOLULU WIRELESS, CINCINNATI BELL )<br>WIRELESS, BLUEGRASS CELLULAR, INC., )<br>C1 ARIZONA, THUMB CELLULAR LLC, )<br>GREAT LAKES OF IOWA INC. a/k/a )<br>CELLONE OR IOWA ONE, UINTAH BASIN )<br>ELECTRONIC TELECOMMUNICATIONS dba )<br>UBET WIRELESS, ILLINOIS VALLEY )<br>CELLULAR RSA 2, INC. a/k/a ILLINOIS )<br>VALLEY CELLULAR, NEBRASKA )<br>WIRELESS TELEPHONE CO., SOUTH )<br>CANAAN TELEPHONE CO., MATANUSKA )<br>TELPHONE ASSOCIATION dba MTA )<br>WIRELESS, FIRST CELLULAR OF )<br>SOUTHERN ILLINOIS, BRAZOS CELLULAR )<br>INC., CELLULAR ONE OF EAST CENTRAL )<br>ILLINOIS, FARMERS CELLULAR, )<br>MOUNTAIN STATE CELLULAR INC., MID- )<br>MISSOURI TELEPHONE CO., EAST )<br>KENTUCKY NETWORK LLC dba )<br>APPALACHIAN WIRELESS, BAUCE )<br>COMMUNICATIONS OF BEAUMONT, INC. )<br>dba CENTENNIAL WIRELESS a/k/a )<br>CENTENNIAL COMMUNICATIONS CORP., )<br>BTC MOBILITY, MOBILETEL INC., and DOES )<br>1-20 et al., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 05-11062-EFH |

2624/0682137.01

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1), plaintiff Freedom Wireless, Inc. hereby dismisses defendants Honolulu Wireless and Mountain State Cellular, Inc. from the above named action without prejudice. Dismissal without prejudice is appropriate as neither party has yet answered the complaint or filed any substantive response.

Dated: October 3, 2005

Respectfully submitted,

FREEDOM WIRELESS, INC.
By their attorneys

  /s/ Douglas C. Doskocil
Paul Ware (BBO #512240)
Douglas C. Doskocil (BBO #558949)
John Kenneth Felter, P.C. (BBO #162540)
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

A. William Urquhart
Marshall M. Searcy III
Erica Taggart
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(*Of Counsel*)

Attorneys for plaintiff Freedom Wireless, Inc.