LIBA/1549357.1
AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Thumb Cellular LLC
7585 Pigeon Road
Pigeon, MI 48755

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

SEP 16 2005

DATE

_Deputy Clerk_

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Monday 9-19-05 3:15/P |
| NAME OF SERVER (PRINT) | TITLE |
| James Garcia | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 82 S. Main Pigeon, MI 48755
  % Jule Strieter

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Monday 9-19-05
             Date

Signature of Server
James Garcia

Address of Server
441 N. State St. Caro, MI 48723

Shirley Peterson
SHIRLEY PETERSON
Notary Public, State of Michigan, County of Tuscola
My Commission Expires Sept. 26, 2007
Acting in the County of Tuscola

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.