IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -6  P 3: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-11062 EFH |
| v. ) | |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ASSENTED-TO MOTION TO EXTEND THE TIME
### TO RESPOND TO THE COMPLAINT

Defendants hereby request that the time for them to move, answer or otherwise plead in response to the Complaint be extended through and including October 25, 2005. The defendants and plaintiff Freedom Wireless, Inc. have conferred regarding this motion, through counsel, and counsel for plaintiff has assented to this motion.

This motion applies only to those defendants who are currently obligated to respond to the Complaint on or before October 25, 2005. To the extent a defendant's response to the Complaint is currently due after October 25, 2005, the time to move, answer or otherwise plead in response to the Complaint for such defendants shall be unaffected by this motion, and such defendants shall respond to the Complaint within the time prescribed by Fed. R. Civ. P. 12.

This motion is made without waiver of any defendant's right to raise any defense to the Complaint, including but not limited to lack of personal jurisdiction.

A proposed form of Order is attached.

Dated: October 6, 2005

_____
Paul F. Ware, Jr. P.C. (BBO #516240)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231
*Counsel for Plaintiff*

_____
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on counsel for Freedom Wireless, Inc., Paul F. Ware, Jr., Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109 by first-class mail, postage prepaid on October 6, 2005.

_____

LIT 1497866v1