LIBA/1549357.1
AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of
### MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

    South Canaan Cellular Communications Co.
    Route 296
    P.O. Box 160
    South Canaan, PA  18459

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within \_\_20\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

DATE: SEP 16 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>October 13, 2005   11:35AM |
| NAME OF SERVER (PRINT)<br>Francis R. Hedglin | TITLE<br>Process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: South Canaan Cellular Communications Company, Route 296 South Canaan PA. 18459

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Mike Schwartz, Operations Director white male, age 60, 5'6", 180 lbs. gray hair, glasses

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 13, 2005
Date

Signature of Server: *Francis R. Hedglin*

Clarks Summit PA. 18411
Address of Server

NOTARIAL SEAL
STACEY L. MERRING
Notary Public
DUNMORE CITY, LACKAWANNA COUNTY
My Commission Expires Apr 14, 2008

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.