LIBA/1549357.1
AO 440 (Rev. 8/01) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT
### District of
### MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP,
INC., ALLTEL CORPORATION, et. al.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11062-EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

    Mid-Missouri Cellular, Inc.
    1500 South Limit
    Sedalia, MO   65301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

_Deputy Clerk_

SEP 16 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE October 12, 2005 |
| NAME OF SERVER *(PRINT)* Gerald J. Scott | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1500 S. Limit Ave., Sedalia, MO

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/13/2005
                  Date

Signature of Server

Address of Server: 1305 W 5 Sedalia MO

STATE OF MISSOURI  )
                  ) ss,
COUNTY OF PETTIS  )

Subscribed to and sworn to me this 13th day of October, 2005.

Michelle L. Wansing

(SEAL)

MICHELLE L. WANSING
Notary Public - Notary Seal
State of Missouri
County of Pettis
My Commission Exp. 03/23/2006

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.