IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 OCT 20  P 4: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and ALLTEL CORP., *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-11062 EFH |

### SECOND ASSENTED-TO MOTION TO EXTEND THE TIME
### TO RESPOND TO THE COMPLAINT

Defendants hereby request that the time for them to move, answer or otherwise plead in response to the Complaint be extended through and including November 24, 2005. The return date was previously extended with permission of the Court and plaintiff's consent to October 25, 2005. The defendants and plaintiff, Freedom Wireless, Inc., have conferred through counsel regarding this motion and counsel for plaintiff has <u>assented</u> to this motion.

This motion applies only to those defendants who are currently obligated to respond to the Complaint on or before November 24, 2005. To the extent a defendant's response to the Complaint is currently due after November 24, 2005, the time to move, answer or otherwise plead in response to the Complaint for such defendants shall be unaffected by this motion, and such defendants shall respond to the Complaint within the time prescribed by Fed. R. Civ. P. 12.

This motion is made without waiver of any defendant's right to raise any defense to the Complaint, including but not limited to lack of personal jurisdiction.

A proposed form of Order is attached.

Dated: October 20, 2005

*[signature]*
Paul F. Ware, Jr. P.C. (BBO #516240)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231
*Counsel for Plaintiff*

*[signature]*
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on counsel for Freedom Wireless, Inc., Paul F. Ware, Jr., Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109 by first-class mail, postage prepaid on October 20, 2005.

*[signature]*

LIT 1546467v.1