FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

2005 NOV 23  P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FREEDOM WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11062 EFH |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC. and ALLTEL CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick J. Sharkey, Esq., Dean G. Bostock, Esq. and the law firm of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., One Financial Center, Boston, Massachusetts, 02111, as counsel for defendant herein Boston Communications Group, Inc.

Respectfully submitted,

Date: November 23, 2005

By: /s/ Dean Bostock
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, PC**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

*Attorneys for Defendant
Boston Communications Group, Inc.*

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 11/23/05

/s/ Dean Bostock