IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV 23  P 12: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON COMMUNICATIONS GROUP,<br>INC. and NEXTEL COMMUNICATIONS,<br>INC.,<br><br>　　　　Defendants. | Civil Action No. 05-11061-EFH<br><br>**ORAL ARGUMENT REQUESTED** |
| FREEDOM WIRELESS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON COMMUNICATIONS GROUP,<br>INC., *et al.*,<br><br>　　　　Defendants. | Civil Action No. 05-11062-EFH |

**DEFENDANT BOSTON COMMUNICATION GROUP, INC.'S
MOTION FOR A STAY OF PROCEEDINGS
PENDING RESOLUTION OF THE FEDERAL CIRCUIT APPEALS**

Defendant Boston Communications Group, Inc. ("BCGI") hereby moves for a stay of proceedings in the two above-captioned patent infringement actions pending resolution of plaintiff Freedom Wireless, Inc.'s and BCGI's cross-appeals to the United States Court of Appeals for the Federal Circuit from the judgment and other orders entered by this Court in *Freedom Wireless, Inc. v. Boston Communications Group, Inc., et al.*, Civil Action No. 00-12234-EFH (D. Mass.). The points and authorities supporting this motion are set forth in the accompanying memorandum. A proposed Order is attached.

## Oral Argument Requested

BCGI respectfully requests oral argument on this motion for a stay.

## Certification Pursuant to Local Civil Rule 7.1(a)(2)

Pursuant to Rule 7.1(a)(2) of the Local Rules of this Court, undersigned counsel states that Philip A. Sechler conferred with counsel for Plaintiff and counsel for the other defendants regarding the relief sought in this motion. Counsel for all defendants (but for Nextel Communications, Inc.) consented to the relief sought in this motion. Counsel for Plaintiff and counsel for defendant Nextel Communications, Inc. declined to consent.

Dated: November 23, 2005

Respectfully submitted,

_/s/ Dean Bostock_
Patrick J. Sharkey (BBO # 454820)
Dean G. Bostock (BBO # 549747)
MINTZ LEVIN COHN FERRIS
    GLOVSKY and POPEO P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

Bruce R. Genderson
David C. Kiernan
Philip A. Sechler
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Boston Communications Group, Inc.*

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 11/23/05

_/s/ Dean Bostock_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC., <br><br> Defendants. | Civil Action No. 05-11061-EFH |
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC., et al., <br><br> Defendants. | Civil Action No. 05-11062-EFH |

## ORDER

Upon consideration of Defendant Boston Communications Group, Inc.'s Motion for a Stay of Proceedings Pending Related Cross-Appeals, it is this ____ day of _____, 2005, hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that all proceedings in these actions shall be stayed until thirty (30) days after the United States Court of Appeals for the Federal Circuit issues all mandates from the

cross-appeals by Plaintiff Freedom Wireless Inc. and BCGI in the actions captioned *Freedom Wireless, Inc. v. Boston Communications Group, Inc.*, Civil Action No. 00-12234-EFH (D. Mass.).

**SO ORDERED.**

_____
The Honorable Edward F. Harrington
United States Senior District Judge

LIT 1551565v.1