## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

2005 NOV 23  P 12: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| FREEDOM WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11062 EFH |
| | ) | |
| BOSTON COMMUNICATIONS GROUP, | ) | |
| INC., ALLTEL CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### CORPORATE DISCLOSURE STATEMENT
### OF DEFENDANT
### BOSTON COMMUNICATIONS GROUP, INC.

Pursuant to Local Rule 7.3(A), defendant Boston Communications Group, Inc. ("BCG")

makes the following corporate disclosure:

1.      Identify all parent corporations of BCG:

NONE.

2.      Identify all publicly held companies that own 10% of more of BCG's stock:

NONE.

Respectfully submitted,

Date: November 23, 2005

By:_____
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, PC**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

*Attorneys for Defendant
Boston Communications Group, Inc.*

I hereby certify that a true copy of the above
document was served upon the attorney of
record for each party by mail/hand on: 11/23/05

_____

2