IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-11062 EFH |
| BOSTON COMMUNICATIONS GROUP, INC. and ALLTEL CORP., et al., | ) |
| Defendants. | ) |

**THIRD ASSENTED-TO MOTION TO EXTEND THE TIME
TO RESPOND TO THE COMPLAINT**

The defendants listed below hereby request that the time for them to move, answer or otherwise plead in response to the Complaint be extended through and including December 5, 2005. The return date was previously extended with permission of the Court and plaintiff's consent to November 25, 2005. A further extension will allow the parties to further meet and confer about the appropriate corporate entities involved in the subject matter of this lawsuit. The below listed defendants and plaintiff, Freedom Wireless, Inc., have conferred through counsel regarding this motion and counsel for plaintiff has assented to this motion.

This requested extension of time will apply to the following defendants: Bluegrass Cellular, Inc., Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois), Centennial Cellular Operating Co., LLC, Cincinnati Bell Wireless LLC, Dobson Cellular Systems, Inc., East Kentucky Network, LLC (d/b/a Appalachian Wireless), Farmers Cellular Telephone, Inc. (d/b/a Farmers Wireless), Great Lakes of Iowa, Inc., Marseilles Cellular, Inc. (d/b/a Illinois Valley Cellular), MTA Communications (d/b/a MTA Wireless), Mid-Missouri Cellular LLP, Southern

362898.01

Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois), South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.), Thumb Cellular, Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless) (collectively, "the Regional Carriers"), South Canaan Telephone Co., and South Canaan Cellular Communications Co.

This motion is made without waiver of any defendant's right to raise any defense to the Complaint, including but not limited to lack of personal jurisdiction.

A proposed form of Order is attached.

Dated: November 23, 2005

Respectfully submitted,

SOUTH CANAAN TELEPHONE CO.,
and SOUTH CANAAN CELLULAR
COMMUNICATIONS CO.

By: _____
Timothy J. Perry (BBO# 631397)
Gregory T. Donoghue (BBO# 661480)
Preti Flaherty Beliveau Pachios
& Haley LLP
10 High Street
Suite 502
Boston MA 02110

Telephone: (617)226-3800

362898.01

By: *DGB with assent: GTD*
_____
Dean G. Bostock, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Michael H. Page
Leo L. Lam
Matthias A. Kamber
Andrew N. Shen
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704

Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Counsel for Codefendants Bluegrass Cellular, Inc., Cellular Properties, Inc., Centennial Cellular Operating Co., LLC, Cincinnati Bell Wireless LLC, Dobson Cellular Systems, Inc., East Kentucky Network, LLC, Farmers Cellular Telephone, Inc., Great Lakes of Iowa, Inc., Marseilles Cellular, Inc., MTA Communications, Mid-Missouri Cellular LLP, Southern Illinois RSA Partnership, South #5 RSA Limited Partnership, Thumb Cellular, Uintah Basin Electronic Telecommunications

3

362898.01

By:

Paul F. Ware, Jr., P.C. (BBO #516240)
Douglas C. Doskocil (BBO #558949)
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

A. William Urquhart
Marshall M. Searcy III
*EPT with assent: GTI*
Erica P. Taggart
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
(pro hac vice)

Attorneys for Plaintiff
Freedom Wireless, Inc.

4

362898.01