# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON COMMUNICATIONS GROUP, ) <br> INC. and ALLTEL CORP., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-11062 EFH |

## CORPORATE DISCLOSURE STATEMENT
## OF CERTAIN DEFENDANTS

Pursuant to Local Rule 7.3(A), the defendants identified in the table below make the following corporate disclosures:

| Defendant | Parent Companies | Publicly Held Companies Owning ≥ 10% of Stock |
|---|---|---|
| Bluegrass Cellular, Inc. | None | None |
| Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois) | None | None |
| Centennial Cellular Operating Co. LLC | Centennial Communications Corp. | None |
| Cincinnati Bell Wireless LLC | Cincinnati Bell, Inc. | None |
| Dobson Cellular Systems, Inc. | Dobson Cellular Systems, Inc. <br><br> Dobson Operating Co. LLC <br><br> Dobson Communications Corp. | None |
| East Kentucky Network LLC (d/b/a Appalachian Wireless) | None | None |

| Defendant | Parent Companies | Publicly Held Companies Owning ≥ 10% of Stock |
|---|---|---|
| Farmers Cellular Telephone, Inc. (d/b/a Farmers Cellular) | Farmers Telecommunications Cooperative | None |
| Great Lakes of Iowa | None | None |
| Marseilles Cellular, Inc. (d/b/a Illinois Valley Cellular) | MTC, Inc. | None |
| MTA Communications (d/b/a MTA Wireless) | Matanuska Telephone Assoc., Inc. | None |
| Mid-Missouri Cellular LLP | Seaport Capital Partners/David Jones<br><br>Mid-Missouri Parent LLC<br><br>MMC Holding Corp.<br><br>Mid-Missouri Cellular | None |
| Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois) | Southern Illinois Cellular Corp.<br><br>First Wireless, Inc. | None |
| South #5 RSA Ltd. Partnership (d/b/a Brazos Cellular Communications Ltd.) | Brazos Telephone Cooperative, Inc. | None |
| Thumb Cellular | None | None |
| Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless) | Uintah Basin Telecommunications Assoc., Inc. | None |

Please be advised that the names of some of the above entities as set forth in the Complaint were incorrect. We understand that an Amended Complaint correctly identifying these entities as above will be filed shortly.

Respectfully submitted,

Date: November 30, 2005            By:_____/s/_ Dean Bostock_____
                                   Patrick J. Sharkey (BBO #454820)
                                   Dean G. Bostock (BBO #549747)
                                   **MINTZ, LEVIN, COHN, FERRIS,**
                                   **GLOVSKY and POPEO, PC**
                                   One Financial Center
                                   Boston, Massachusetts 02111
                                   Telephone: (617) 542-6000
                                   Facsimile:  (617) 542-2241

                                   *Attorneys for Defendants:*

                                   *Bluegrass Cellular*
                                   *Cellular Properties, Inc.*
                                   *Centennial Cellular Operating Co.*
                                   *Cincinnati Bell Wireless LLC*
                                   *Dobson Cellular Systems, Inc.*
                                   *East Kentucky Network LLC*
                                   *Farmers Cellular Telephone, Inc.*
                                   *Great Lakes of Iowa*
                                   *Marseilles Cellular, Inc.*
                                   *MTA Communications*
                                   *Mid-Missouri Cellular LLP*
                                   *Southern Illinois RSA Partnership*
                                   *South #5 RSA Limited Partnership*
                                   *Thumb Cellular*
                                   *Uintah Basin Electronic*
                                       *Telecommunications*