UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 NOV 30  A 10: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and ALLTEL CORP., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 05-11062 EFH |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick J. Sharkey, Esq., Dean G. Bostock, Esq. and the law firm of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., One Financial Center, Boston, Massachusetts, 02111, as counsel for the following defendants in this case:

Alltel Corporation
Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois)
Centennial Cellular Operating Co. LLC
Cincinnati Bell Wireless LLC
Dobson Cellular Systems, Inc.
East Kentucky Network LLC (d/b/a Appalachian Wireless)
Farmers Cellular Telephone, Inc. (d/b/a Farmers Cellular)
Great Lakes of Iowa, Inc.
Marseilles Cellular, Inc. (d/b/a Illinois Valley Cellular)
MTA Communications (d/b/a MTA Wireless)
Mid-Missouri Cellular LLP
Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois)
South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.)
Thumb Cellular
Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless)

Respectfully submitted,

Date: November 30, 2005

By: _____
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

*Attorneys for Defendants*

*Cellular Properties, Inc. (d/b/a Cellular
One of East Central Illinois)
Centennial Cellular Operating Co. LLC
Cincinnati Bell Wireless LLC
Dobson Cellular Systems, Inc.
East Kentucky Network LLC (d/b/a
Appalachian Wireless)
Farmers Cellular Telephone, Inc. (d/b/a
Farmers Cellular)
Great Lakes of Iowa, Inc.
Marseilles Cellular, Inc. (d/b/a Illinois
Valley Cellular)
MTA Communications (d/b/a MTA
Wireless)
Mid-Missouri Cellular LLP
Southern Illinois RSA Partnership (d/b/a
First Cellular of Southern Illinois)
South #5 RSA Limited Partnership (d/b/a
Brazos Cellular Communications, Ltd.)
Thumb Cellular
Uintah Basin Electronic
Telecommunications (d/b/a UBET Wireless)*

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 11/30/05

_____

2