UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -1  A II: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON COMMUNICATIONS GROUP, ) <br> INC. and ALLTEL CORP., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-11062 EFH |

### ASSENTED-TO MOTION OF CARRIER DEFENDANTS
### TO ADMIT COUNSEL *PRO HAC VICE*

In accordance with Local Rule 83.5.3(b), through the undersigned attorneys duly admitted

to practice before this Court, the defendants listed below hereby move that Michael H. Page, Leo

L. Lam, Matthias A. Kamber and Andrew N. Shen be permitted to represent them in the above

captioned action for all matters related to this case:

    Bluegrass Cellular
    Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois)
    Centennial Cellular Operating Co., LLC
    Cincinnati Bell Wireless LLC
    Dobson Cellular Systems, Inc.
    East Kentucky Network LLC (d/b/a Appalachian Wireless)
    Farmers Cellular Telephone, Inc. (d/b/a Farmers Wireless)
    Great Lakes of Iowa
    Marseilles Cellular (d/b/a Illinois Valley Cellular)
    MTA Communications (d/b/a MTA Wireless)
    Mid-Missouri Cellular LLP
    Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois)
    South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.)
    Thumb Cellular
    Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless)

In support of this motion, the undersigned states:

1. Michael H. Page, Leo L. Lam, Andrew N. Shen and Matthias A. Kamber are attorneys with the law firm of Keker & Van Nest, 710 Sansome Street, San Francisco, California 94111.

2. Leo L. Lam, Michael H. Page and Andrew N. Shen are attorneys admitted to practice before the Bar of the State of California. Matthias A. Kamber is an attorney admitted to practice before the Supreme Judicial Court of the Commonwealth of Massachusetts, the Bar of the State of California, the Bar of the State of New York and the Bar of the District of Columbia.

3. Pursuant to Local Rule 85.5.3, Certificates setting forth the necessary information for the admission of Leo L. Lam, Michael H. Page, Andrew N. Shen and Matthias A. Kamber *pro hac vice* are submitted herewith as Exhibits A, B, C and D, respectively. The email addresses of these attorneys are as follows:

llam@KVN.com

mpage@KVN.com

ashen@KVN.com

mkamber@KVN.com

4. The undersigned members of this Bar have agreed to act as local counsel for the above-listed defendants in this proceeding and, as such, agree to be the Massachusetts recipient of all pleadings and communications on behalf of the above-listed defendants. The address and telephone number to which all such pleadings and communications may be sent are as follows:

Patrick J. Sharkey, Esq.
(psharkey@mintz.com)
Dean G. Bostock, Esq.
(dbostock@mintz.com)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Fax: (617) 542-2241

Wherefore, the undersigned respectfully request that this Court admit Leo L. Lam, Michael H. Page, Matthias A. Kamber and Andrew N. Shen *pro hac vice* to practice as visiting attorneys before this Court representing the above-listed defendants in all matters related to this proceeding. A check in the amount of $200 has been delivered to the Clerk's Office in payment of the appropriate admission fees. A proposed Order is attached hereto.

## LOCAL RULE 7.1.(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for the above-listed defendants has conferred with counsel for plaintiff regarding this motion. Counsel for plaintiff has ASSENTED to the allowance of this motion.

Respectfully submitted,

Dated: December 1, 2005

/s/ Dean Bostock
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 12/1/05

/s/ Dean Bostock

*Counsel for Above-Listed Defendants:*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., </br></br> Plaintiff, </br></br> v. </br></br> BOSTON COMMUNICATIONS GROUP, INC. and ALLTEL CORP., *et al.*, </br></br> Defendants. | Civil Action No. 05-11062 EFH |

### ORDER

This matter having been presented to the Court by Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., attorneys for defendants listed below, for the entry of an Order admitting Michael H. Page, Leo L. Lam, Matthias A. Kamber and Andrew N. Shen of the law firm Keker & Van Nest *pro hac vice*, the appropriate fees having been paid, Local Rule 83.5.3(b) Declarations having been filed, and for good cause shown:

IT IS HEREBY ORDERED that Michael H. Page, Leo L. Lam, Matthias A. Kamber and Andrew N. Shen are admitted *pro hac vice* pursuant to Local Rule 83.5.3 as attorneys for the following defendants:

Bluegrass Cellular
Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois)
Centennial Cellular Operating Co., LLC
Cincinnati Bell Wireless LLC
Dobson Cellular Systems, Inc.
East Kentucky Network LLC (d/b/a Appalachian Wireless)
Farmers Cellular Telephone, Inc. (d/b/a Farmers Wireless)
Great Lakes of Iowa
Marseilles Cellular (d/b/a Illinois Valley Cellular)

MTA Communications (d/b/a MTA Wireless)
Mid-Missouri Cellular LLP
Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois)
South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.)
Thumb Cellular
Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless).


Date:_____, 2005              _____
                                   Hon. Edward F. Harrington
                                   United States Senior District Judge

2