UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -1  A 11: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and ALLTEL CORP., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11062 EFH |

## LOCAL RULE 83.5.3(B) CERTIFICATE
## OF LEO L. LAM

I, Leo L. Lam, a partner in the firm of Keker & Van Nest, 710 Sansome Street, San Francisco, California 94111, counsel to a number of defendants in this action, hereby certify that:

1. I am a member in good standing of the Bar of the State of California;

2. There are no disciplinary proceedings pending against me as a member of the Bar of the State of California, and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

November 1, 2005

_____
Leo L. Lam