UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

v.

BOSTON COMMUNICATIONS GROUP,
INC. and ALLTEL CORP., *et al.*,

    Defendants.

Civil Action No. 05-11062 EFH

## LOCAL RULE 83.5.3(B) CERTIFICATE OF MICHAEL H. PAGE

I, Michael H. Page, a partner in the firm of Keker & Van Nest, 710 Sansome Street, San Francisco, California 94111, counsel to a number of defendants in this action, hereby certify that:

1. I am a member in good standing of the Bar of the State of California;

2. There are no disciplinary proceedings pending against me as a member of the Bar of the State of California, and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

November 1, 2005

_____
Michael H. Page