UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 DEC -1  A 11: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON COMMUNICATIONS GROUP, ) <br> INC. and ALLTEL CORP., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-11062 EFH |

### LOCAL RULE 83.5.3(B) CERTIFICATE
### OF ANDREW N. SHEN

I, Andrew N. Shen, an associate in the firm of Keker & Van Nest, 710 Sansome Street, San Francisco, California 94111, counsel to a number of defendants in this action, hereby certify that:

1. I am a member in good standing of the Bar of the State of California;

2. There are no disciplinary proceedings pending against me as a member of the Bar of the State of California, and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

November 1, 2005

_____
Andrew N. Shen