UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| FREEDOM WIRELESS, INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-11062 EFH |
| BOSTON COMMUNICATIONS GROUP, ) INC. and ALLTEL CORP., *et al.*, ) | |
| Defendants. ) | |

### LOCAL RULE 83.5.3(B) CERTIFICATE
### OF MATTHIAS A. KAMBER

I, Matthias A. Kamber, an associate in the firm of Keker & Van Nest, 710 Sansome Street, San Francisco, California 94111, counsel to a number of defendants in this action, hereby certify that:

1.  I am a member in good standing of the Bar of the Commonwealth of Massachusetts;

2.  There are no disciplinary proceedings pending against me as a member of the Bar of the State of California;

3.  I am a member in good standing of the Bar of the State of New York;

4.  There are no disciplinary proceedings pending against me as a member of the Bar of the State of New York;

5.  I am a member in good standing of the Bar of the District of Columbia;

6.  There are no disciplinary proceedings pending against me as a member of the Bar of the District of Columbia;

361460.01

7. I am a member in good standing of the Bar of the State of California;

8. There are no disciplinary proceedings pending against me as a member of the Bar of the State of California; and

9. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.


November 1, 2005

_____
Matthias A. Kamber

361460.01