UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BOSTON COMMUNICATIONS GROUP, INC.,<br>ALLTEL CORP., et. al.,<br><br>    Defendants. | Civil Action No. 05-CV-11062-EFH |

**ASSENTED TO MOTION TO EXTEND THE TIME FOR PLAINTIFF FREEDOM WIRELESS, INC. TO RESPOND TO DEFENDANT BOSTON COMMUNICATIONS GROUP, INC.'S MOTION FOR A STAY OF PROCEEDINGS PENDING RESOLUTION <u>OF THE FEDERAL CIRCUIT APPEALS</u>**

Plaintiff Freedom Wireless, Inc. ("Freedom") hereby moves for a one week extension of time to file a response to Defendant Boston Communications Group, Inc.'s ("BCGI") Motion for a Stay of Proceedings Pending Resolution of the Federal Circuit Appeals. Freedom brings this motion on the ground that defendant BCGI failed to serve counsel from Quinn Emanuel Urquhart Oliver & Hedges LLP with its motion. Defendants do not oppose Freedom's motion.

Thus, Freedom requests that it be permitted to respond to BCGI's motion on or before December 14, 2005.

Dated: December 5, 2005

Respectfully submitted,

FREEDOM WIRELESS, INC.,

By its attorneys,

/s/ Douglas C. Doskocil
Paul F. Ware, Jr. (BBO #516240)
John Kenneth Felter (BBO #162540)
Douglas C. Doskocil (BBO #558949)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

A. William Urquhart
Marshall M. Searcy III
Erica P. Taggart
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
*(Of Counsel)*

Attorneys for Plaintiff Freedom Wireless, Inc.

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Douglas C. Doskocil, certify pursuant to Local Rule 7.1(A)(2), that counsel for Freedom Wireless, Inc. conferred with counsel for Boston Communications Group, Inc., on the matters set forth in the foregoing motion and therefore report that counsel of record have assented to the relief sought herein.

/s/ Douglas C. Doskocil
Douglas C. Doskocil

LIBA/1653606.1