UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORP., et. al., <br><br> Defendants. | Civil Action No. 05-CV-11062-EFH |

**MOTION FOR ADMISSION PRO HAC VICE
OF MARSHALL M. SEARCY III AND ERICA P. TAGGART**

Pursuant to Local Rule 83.5.3(b), Plaintiff Freedom Wireless, Inc. ("Freedom"), by its undersigned attorneys, hereby moves for the admission *pro hac vice* of its counsel Marshall M. Searcy III and Erica P. Taggart.  As grounds therefore, Freedom states:

1.  Marshall M. Searcy III is an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, and is a member in good standing of the Bar of the State of California.

2.  Erica P. Taggart is an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, and is a member in good standing of the Bar of the State of California.

3.  In further support of its motion, Freedom submits herewith the Certificates of Marshall M. Searcy III and Erica P. Taggart (attached hereto as Exhibits A and B respectively), establishing that Mr. Searcy and Ms. Taggart are members in good standing of the Bar in every jurisdiction in which they have been admitted to practice; that there are no disciplinary proceedings against them in any jurisdiction; and that they are familiar with the local rules of this Court.

Dated: December 7, 2005          Respectfully submitted,

FREEDOM WIRELESS, INC.,

By its attorneys,

/s/ John Kenneth Felter
John Kenneth Felter (BBO #162540)
Paul F. Ware, Jr. (BBO #516240)
Douglas C. Doskocil (BBO #558949)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2), that on December 7, 2005 the moving party conferred with opposing counsel on the matters set forth in the foregoing motion and report that counsel neither assents to nor opposes the relief sought herein.

/s/ Francis G Kelleher
Francis G. Kelleher

LIBA/1654221.1

2

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FREEDOM WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Civil Action No. 05-11062 EFH** |
| v. | ) | |
| | ) | |
| BOSTON COMMUNICATIONS GROUP, | ) | |
| INC. and ALLTEL CORP., <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF MARSHALL M SEARCY III
## PURSUANT TO LOCAL RULE 83.5.3(b)

Marshall M. Searcy III, declares and states as follows:

1.      I am an attorney and a member of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP.  I have been a member in good standing of the Bar of the State of California since 1993.  I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2.      There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on December 6, 2005.

_____
Marshall M. Searcy III

# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FREEDOM WIRELESS, INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 05-11062 EFH** |
| v. | ) | |
| | ) | |
| BOSTON COMMUNICATIONS GROUP, | ) | |
| INC. and ALLTEL CORP., <u>et al.</u>, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## CERTIFICATE OF ERICA P. TAGGART PURSUANT TO LOCAL RULE 83.5.3(b)

Erica P. Taggart, declares and states as follows:

1.      I am an attorney and an associate of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP. I have been a member in good standing of the Bar of the State of California since December 2001. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2.      There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.


I declare under the penalty of perjury that the foregoing is true and correct. Executed on December 6, 2005.

_____
Erica P. Taggart