# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and ALLTEL CORP., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11062 EFH |

## ASSENTED-TO MOTION OF DEFENDANT
## ILLINOIS RSA PARTNERSHIP
## TO ADMIT COUNSEL *PRO HAC VICE*

In accordance with Local Rule 83.5.3(b), through the undersigned attorneys duly admitted to practice before this Court, defendant Illinois RSA Partnership d/b/a First Cellular of Southern Illinois hereby moves that Theodore F. Kommers be permitted to represent this defendant in the above captioned action for all matters related to this case.

In support of this motion, the undersigned states:

1.      Theodore F. Kommers is an attorney with the law firm of Gould & Ratner, 222 N. LaSalle Street, 8th Floor, Chicago, IL 60601.

2.      Theodore F. Kommers is admitted to practice before, and is a member in good standing of, the highest court of the State of Illinois, the United States Court of Appeal for the Seventh Circuit, the United District Court for the Northern District of Illinois and the United States Tax Court.

3. There are no disciplinary proceedings pending against Mr. Kommers as a member of the bar of any jurisdiction.

4 Pursuant to Local Rule 85.5.3, a Certificate setting forth the necessary information for the admission of Theodore F. Kommers *pro hac vice* is submitted herewith as Exhibit 1.

5. The undersigned members of this Bar have agreed to act as local counsel for defendant Illinois RSA Partnership in this proceeding and, as such, agree to be the Massachusetts recipient of all pleadings and communications on behalf of this defendant. The address and telephone number to which all such pleadings and communications may be sent are as follows:

>Patrick J. Sharkey, Esq.
>(psharkey@mintz.com)
>Dean G. Bostock, Esq.
>(dbostock@mintz.com)
>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
>One Financial Center
>Boston, MA 02111
>Telephone: (617) 542-6000
>Fax: (617) 542-2241

Wherefore, the undersigned respectfully request that this Court admit Theodore F. Kommers *pro hac vice* to practice as a visiting attorney before this Court representing defendant Illinois RSA Partnership as additional counsel in all matters related to this proceeding. A check in the amount of $50 has been delivered to the Clerk's Office in payment of the appropriate admission fee. A copy of the check is submitted as Exhibit 2. A proposed Order is submitted as Exhibit 3 hereto.

## LOCAL RULE 7.1.(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for defendant Illinois RSA Partnership has conferred with counsel for plaintiff regarding this motion. Counsel for plaintiff has ASSENTED to the allowance of this motion.

                                                        Respectfully submitted,

Dated: December 8, 2005                                 /s/ Dean Bostock
                                                        Patrick J. Sharkey (BBO #454820)
                                                        Dean G. Bostock (BBO #549747)
                                                        **MINTZ, LEVIN, COHN, FERRIS,
                                                          GLOVSKY and POPEO, P.C.**
                                                        One Financial Center
                                                        Boston, MA 02111
                                                        Tel:  (617) 542-6000
                                                        Fax: (617) 542-2241

                                                        *Counsel for Defendant
                                                        Illinois RSA Partnership*

LIT 1553178v.1

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and ALLTEL CORP., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11062 EFH |

**LOCAL RULE 83.5.3(B) CERTIFICATE
OF THEODORE F. KOMMERS**

I, Theodore F. Kommers, a partner in the firm of Gould & Ratner, 222 N. LaSalle Street, 8th Floor, Chicago, IL 60601, counsel to defendant Illinois RSA Partnership d/b/a First Cellular of Southern Illinois, hereby certify that:

1. I am a member in good standing of the bar of the Supreme Court of the State of Illinois. I am also a member in good standing to practice before the United States Court of Appeals for the Seventh Circuit, the United States District Court for the Northern District of Illinois, and the United States Tax Court;

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction;

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and

4. My email address is tkommers@gouldratner.com.

December 7, 2005

_____
Theodore F. Kommers

/308500.v1

# EXHIBIT 2



# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and ALLTEL CORP., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 05-11062 EFH |

**ORDER**

This matter having been presented to the Court by Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., attorneys for defendant Illinois RSA Partnership d/b/a First Cellular of Southern Illinois for the entry of an Order admitting Theodore F. Kommers of the law firm Gould & Ratner, 222 N. LaSalle Street, 8th Floor, Chicago, IL 60601 *pro hac vice*, the appropriate fees having been paid, a Local Rule 83.5.3(b) Declaration having been filed, and for good cause shown:

IT IS HEREBY ORDERED that Theodore K. Kommers is admitted *pro hac vice* pursuant to Local Rule 83.5.3 as attorney for defendant Illinois RSA Partnership.

Date:_____, 2005

_____
Hon. Edward F. Harrington
United States Senior District Judge