IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>                  Plaintiff,<br><br>     v.<br><br>BOSTON COMMUNICATIONS GROUP,<br>INC., et al.<br><br>                  Defendants. | Civil Action No. 05-11062 EFH |

**NEXTEL COMMUNICATIONS, INC.'S MOTION FOR 30 DAYS LEAVE
TO FILE DETAILED MEMORANDA IN SUPPORT OF ITS MOTION TO
INTERVENE, MOTION FOR RECONSIDERATION OF RULING ON MOTION FOR
ADMISSION PRO HAC VICE AND MOTION TO DISQUALIFY QUINN EMANUEL**

Moving Intervenor Nextel Communications, Inc. ("Nextel") hereby moves this Court for leave to file detailed memoranda by January 11, 2006 in support of its Motion to Intervene for Limited Purpose, Motion for Reconsideration of Ruling on Motion for Admission Pro Hac Vice of Marshall M. Searcy III and Erica P. Taggart, and Motion to Disqualify Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel") from any role as counsel in this action, on the grounds that (1) it needs such additional time to prepare appropriate memoranda, helpful to the Court, detailing the extensive relevant facts and history and addressing the substantive law on the conflict of interest and disqualification issue, (2) the disqualification issue is about to be raised before the Federal Circuit in the related action, Freedom Wireless, Inc. v. Boston Communications Group, Inc., et al., Civil Action No. 00-12234, and is likely to be decided by the Federal Circuit in the month of January or February 2006 and the additional time would allow this Court to have the benefit of an appellate court ruling, thereby avoiding the possibility of conflicting orders in the two related actions, and (3) Freedom will not be prejudiced by this

Motion because this action essentially has just begun so the attorneys from Quinn Emanuel have not yet invested significant amounts of time in this action on behalf of Freedom (indeed, several defendants have not yet filed their Answers, discovery has not started and a Motion to Stay the Proceedings is currently pending before this Court) and Freedom is already represented by another law firm Goodwin Procter in this action.

  WHEREFORE, Nextel Communications, Inc. respectfully requests allowance of this Motion.

                Respectfully submitted,

                NEXTEL COMMUNICATIONS, INC.
                By their attorneys,

                /s/Dennis J. Kelly
                Dennis J. Kelly (BBO # 266340)
                dkelly@burnslev.com
                Victoria L. Walton (BBO # 650999)
                vwalton@burnslev.com
                BURNS & LEVINSON LLP
                125 Summer Street
                Boston, MA 02110-1624
                Telephone: 617-345-3000
                Facsimile: 617-345-3299

                Richard McMillan, Jr. (pro hac vice application to be filed)
                rmcmillan@crowell.com
                Michael J. Songer (pro hac vice application to be filed)
                msonger@crowell.com
                CROWELL & MORING, LLP
                1001 Pennsylvania Avenue, N.W.
                Washington, D.C. 20004
                Telephone: (202) 624-2500
                Facsimile: (202) 628-5116

Dated: December 12, 2005

## LOCAL RULE 7.1 CERTIFICATE

      I certify that counsel to the moving party Nextel Communications, Inc. has attempted to confer by transmitting multiple telephone and e-mail messages to plaintiff's counsel in a good faith attempt to resolve or narrow the issue but has received no response.

      /s/Dennis J. Kelly
      Dennis J. Kelly, Esq.
      Attorney for NEXTEL COMMUNICATIONS, INC.