UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 DEC -2 A 10: 03
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FREEDOM WIRELESS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON COMMUNICATIONS GROUP, ) <br> INC. and ALLTEL CORP., *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-11062 EFH |

### ASSENTED-TO MOTION OF DEFENDANT BOSTON CUMMUNICATIONS GROUP, INC. TO ADMIT COUNSEL *PRO HAC VICE*

In accordance with Local Rule 83.5.3(b), through the undersigned attorneys duly admitted to practice before this Court, defendant Boston Communications Group, Inc. ("BCG") hereby moves that Philip A. Sechler, Bruce R. Genderson, David C. Kiernan, John L. Cuddihy, Dov P. Grossman and Kevin Hardy be permitted to represent defendant BCG in the above captioned action for all matters related to this case.

In support of this motion, the undersigned states:

1.   Philip A. Sechler, Bruce R. Genderson, David C. Kiernan, John L. Cuddihy, Dov P. Grossman and Kevin Hardy are attorneys with the law firm of Williams & Connolly, LLP, 725 Twelfth Street N.W., Washington D.C. 20005.

2.   Philip A. Sechler is admitted to practice before the highest courts of the Commonwealth of Pennsylvania and the District of Columbia. Bruce R. Genderson, Dov P. Grossmand and Kevin Hardy are admitted to practice before the highest courts of the State of

Maryland and the District of Columbia. David C. Kiernan is admitted to practice before the highest courts of the Commonwealth of Virginia, the State of Maryland and the District of Columbia. John L. Cuddihy is admitted to practice before the highest courts of the State of New York and the District of Columbia.

3. Pursuant to Local Rule 85.5.3, Certificates setting forth the necessary information for the admission of Philip A. Sechler, Bruce R. Genderson, David C. Kiernan, John L. Cuddihy, Dov P. Grossman and Kevin Hardy *pro hac vice* are submitted herewith as Exhibits A-F respectively.

4. The undersigned members of this Bar have agreed to act as local counsel for the above-listed defendants in this proceeding and, as such, agree to be the Massachusetts recipient of all pleadings and communications on behalf defendant BCG. The address and telephone number to which all such pleadings and communications may be sent are as follows:

> Patrick J. Sharkey, Esq.
> (psharkey@mintz.com)
> Dean G. Bostock, Esq.
> (dbostock@mintz.com)
> Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
> One Financial Center
> Boston, MA 02111
> Telephone: (617) 542-6000
> Fax: (617) 542-2241

Wherefore, the undersigned respectfully request that this Court admit Philip A. Sechler, Bruce R. Genderson, David C. Kiernan, John L. Cuddihy, Dov P. Grossman and Kevin Hardy *pro hac vice* to practice as visiting attorneys before this Court representing defendant BCG in all matters related to this proceeding. A check in the amount of $300 has been delivered to the Clerk's Office in payment of the appropriate admission fees. A proposed Order is attached hereto.

2

## LOCAL RULE 7.1.(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for BCG has conferred with counsel for plaintiff regarding this motion. Counsel for plaintiff has ASSENTED to the allowance of this motion.

Respectfully submitted,

Dated: December 2, 2005

/s/ Dan Bostock
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
**MINTZ, LEVIN, COHN, FERRIS,**
  **GLOVSKY and POPEO, P.C.**
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

*Counsel for Defendant*
*Boston Communications Group, Inc.*

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 12/2/05

/s/ Dan Bostock

LIT 1551760v.1

3