UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -2  A 10: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FREEDOM WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11062 EFH |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC. and ALLTEL CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### LOCAL RULE 83.5.3(B) CERTIFICATE
### OF PHILIP A. SECHLER

I, Philip A. Sechler, a partner in the firm of Williams & Connolly, LLP, 725 Twelfth Street N.W., Washington, D.C. 20005, counsel to defendant Boston Communications Group, Inc., hereby certify that:

1. I am a member in good standing of the highest courts of the Commonwealth of Pennsylvania and the District of Columbia. I am also a member in good standing to practice before the United States Courts of Appeal for the Second, Fourth, Seventh, Eighth and District of Columbia Circuits and the United States District Courts for the Districts of Columbia and Maryland;

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction;

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and

4.  My email address is psechler@wc.com.

November 28, 2005

_____
Philip A. Sechler

LIT 1551299v.1