UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -2  A 10: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FREEDOM WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11062 EFH |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC. and ALLTEL CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## LOCAL RULE 83.5.3(B) CERTIFICATE
## OF BRUCE R. GENDERSON

I, Bruce R. Genderson, a partner in the firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, counsel to defendant Boston Communications Group, Inc., hereby certify that:

1.   I am a member in good standing of the highest courts of the State of Maryland and the District of Columbia. I am also a member in good standing to practice before the United States Courts of Appeal for the Federal, Fourth, Fifth, Eleventh and District of Columbia Circuits and the United States District Courts for the District of Columbia and Maryland and the Southern District of Alabama and the Western District of Texas,

2.   There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction,

3.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and

4.   My email address is bgenderson@wc.com.

November 28, 2005

_____
Bruce R. Genderson

LIT 1551366v.1