UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -2  A 10: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11062 EFH |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC. and ALLTEL CORP., *et al.*, ) | |
| ) | |
| Defendant. ) | |

### LOCAL RULE 83.5.3(B) CERTIFICATE
### OF DAVID C. KIERNAN

I, David C. Kiernan, a partner in the firm of Williams & Connolly, LLP, 725 Twelfth Street N.W., Washington, D.C. 20005, counsel to defendant Boston Communications Group, Inc., hereby certify that:

1. I am a member in good standing of the highest courts of the Commonwealth of Virginia, the State of Maryland and the District of Columbia.;

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction;

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and

4. My email address is dkiernan@wc.com.

November 28 2005

David C. Kiernan

LIT 1551461v.1