UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 DEC -2 A 10: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

FREEDOM WIRELESS, INC.,

Plaintiff,

v.

BOSTON COMMUNICATIONS GROUP,
INC. and ALLTEL CORP., *et al.*,

Defendant.

Civil Action No. 05-11062 EFH

## LOCAL RULE 83.5.3(B) CERTIFICATE
## OF JOHN L. CUDDIHY

I, John L. Cuddihy, an associate with the firm of Williams & Connolly, LLP, 725 Twelfth Street N.W., Washington, D.C. 20005, counsel to defendant Boston Communications Group, Inc., hereby certify that:

1. I am a member in good standing of the highest courts of the State of New York and the District of Columbia. I am a member in good standing to practice before the United States Court of Appeal for the Federal Circuit and the United States District Courts for the Districts of Columbia and Maryland and the Southern District of New York;

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction;

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and

4.    My email address is jcuddihy@wc.com.

November 29, 2005

_____
John L. Cuddihy

LIT 1551370v.1