# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FREEDOM WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11062 EFH |
| | ) | |
| BOSTON COMMUNICATIONS GROUP, | ) | |
| INC. and ALLTEL CORP., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## LOCAL RULE 83.5.3(B) CERTIFICATE
## OF DOV P. GROSSMAN

I, Dov P. Grossman, an associate with the firm of Williams & Connolly, LLP, 725 Twelfth Street N.W., Washington, D.C. 20005, counsel to defendant Boston Communications Group, Inc., hereby certify that:

1.     I am a member in good standing of the highest courts of the District of Columbia and the State of Maryland.  I am also a member in good standing to practice before the United States Court of Appeals for the Federal Circuit, the United States Court of Federal Claims, and the United States District Court for the District of Maryland;

2.     There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction;

3.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

DOCKETED

4.    My email address is dgrossman@wc.com.

November 2̲8̲, 2005                          Dov P. Grossman
                                          Dov P. Grossman

LIT 1551464v.1