## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., *et al.*,<br><br>        Defendants. | Civil Action No. 05-11062-EFH |

### MOTION OF DEFENDANTS REGIONAL CARRIERS TO DISMISS
### FOR LACK OF PERSONAL JURISDICTION

  Defendants Bluegrass Cellular, Inc., Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois), Centennial Cellular Operating Co., LLC, Cincinnati Bell Wireless LLC, Dobson Cellular Systems, Inc., East Kentucky Network, LLC (d/b/a Appalachian Wireless), Farmers Cellular Telephone, Inc. (d/b/a Farmers Wireless), Great Lakes of Iowa, Inc., Marseilles Cellular, Inc. (d/b/a Illinois Valley Cellular), MTA Communications (d/b/a MTA Wireless), Mid-Missouri Cellular LLP, Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois), South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.), Thumb Cellular, Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless) (collectively, "the Regional Carriers") hereby move to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). The ground and reasons for this motion are set forth in the Regional Carriers' memorandum in support of this motion, the accompanying declarations, and any other further materials as may be presented to this Court prior to or at a hearing on this motion.

  The Regional Carriers seek the dismissal of Plaintiff's patent infringement action because they are out-of-state providers of cellular telephone services to out-of-state residents and lack minimum contacts with the Commonwealth of Massachusetts.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for the above-listed defendants has conferred with counsel for plaintiff regarding this motion. Plaintiff does not assent to the relief requested in this motion.

## REQUEST FOR ORAL HEARING

Pursuant to Local Rule 7.1(D), Regional Carrier Defendants respectfully request an oral hearing on this motion.

Dated:  December 19, 2005                    Respectfully submitted,


By:   /s/ Dean Bostock
Dean G. Bostock, Esq. (BBO#549747)
Patrick J. Sharkey, Esq. (BBO#454820)
Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241
dbostock@mintz.com
psharkey@mintz.com

Michael H. Page
Leo L. Lam
Matthias A. Kamber
Andrew N. Shen
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA  94111-1704

Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
mpage@kvn.com
llam@kvn.com
mkamber@kvn.com
ashen@kvn.com

Attorneys for Regional Carrier Defendants

LIT 1554261v.1