UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC. ALLTEL CORPORATION and DOES 1-20 <br><br> Defendants. | Civil Action No. 05 CV 11062 EFH |

**NOTICE OF APPEARANCE**

Please take notice that undersigned counsel hereby submits a notice of appearance in this matter on behalf of Defendant South Canaan Cellular Communications Company, LP ("South Canaan"). For electronic filing purposes, the Court should note that counsel may be reached at **gdonoghue@preti.com**.

Respectfully submitted,

**DEFENDANT SOUTH CANAAN CELLULAR COMMUNICATIONS COMPANY, LP,**

By its attorney,

/s/ Gregory T. Donoghue
Gregory T. Donoghue (BBO#661480)
PRETI, FLAHERTY, BELIVEAU,
   PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3800
Dated:  December 19, 2005          Facsimile (617) 226-3801

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was served upon all counsel of record via pre-paid First Class, United States Mail.

Dated: December 19, 2005            /s/ Gregory T. Donoghue