UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

v.

BOSTON COMMUNICATIONS GROUP, INC.
ALLTEL CORPORATION and DOES 1-20

    Defendants.

Civil Action No. 05 CV 11062 EFH

**DEFENDANT SOUTH CANAAN CELLULAR COMMUNICATIONS
COMPANY LP'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, TO TRANSFER VENUE**

Defendant South Canaan Cellular Communications Company, LP ("South Canaan") hereby moves to Dismiss the Second Amended Complaint filed against it by Plaintiff Freedom Wireless, Inc. ("Plaintiff" or "Freedom") pursuant to Fed. R. Civ. P. 12 (b) (6) and 56 or, alternatively, to transfer this action pursuant to 28 U.S.C. § 1406 (a).

(1)    The Complaint requires dismissal because Plaintiff fails to allege, as it cannot allege, facts sufficient to support the exercise of personal jurisdiction over South Canaan in Massachusetts. South Canaan is a cellular telephone service provider in two counties in northeast Pennsylvania. It has no employees or offices in Massachusetts, does no advertising in Massachusetts, has no customers in Massachusetts, and does not transact business in Massachusetts. South Canaan has only a single, *fortuitous* contact with any Massachusetts entity. That contact is limited to the provision of billing services by Defendant Boston Communications Group, Inc. ("BCGI") to South Canaan from BCGI's computer servers in the state of Maine.

(2) As set forth in the accompanying memorandum of law and affidavit, that fortuitous contact is insufficient to confer jurisdiction over this defendant.

(3) In support of this motion, Defendant relies upon and incorporates by reference the accompanying memorandum of law and Affidavit of Carolyn Copp.

**WHEREFORE**, Defendant South Canaan Cellular Communications Company, LP requests that this action be dismissed against it for lack of personal jurisdiction. In the alternative, Defendant requests a transfer of the action to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**DEFENDANT SOUTH CANAAN CELLULAR COMMUNICATIONS COMPANY, LP,**

By its attorneys,

/s/ Timothy J. Perry
Timothy J. Perry (BBO# 631397)
PRETI, FLAHERTY, BELIVEAU,
    PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3800
Dated:  December 19, 2005    Facsimile (617) 226-3801

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that he attempted to confer with Plaintiff's counsel, Paul Ware, Esq., on Monday November 21, 2005 in a good faith attempt to resolve the issues presented in this motion. In various other communications, undersigned counsel conferred with Plaintiff's California counsel and agreed to a second amended complaint, but it was recognized that Plaintiff would not assent to a motion to dismiss.

Dated:  December 19, 2005                 /s/ Timothy J. Perry

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon all counsel of record via pre-paid First Class, United States Mail.

Dated: December 19, 2005         /s/ Timothy J. Perry