UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

v.

BOSTON COMMUNICATIONS GROUP, INC.
ALLTEL CORPORATION and DOES 1-20

    Defendants,

Civil Action No. 05 CV 11062 EFH

### DECLARATION OF CAROLYN COPP

Under the pains and penalties of perjury and under the laws of the United States of America I, Carolyn Copp, hereby declare as follows:

1. I am a citizen of the United States of America. I am employed as President of SCCI, LLC. SCCI, LLC is general partner of South Canaan Cellular Communications Company, LP d/b/a Cellular One of Northeast Pennsylvania ("South Canaan"). I submit this declaration in support of South Canaan's Motion to Dismiss Civil Action No. 05 CV 11062 EFH.

2. South Canaan is an independent, rural Pennsylvania wireless services provider organized under the laws of the state of Delaware. South Canaan has business operations in South Canaan, Honesdale and Milford, Pennsylvania.

3. South Canaan is in the business of providing pre-paid cellular communications services, among other telecommunications-related services, to

customers in its licensed market area: Wayne and Pike counties in northeast Pennsylvania.

4. Indeed, South Canaan is licensed by the FCC to provide cellular communications services *only* to customers in Wayne and Pike counties in northeast Pennsylvania and, therefore, is prohibited from conducting such business with consumers outside of those counties.

5. South Canaan's offices and employees all exist within its licensed market area in Wayne and Pike Counties, Pennsylvania.

6. South Canaan limits it's advertising to local advertising media in Pennsylvania targeted to reach potential customers within its licensed market area.

7. Since South Canaan can only provide service in Wayne and Pike Counties in Pennsylvania, South Canaan's customers only use its services in Wayne and Pike Counties in Pennsylvania. South Canaan's wireless services are provided by a network of cell sites and a switch – all of which are located in Wayne and Pike Counties, Pennsylvania. Hence, customers can utilize South Canaan's network only in Wayne and Pike Counties, Pennsylvania.

8. To my knowledge, South Canaan has only one contact with any Massachusetts company – Defendant Boston Communications Group, Inc. ("BCGI").

9. BCGI provides billing services to South Canaan. Customer data is compiled by South Canaan and processed by BCGI. It is my understanding that the servers processing this data are located at BCGI's facility in Westbrook, Maine and on South Canaan's premises in Pennsylvania. It is my understanding that none of this processing is done in Massachusetts.

10. Moreover, South Canaan's involvement with BCGI has no relationship to the fact that it is apparently incorporated in Massachusetts. Indeed, South Canaan initiated no contact (in Massachusetts or otherwise) with BCGI for the performance of the services BCGI provides. Rather, BCGI became the billing service provider for South Canaan via its assumption of two billing services contracts between South Canaan and South Canaan's prior billing service provider, PC Management. PC Management is a Delaware corporation with its headquarters in Fort Myers, Florida.

11. During the time that BCGI has provided services to South Canaan, no agent or employee of South Canaan has traveled to Massachusetts on behalf of South Canaan.

12. South Canaan has never had any contact (and has no contracts or agreements) with Plaintiff Freedom Wireless, Inc.

13. The most convenient forum for this litigation for South Canaan is the Eastern District of Pennsylvania because South Canaan and all of its employees are located in that judicial district, South Canaan's records are readily accessible in Pennsylvania, South Canaan's witnesses are available in Pennsylvania, and transporting South Canaan's representatives and records from Pennsylvania to Massachusetts would be an onerous burden on South Canaan and its representatives.

I declare under the pains and penalties of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge information, and belief.

November 21, 2005

_____
Carolyn Copp