**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
IN CLERKS OFFICE

FREEDOM WIRELESS, INC.,                2005 DEC 19  P 2: 25

Plaintiff,                          U.S. DISTRICT COURT
                                     DISTRICT OF MASS.

v.                                   Civil Action No. 05 CV 11062 EFH

BOSTON COMMUNICATIONS GROUP, INC.
ALLTEL CORPORATION and DOES 1-20

Defendants.

## NOTICE OF APPEARANCE ON BEHALF OF
## DEFENDANT SOUTH CANAAN CELLULAR COMMUNICATIONS

Please take notice that undersigned counsel hereby submits a notice of appearance

in this matter on behalf of Defendant South Canaan Cellular Communications Company,

LP ("South Canaan"). For electronic filing purposes, the Court should note that counsel

may be reached at tperry@preti.com.

Respectfully submitted,

**DEFENDANT SOUTH CANAAN CELLULAR**
**COMMUNICATIONS COMPANY, LP,**

By its attorneys,

/s/ Timothy J. Perry
Timothy J. Perry (BBO# 631397)
PRETI, FLAHERTY, BELIVEAU,
    PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3800
Dated:  December 19, 2005          Facsimile (617) 226-3801

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served

upon all counsel of record via pre-paid First Class, United States Mail.

Dated: December 19, 2005                    /s/ Timothy J. Perry