# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-11062-EFH |
| BOSTON COMMUNICATIONS GROUP, INC., et al., | ) |
| Defendants. | ) |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND

Plaintiff Freedom Wireless, Inc. hereby requests that the Court grant it a one-week extension of time to respond to the motion to Dismiss or, in the alternative, to transfer venue, by South Canaan Cellular Communications Co. and motion to Dismiss for Lack of Jurisdiction by Centennial Cellular Operating Co., Mid-Missouri Cellular, Inc., Dobson Communications Corp., Cincinnati Bell Wireless, Bluegrass Cellular, Inc., Thumb Cellular LLC, Great Lakes of Iowa Inc., Uintah Basin Electronic Telecommunications, Illinois Valley Cellular RSA 2, Inc., Matanuska Telephone Association, First Cellular of Southern Illinois, Brazos Cellular Inc., Cellular One of East Central Illinois, Farmers Cellular, East Kentucky Network LLC.

Freedom's oppositions are presently due on January 3, 2006. However, the moving defendants, through counsel, have <u>assented</u> to extend the time for filing Freedom's oppositions until January 10, 2006.

A proposed form order granting this assented-to motion for extension of time is attached.

Dated: December 22, 2005                    Respectfully submitted,

                                            FREEDOM WIRELESS, INC.
                                            By their attorneys


                                               **/s/ Douglas C. Doskocil**
                                            John Kenneth Felter (BBO #162540)
                                            Paul F. Ware, Jr., P.C. (BBO #516240)
                                            Douglas C. Doskocil (BBO #558949)
                                            Goodwin Procter, LLP
                                            Exchange Place
                                            Boston, MA 02109-2881
                                            Tel: (617) 570-1000
                                            Fax: (617) 523-1231

                                            Marshall M. Searcy III
                                            Erica P. Taggart
                                            Quinn Emanuel Urquhart Oliver & Hedges, LLP
                                            865 South Figueroa Street, 10th Floor
                                            Los Angeles, CA 90017
                                            Tel: (213) 443-3000
                                            Fax: (213) 443-3100
                                            (<u>pro hac vice</u>)

                                            Attorneys for plaintiff Freedom Wireless, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-11062-EFH ) ) |
| BOSTON COMMUNICATIONS GROUP, INC., et al., | ) ) ) |
| Defendants. | ) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING**
**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND**

The Court hereby grants plaintiff Freedom Wireless, Inc.'s Assented-to Motion for Extension of Time to Respond to the motion to Dismiss or, in the alternative, to transfer venue, by South Canaan Cellular Communications Co. and motion to Dismiss for Lack of Jurisdiction by Centennial Cellular Operating Co., Mid-Missouri Cellular, Inc., Dobson Communications Corp., Cincinnati Bell Wireless, Bluegrass Cellular, Inc., Thumb Cellular LLC, Great Lakes of Iowa Inc., Uintah Basin Electronic Telecommunications, Illinois Valley Cellular RSA 2, Inc., Matanuska Telephone Association, First Cellular of Southern Illinois, Brazos Cellular Inc., Cellular One of East Central Illinois, Farmers Cellular, East Kentucky Network LLC.

DATE:

_____
THE HONORABLE EDWARD F. HARRINGTON
UNITED STATES DISTRICT JUDGE