**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br>         Plaintiff, <br><br>    v. <br><br> BOSTON COMMUNICATIONS GROUP, INC., et al. <br><br>         Defendants. | Civil Action No. 05-11062 EFH |

**NEXTEL COMMUNICATIONS, INC.'s NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Nextel Communications, Inc. ("Nextel") hereby appeals to the United States Court of Appeals for the Federal Circuit from the following:

the Court's order, entered on December 29, 2005, denying Nextel's Motion to Intervene for Limited Purpose;

the Court's order, entered on December 29, 2005, denying Nextel's Motion for Leave to File Detailed Memoranda in Support of its Motion to Intervene, Motion for Reconsideration of Ruling on Motion for Admission Pro Hac Vice and Motion to Disqualify Quinn Emanuel in 30 Days;

any other orders underlying these orders.

Pursuant to the Electronic Case Filing Administrative Procedures for the U.S. District Court for the District of Massachusetts, Nextel will submit within 24 hours its check in the amount of $255, to cover the $250 fee specified in the revised Miscellaneous Fee Schedule, and the $5.00 fee required by 28 U.S.C. § 1917.

Respectfully submitted,

NEXTEL COMMUNICATIONS, INC.
By their attorneys,

/s/Dennis J. Kelly
Dennis J. Kelly (BBO # 266340)
dkelly@burnslev.com
Victoria L. Walton (BBO # 650999)
vwalton@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone:  617-345-3000
Facsimile:  617-345-3299

Richard McMillan, Jr. (pro hac vice application to be filed)
rmcmillan@crowell.com
Michael J. Songer (pro hac vice application to be filed)
msonger@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Dated:   December 30, 2005