IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

v.

BOSTON COMMUNICATIONS GROUP,
INC., et al.

    Defendants.

Civil Action No. 05-11062 EFH

### APPLICATION OF QUINN URQUHART OLIVER & HEDGES, LLP TO PERMIT ROBERT MEYER, PETER S. SELVIN AND ORNAH MEDOVOI, OF LOEB & LOEB, LLP, TO APPEAR AS COUNSEL ON ITS BEHALF ON *PRO HAC VICE* BASIS

Quinn Emanuel Urquhart Oliver & Hedges ("Quinn Emanuel") is counsel of record for plaintiff Freedom Wireless, Inc. ("Freedom") herein. By this application, Quinn Emanuel respectfully requests that attorneys Robert A. Meyer, Peter S. Selvin and Ornah Medovoi of Loeb & Loeb LLP, be admitted to appear as its counsel on a *pro hac vice* basis.

The basis for this application is as follows:

1.    On December 12, 2005, putative intervenor Nextel Communications, Inc. ("Nextel") filed an application to intervene and to disqualify Quinn Emanuel from representing Freedom;

2.    Although Freedom will be separately filing papers in opposition to Nextel's application, Quinn Emanuel is filing its own papers in opposition to Nextel's application;

3.    Robert A. Meyer, Peter S. Selvin and Ornah Medovoi of Loeb & Loeb LLP, are Quinn Emanuel's counsel solely in connection with Nextel's Motion to Disqualify and Quinn

Emanuel's Motion for Reconsideration of *Pro Hac Vice* Admission of Marshall Searcy and Erica Taggart. Those counsel have prepared, and seek to file, papers on behalf of Quinn Emanuel in opposition to Nextel's application and on its own Motion for Reconsideration; and

4.  Mssrs. Meyer and Selvin and Ms. Medovoi are attorneys in good standing with the California Bar. In further support of its motion, Quinn Emanuel submits the Certificates of Robert A. Meyer, Peter S. Selvin and Ornah Medovoi ("attached hereto respectfully as Exhibits A, B and C) establishing that Meyer, Selvin and Medovoi are members of good standing of the Bar in every jurisdiction of which they have been admitted to practice, that there is no disciplinary proceedings against them in any jurisdiction and that they are familiar with the local rules of this court.

WHEREFORE, Quinn Emanuel respectfully requests that Mssrs. Meyer and Selvin and Ms. Medovoi be admitted *pro hac vice* to practice before this Court, for the limited purpose of opposing Nextel's motion for disqualification and with respect to its own Motion for Reconsideration.

Dated: December ___, 2005

Respectfully submitted,

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: _____
MARSHALL SEARCY III
QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
Email: marshallsearcy@quinnemanuel.com

## LOCAL RULE 7.1(a)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(a)(2), that on December 27, 2005 the moving party conferred with opposing counsel on that matters set forth in the foregoing motion and report that counsel neither assents to nor opposes the relief sought herein.

By: _____
    MARSHALL SEARCY III

## Certificate of Service

    I, Marshall M. Searcy, III, hereby certify that on December 27, 2005, I caused copies of the foregoing document to be served upon all counsel of record electronically and/or by first-class mail, postage-prepaid.

Dated: December 27, 2005

                                                  Marshall M. Searcy, III

LIBA/1660212.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>BOSTON COMMUNICATIONS GROUP, INC., et al.,<br><br>    Defendants. | Civil Action No. 05-11062 EFH |

**CERTIFICATE OF ROBERT A. MEYER**

Robert A. Meyer declares and states as follows:

1. I am an attorney and a member of the law firm of Loeb & Loeb LLP, Los Angeles, California. I have been a member in good standing of the Bar of the State of California since December 18, 1975. I am also admitted to practice in the following jurisdictions:

| Court | Date of Admission |
|---|---|
| United States Supreme Court | 4/14/1980 |
| United States Court of Appeals for the Ninth Circuit | 9/13/1976 |
| United States Court of Appeals for the Third Circuit | 2/14/1985 |
| United States District Court for the Central District of California | 12/19/1975 |
| United States District Court for the Southern District of California | 8/17/1976 |
| United States District Court for the Northern District of California | 5/12/1981 |
| United States District Court for the District of Arizona | 7/13/1990 |
| California Supreme Court | 12/18/1975 |
| Superior Court of the State of California | 12/18/1975 |

I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of December, 2005, at Los Angeles, California.

_____
Robert A. Meyer

LA1018596.1
20846410001
12/23/2005

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BOSTON COMMUNICATIONS GROUP, INC., et al., <br><br> Defendants. | Civil Action No. 05-11062 EFH |

### CERTIFICATE OF PETER S. SELVIN

Peter S. Selvin declares and states as follows:

1. I am an attorney and a member of the law firm of Loeb & Loeb LLP, Los Angeles, California. I have been a member in good standing of the Bar of the State of California since December 18, 1975. I was admitted to practice before the Ninth Circuit Court of Appeals in 1987, the United States District Court for the Northern District of California in 1990, and the United States District Court for the District of Arizona in 1990. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

LA1018587.1
20846410001

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23 day of December, 2005, at Los Angeles, California.

_____
Peter S. Selvin

LA1018587.1
20846410001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

vs.

BOSTON COMMUNICATIONS GROUP, INC., et al.,

    Defendants.

Civil Action No. 05-11062 EFH

### CERTIFICATE OF ORNAH MEDOVOI

Ornah Medovoi declares and states as follows:

1. I am an attorney and a member of the law firm of Loeb & Loeb LLP, Los Angeles, California. I have been a member in good standing of the Bar of the State of California since December 4, 2002. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23 day of December, 2005, at Los Angeles, California.

_____
Ornah Medovoi

LA1018585.1
20846410001
12/23/2005

1