UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC., ET AL., <br><br> Defendants. | CIVIL ACTION No. 05-11062-EFH |

**MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiff Freedom Wireless, Inc. ("Freedom Wireless"), hereby moves for leave to file under seal Exhibit U (Memorandum In Support of Motion of Defendant Rogers Wireless, Inc. for Summary Judgment for Lack of Personal Jurisdiction and for Non-Infringement (Docket No. 229, D. Mass Civ. No 00-12234-EFH)) to the *Affidavit of Marshall M. Searcy III In Support of Plaintiff Freedom Wireless, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction; and Defendant South Canaan Cellular Communications Company LP's Motion to Dismiss, or in the Alternative, to Transfer Venue* (the "Searcy Affidavit"). As grounds for this motion, Freedom Wireless states as follows:

Exhibit U to the Searcy Affidavit was originally filed under seal on November 29, 2001 in Freedom Wireless, Inc. v. BCGI, et al. Civil Action No. 00-12234-EFH. Accordingly, pursuant to the terms of the Protective Order in that action, Freedom Wireless may only submit these materials to the Court if they are submitted under seal.

WHEREFORE, Freedom Wireless requests that this Court grant leave to file the above-referenced document under seal.

Dated: January 10, 2006

Respectfully submitted,

FREEDOM WIRELESS, INC.

By its attorneys,

　/s/Douglas C. Doskocil
Paul F. Ware, Jr. (BBO # 516240)
John Kenneth Felter (BBO # 162540
Douglas C. Doskocil (BBO # 558949)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109-2881
Tel:  (617) 570-1000
Fax:  (617) 523-1231

## LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Freedom Wireless has attempted to confer with opposing counsel for the relief sought herein and further certifies that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 10, 2006.

　/s/ Douglas C. Doskocil
Douglas C. Doskocil

LIBA/1665627.1