IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORP., *et al.*, <br><br> Defendants. | Civil Action No. 05-11062-EFH |

## DEFENDANT REGIONAL CARRIERS' ASSENTED-TO
## MOTION FOR LEAVE TO FILE A REPLY BRIEF
## IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants Bluegrass Cellular, Inc., Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois), Centennial Cellular Operating Co., LLC, Cincinnati Bell Wireless LLC, Dobson Cellular Systems, Inc., East Kentucky Network, LLC (d/b/a Appalachian Wireless), Farmers Cellular Telephone, Inc. (d/b/a Farmers Wireless), Great Lakes of Iowa, Inc., Marseilles Cellular, Inc. (d/b/a Illinois Valley Cellular), MTA Communications (d/b/a MTA Wireless), Mid-Missouri Cellular LLP, Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois), South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.), Thumb Cellular, Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless) (collectively, "the Regional Carriers") hereby move pursuant to Local Rule 7.1(B)(3), with the assent of Plaintiff Freedom Wireless, Inc., for leave to file a reply brief in support of their motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). A proposed Order is attached as Exhibit A. Accordingly, the Regional Carriers respectfully request that the Court allow them to file a short reply brief in support of their motion to dismiss.

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 7.1(a)(2)

Pursuant to Rule 7.1(a)(2) of the Local Rules of this Court, counsel for the Regional Carriers conferred with counsel for plaintiff regarding the relief sought herein. Counsel for plaintiff assents to the relief requested herein.

Dated:  January 11, 2006                                Respectfully submitted,


                                                        ___/s/ Dean G. Bostock_____
                                                        Patrick J. Sharkey (BBO # 454820)
                                                        Dean G. Bostock (BBO # 549747)
                                                        MINTZ LEVIN COHN FERRIS
                                                            GLOVSKY and POPEO P.C.
                                                        One Financial Center
                                                        Boston, MA  02111
                                                        Tel:  (617) 542-6000
                                                        Fax:  (617) 542-2241

                                                        Michael H. Page
                                                        Leo L. Lam
                                                        Matthias A. Kamber
                                                        Andrew N. Shen
                                                        KEKER & VAN NEST, LLP
                                                        710 Sansome Street
                                                        San Francisco, CA  94111-1704
                                                        Tel:  (415) 391-5400
                                                        Fax:  (415) 397-7188

                                                        *Attorneys for Defendant Regional Carriers*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORP., *et al.*, <br><br> Defendants. | Civil Action No. 05-11062-EFH |

## ORDER

Upon consideration of the assented-to motion of defendants, Bluegrass Cellular, Inc., Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois), Centennial Cellular Operating Co., LLC, Cincinnati Bell Wireless LLC, Dobson Cellular Systems, Inc., East Kentucky Network, LLC (d/b/a Appalachian Wireless), Farmers Cellular Telephone, Inc. (d/b/a Farmers Wireless), Great Lakes of Iowa, Inc., Marseilles Cellular, Inc. (d/b/a Illinois Valley Cellular), MTA Communications (d/b/a MTA Wireless), Mid-Missouri Cellular LLP, Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois), South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.), Thumb Cellular, Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless) (collectively, "the Regional Carriers"), for leave to file a reply brief in support of their motion to dismiss for lack of personal jurisdiction, it is this ____ day of _____, 2006, hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that any reply brief filed by the Regional Carriers must be filed no later than_____, 2006.

_____
The Honorable Edward F. Harrington
United States Senior District Judge