**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br>                Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC., *et al.*, <br><br>                Defendants. | Civil Action No. 05-11062-EFH |

**AFFIDAVIT OF ANDREW N. SHEN IN SUPPORT OF DEFENDANT
REGIONAL CARRIERS' REPLY IN SUPPORT OF MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Dean G. Bostock, Esq.
Patrick J. Sharkey, Esq.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000


KEKER & VAN NEST, LLP
Michael H. Page
Leo L. Lam
Matthias A. Kamber
Andrew N. Shen
710 Sansome Street
San Francisco, CA  94111-1704

Telephone:  (415) 391-5400

*Attorneys for Regional Carriers*

I, Andrew N. Shen, declare as follows:

1. I am duly licensed to practice law in the State of California and am an associate with Keker & Van Nest, LLP. I am counsel of record for the Regional Carrier Defendants in the above-captioned proceeding and have been admitted *pro hac vice* to practice before this Court. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. I have been informed and believe that on January 9, 2006, my colleague Michael Page spoke with Erica Taggart, counsel for Freedom Wireless, Inc. ("Freedom"), as to the scope of Freedom's proposed jurisdictional discovery.

3. Attached hereto as Exhibit A is a true and correct copy of a letter dated January 10, 2006 from Michael Page to Erica Taggart.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 11, 2006, at San Francisco, California.

DATED: January 11, 2006

                                                                                   /s/ *Andrew N. Shen*
                                                                                   ANDREW N. SHEN

# Exhibit A

LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

MICHAEL H. PAGE
MPAGE@KVN.COM

January 10, 2006

**VIA FACSIMILE**

Erica P. Taggart
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re: *Freedom Wireless, Inc. v. Boston Communications Group, Inc., et al.*

Dear Erica:

I am disappointed at your decision to break off discussions concerning a continuance of our motions to dismiss in order to conduct discovery. When last we spoke, you were going to get back to me concerning our proposed limits on that discovery. To be clear (and to correct the record your letter is designed to create) I did not say that defendants were unwilling to produce any of their correspondence with BCGI, but rather that your request for all correspondence between each of our 15 clients and CGI was overbroad and burdensome in the context of expedited discovery on jurisdictional issues. As for depositions, what I proposed was that, after receiving written discovery, Freedom would be able to choose any five affiants to depose, rather than travel about the country deposing all fifteen.

In addition, we offered to respond to the fifteen interrogatories you proposed, to produce all contracts and drafts of contracts between each carrier and BCGI, to produce all documents evidencing any marketing or sales by any carrier in Massachusetts, to produce accountings of minutes used and amounts paid by each carrier, and to produce technical information sufficient to determine the implementation of BCGI's systems used by each carrier and any modifications that would bear on jurisdictional questions.

365106.01

Erica P. Taggart
January 10, 2006
Page 2

      We feel this offer was more than sufficient to provide you with whatever evidence you might need to address the jurisdictional issues presented in our motion, and are disappointed that we could not reach agreement.

Very truly yours,

Michael H. Page

MHP/nsn

365106.01