UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FREEDOM WIRELESS, INC.,
                      Plaintiff

      v.                          CIVIL ACTION NO.:
                                    05-11062-EFH

BOSTON COMMUNICATIONS GROUP,
INC., ET AL.,
                      Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

January 24, 2006

HARRINGTON, S.D.J.

      Upon consideration of the Regional Carrier Defendants'[1] Motion to Dismiss for Lack of Personal Jurisdiction, the Court hereby orders the parties to conduct limited discovery *relating solely to the issue of personal jurisdiction over the Regional Carriers and South Canaan*.

<u>Document Discovery</u>

      Freedom Wireless, Inc. ("Freedom") shall serve document requests and interrogatories to each Regional Carrier, including South Canaan.[2] The document requests and interrogatories are to be limited solely to issues relating to personal jurisdiction. Freedom's deadline to submit these document requests and interrogatories is February 17, 2006.

---

[1] This discovery Order also applies to Defendant South Canaan Cellular Communications Co. ("South Canaan"), who moved separately from the Regional Carriers to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue. (Docket No. 64).

[2] Freedom is limited to sixteen interrogatories: one for each Regional Carrier, plus one for South Canaan.

The Regional Carriers and South Canaan shall serve Freedom with document requests and interrogatories[3] with respect to evidence in Freedom's possession that establishes the Court's jurisdiction over the Regional Carriers and South Canaan. The deadline for these document requests and interrogatories is February 17, 2006.

Freedom, the Regional Carriers, and South Canaan shall respond to all document requests and interrogatories by April 7, 2006.

<u>Deposition Discovery</u>

After the Regional Carriers and South Canaan provide responses to Freedom's document requests and interrogatories, if it so chooses, Freedom may depose one representative from each of the Regional Carriers, including South Canaan. All inquiries at each deposition shall be strictly limited to issues concerning personal jurisdiction. The depositions shall be scheduled at times mutually convenient for all parties, but must be concluded by June 16, 2006.

<u>Supplemental Briefing</u>

If, at the close of the limited discovery period set out in this Order, Freedom wishes to submit a supplemental brief in opposition to the Regional Carriers' and South Canaan's Motions to Dismiss, it may do so by July 14, 2006.

Should Freedom file a supplemental opposition brief, the Regional Carriers and South Canaan shall file a supplemental reply brief by August 4, 2006.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge

---

[3] Counsel for the Regional Carriers is limited to fifteen interrogatories in total. Counsel for South Canaan is limited to five interrogatories.