## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FREEDOM WIRELESS, INC., | ) | Civil Action No. 05-CV-11062-EFH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOSTON COMMUNICATIONS GROUP, INC. | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ―――――――――――――――――― | ) | |
| | ) | |
| AND RELATED COUNTERCLAIMS | ) | |
| | ) | |

## AFFIDAVIT OF ERICA P. TAGGART IN SUPPORT OF PLAINTIFF FREEDOM WIRELESS, INC.'S MOTION FOR LEAVE TO SERVE INTERROGATORY REGARDING BCGI'S CUSTOMERS

I, Erica P. Taggart, declare as follows:

1.    I am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff Freedom Wireless, Inc.  I submit this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.    Attached as Exhibit A is a true and correct copy of Freedom's Proposed Special Interrogatory Number One to Defendant Boston Communications Group, Inc. regarding its wireless carrier customers.

3.    Attached as Exhibit B is a true and correct copy of the Court's April 27, 2005 order in Freedom I, case number 00-12234.

4.    Attached as Exhibit C is a true and correct copy of Defendant Boston Communications Group, Inc.'s Second Supplemental Answers to Plaintiff Freedom Wireless, Inc.'s First Set of Interrogatories, dated July 18, 2003, in Freedom I, case number 00-12234.

5.    Attached as Exhibit D is a true and correct copy of a letter from Erica P. Taggart to Philip A. Sechler and Dean G. Bostock, dated February 6, 2006.

6.    Attached as Exhibit E is a true and correct copy of a letter from Phil Sechler to Erica Taggart, dated February 8, 2006.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of February 2006, in Los Angeles, California.

_Erica P. Taggart_

Erica P. Taggart

# EXHIBIT A

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., | Civil Action No. 05-11062-EFH |
| Plaintiff, | |
| v. | **PLAINTIFF FREEDOM WIRELESS INC.'S SPECIAL INTERROGATORY NUMBER ONE TO DEFENDANT BOSTON COMMUNICATIONS GROUP, INC.** |
| BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORP., et al. | |

PROPOUNDING PARTY:    Plaintiff Freedom Wireless, Inc.

RESPONDING PARTY:    Defendant Boston Communications Group, Inc.

SET NO.:    One

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, plaintiff Freedom Wireless, Inc. hereby propounds its Special Interrogatory, Set One, on defendant Boston Communications Group, Inc. ("BCGI"), and requests that defendant answer this interrogatory fully, in writing and under oath within thirty days of receipt of this request.

## DEFINITIONS

1.    "You," "your," and "defendant" and "BCGI" means and refers to defendant Boston Communications Group, Inc., its predecessors, successors, and present and past subsidiaries, parents, affiliates, employees, officers, directors, agents, consultants, attorneys, and other persons or entities acting for or on its behalf or at its direction.

**EXHIBIT A**

2.    "Prepaid services" means any wireless telecommunication service, whether for voice, data, or other electronic transmission, for which a subscriber pays in advance, as well as the equipment and services relating to the provision of such prepaid wireless service, including without limitation the C2C Service and/or BCGI prepaid wireless service bureau and defendant's prepaid phone cards sold in connection with prepaid services, including the C2C prepaid wireless service and/or BCGI prepaid wireless service bureau.

4.    "Relating to," "Referring to," or "Regarding" means, whether directly or indirectly, facts or information that relate to or refer to, constitute, contain, embody, reflect, identify, state, deal with, comment on, respond to, describe, analyze, support, refute, contradict, or are in any way pertinent to an identified subject matter.

5.    "Any" and "all" each mean and include the other, the terms "and" and "or" mean and include the other; and the singular form of any word and the plural form of the word means and includes the other.

8. (a)    The terms "Identify" or "Identity," when used in reference to a natural person, mean to state such person's full name, present or last-known home and business addresses, present or last-known position or business affiliation, present or last-known home and business telephone numbers and each position and business affiliation during the time period pertinent to these interrogatories.

(b)    The term "Identify" when used in reference to an act, omission, event or breach means to fully state and describe each such act, omission, event and breach, the identity and role of each person involved in such act, omission, event or breach, the date(s) upon which the act, event, omission or breach occurred, and, in the case of an act, event or breach, the geographical location (including without limitation, city and State or, if outside the United States, the country) of each such act, event or breach.

9.    The term "document" or "documents" has the same meaning as the term is defined in Federal Rule of Civil Procedure 34(a) and as the term "writing" is defined in Rule 1001 of the Federal Rules of Evidence, and shall include within its meaning, by way of example

**EXHIBIT A**

Special Interrogatory Number 1 to BCGI

and not limitation, any and all papers, videotapes or video recordings, photographs, films, x-rays, recordings, memoranda, books, records, accounts, letters, telegrams, correspondence, notes of meetings, notes of conversations, notes of telephone calls, inter-office memoranda or written communications of any nature, recordings of conversations either in writing or by means of any mechanical or electrical recording devices, notes, papers, reports, analyses, invoices, canceled checks or check stubs, receipts, minutes of meetings, time sheets, diaries, desk calendars, ledgers, schedules, licenses, financial statements, telephone bills, logs, and any differing versions of the foregoing whether denominated formal, informal or otherwise, as well as copies of the foregoing that differ in any way, including handwritten notations or other written or printed matter of any nature, from the original. The foregoing specifically includes information stored on a computer or in a computer database, such as electronic mail.

9.     The term "customer" means a wireless carrier company who has purchased services from BCGI pursuant to a contract with BCGI.


## INSTRUCTIONS

1.     When an interrogatory requests disclosure of a communication or other information as to which you claim any privilege or protection as a ground for nondisclosure, identify each person who participated in or had knowledge of the communication or other information and provide the following:

(i)  the privilege or protection that you claim precludes disclosure;

(ii)  the identity of the author(s), addressee(s), copyee(s) and recipient(s) of the communication;

(iii)  the type of communication or information involved (e.g., e-mail, memorandum, letter, handwritten notes);

(iv)  the subject matter of the communication or information (without revealing the content as to which the privilege is claimed); and

**EXHIBIT A**

Special Interrogatory Number 1 to BCGI

(v)  any additional facts on which you base your claim of privilege or protection.

2.       When an interrogatory requests that you provide information, you are required to supply all information known by or available to you.  If you cannot completely answer the interrogatory after making diligent efforts to do so, please so state.  Then describe in detail all efforts made to answer the interrogatory; identify every person involved in such efforts; and state the additional information you need, if any, to respond completely to the interrogatory.

**EXHIBIT A**

## SPECIAL INTERROGATORY

INTERROGATORY NO. 1:

Identify each and every customer of BCGI who has purchased prepaid wireless services from BCGI from January 1, 1998 until the present, including identification of:

- the name of the company;

- the type of services purchased from BCGI;

- the name of the implementation of prepaid wireless services utilized by the customer;

- the date that BCGI began providing service to the customer; and

- the date that BCGI stopped providing service to the customer, if applicable.

DATED: February 27, 2006

Respectfully submitted,

FREEDOM WIRELESS, INC.
By their attorneys

*Eri P. Taggart*

Paul F. Ware, Jr., P.C. (BBO #516240)
Douglas C. Doskocil (BBO #558949)
John Kenneth Felter, P.C. (BBO #162540)
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

A. William Urquhart
Marshall M. Searcy III
Erica P. Taggart
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
*(pro hac vice)*

Attorneys for plaintiff Freedom Wireless, Inc.

# EXHIBIT A

08930/1838601.1

Special Interrogatory Number 1 to BCGI

# EXHIBIT B

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FREEDOM WIRELESS, INC.,
                    Plaintiff


            v.                          CIVIL ACTION NO.:
                                        00-12234-EFH
BOSTON COMMUNICATIONS GROUP,
INC., ET AL.,
                    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

April 27, 2005

HARRINGTON, S.D.J.

The Court grants Plaintiff Freedom Wireless, Inc.'s Motion for Clarification of the Court's Ruling on Boston Communication Group, Inc.'s Motion for Judgment as a Matter of Law with Respect to Conduct Involving Non-Defendant Carriers.

The Court clarifies said ruling as follows:

1.  To the extent that the Court found that there was insufficient evidence for the jury to find a claim against BCGI with respect to conduct involving non-defendant carriers, the basis for that finding is that Freedom was not permitted to present evidence of the minutes of use and revenues that BCGI derived from its infringing acts with respect to the non-defendant carriers;

2.  As a consequence, the ruling is not an adjudication on the merits of any claims arising from conduct involving non-defendant carriers; and

**EXHIBIT B**

3.    Freedom may pursue claims arising from conduct involving non-defendant carriers

in a separate action.

SO ORDERED.


/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge

**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FREEDOM WIRELESS, INC.,

Plaintiff,

v.

BOSTON COMMUNICATIONS GROUP,
INC., et al.,

Defendants.

CIVIL ACTION No. 00-CV-12234-EFH

**DEFENDANT BOSTON
COMMUNICATIONS GROUP, INC.'S
SECOND SUPPLEMENTAL ANSWERS TO
PLAINTIFF FREEDOM WIRELESS, INC.'S
FIRST SET OF INTERROGATORIES**

Defendant Boston Communications Group, Inc. ("Boston Communications") hereby

submits the following supplemental answers and objections to Plaintiff Freedom Wireless, Inc.'s

First Set Of Interrogatories To Defendant Boston Communications Group, Inc. as follows:

**General Objections**

The following objections apply to each of plaintiff's interrogatories, whether or not stated

separately in response to each particular interrogatory.

1.      Boston Communications objects to each and every interrogatory to the extent that

it seeks information that is not relevant to the subject matter of the pending action or reasonably

calculated to lead to discovery of admissible evidence.

2.      Boston Communications objects to each and every interrogatory to the extent that

it seeks information subject to the attorney-client privilege, the work product doctrine, the joint

defense privilege, the common interest privilege, or any other privilege or protection, or

information otherwise not discoverable within the meaning of the Federal Rules of Civil

Procedure.

3.      Boston Communications objects to plaintiff's definition "F" of "prepaid wireless

service" because it is overly broad, unduly burdensome, and vague and ambiguous in that it

CONFIDENTIAL

**EXHIBIT C**

includes "the equipment and services relating to the provision of such prepaid wireless service" and in that it encompasses prepaid debit cards, which are not at issue in this litigation. Boston Communications will limit its responses accordingly. Boston Communications also objects to the definition of "prepaid wireless service" as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it includes prepaid wireless services other than those that Boston Communications made, used, sold, or offered for sale in the United States since February 24, 1998.

4.    Boston Communications objects to each and every interrogatory to the extent it seeks confidential business information, proprietary knowledge or trade secrets, and objects to answering such interrogatories in the absence of an appropriate confidentiality stipulation and protective order. No documents will be withheld on the basis of this objection. Rather, Boston Communications responds subject to its agreement with plaintiff's counsel that all documents produced will be treated as "Outside Counsel's Eyes Only" until a protective order is entered in this matter.

5.    Boston Communications objects to each and every interrogatory to the extent that it demands identification of "every" or "all" facts, documents, communications, contributions, or persons falling within particular categories, because such demand will cause undue burden and expense. Boston Communications will undertake a reasonable search to identify available documents from which information requested in plaintiff's interrogatories can be obtained.

6.    Boston Communications objects to each and every interrogatory to the extent it seeks information that is not within Boston Communications' possession, custody or control.

**EXHIBIT C**

7.    Boston Communications objects to the interrogatories on the grounds that the Interrogatories 1-16 and each discrete subpart therein collectively exceed the 25 interrogatory limit imposed by Federal Rule of Civil Procedure 33(a).

8.    Boston Communications objects to plaintiff's definition "C" of "Cellular Express" as vague and ambiguous. Boston Communications understands that plaintiff had or has an affiliated or predecessor company by that name. Boston Communications also has a subsidiary known as Cellular Express, Inc. Boston Communications interprets plaintiff's use of "Cellular Express," based on its use in the interrogatories, to refer to plaintiff's affiliated or predecessor company only.

### Specific Objections and Answers

Boston Communications' specific supplemental answers to interrogatories are subject to and without waiver of the foregoing general objections. Boston Communications also reserves the right to object on any ground to the use of any interrogatory, or answer thereto, and to revise, supplement, or clarify any of the answers set forth below:

INTERROGATORY NO. 1:

Identify all prepaid wireless services that you advertised, sold, leased, licensed, or otherwise provided from January 1, 1994 to the present, including for each the name under which you market(ed) the services, a description of the services, a description and the location of all equipment used to provide the prepaid wireless services, the identity of any other entity involved in providing the services, and the dates such services were provided.

SUPPLEMENTAL ANSWER NO. 1: Boston Communications supplements its July 15, 2002 response with the following list of markets, by carrier, where Boston Communications has offered its bcgi Prepaid Wireless Service and Prepaid Connection Service, as well as the

CONFIDENTIAL                                    - 3 -

**EXHIBIT C**

platform technology in use when the market went live, any change in the platform and the date

for that change and other information: see Chart A.

BOSTON COMMUNICATIONS GROUP, INC.

By its attorneys,

Signed as to objections,

_Vickie L Henry_
Michael B. Keating (BBO # 263360)
Philip C. Swain (BBO # 544632)
Vickie L. Henry (BBO # 632367)
John E. Nilsson (BBO # 644085)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110
(617) 832-1000

Dated: July 18, 2003

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other plaintiff
party by (hand) (mail) on July 18, 2003
_Vickie L Henry_

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other defendant
party by (hand) (mail) email on July 18, 2003
_Vickie L Henry_

CONFIDENTIAL                    - 4 -

**EXHIBIT C**

Chart A

Confidential

EXHIBIT C

| MARKET FULL NAME (1) | CARRIER CODE | Technology | Market Start Date | Market Stop Date (if any) | Technology Change (if any) | Change Date | Comments |
|---|---|---|---|---|---|---|---|
| SNET - Connecticut | 14001 | MF | May-96 | Apr-01 | | | |
| SNET - Providence/New Bedford | 14002 | MF | Jul-96 | Apr-01 | | | |
| Bell Atlantic Mobile Southeast Region | 16004 | MF | Sep-96 | | SS7 | Jun-02 | |
| Bell Atlantic Mobile Washington D.C. | 16001 | MF | Sep-96 | | SS7 | | |
| SBC Wireless - Cellular One Boston | 11001 | MF | Aug/Sep-96 | Apr-01 | | | |
| SBC Wireless - Dallas | 11004 | MF | Oct-96 | Dec-00 | | | |
| SBC Wireless - St. Louis | 11008 | MF | Oct-96 | Mar-01 | | | |
| SBC Wireless - Upstate New York | 11009 | MF | Nov-96 | Mar-01 | | | |
| AirTouch Sacramento, CA | 15012 | MF | Dec-96 | Oct-01 | SS7 | Oct-01 | |
| Los Angeles Cellular California | 13001 | MF | Dec-96 | | | | |
| BellSouth Mobility Miami, FL | 10023 | MF | Dec-96 | | Pre-IN | Apr-02 | |
| SBC Wireless - Central Illinois | 11003 | MF | Nov/Dec-96 | Mar-01 | | | |
| SBC Wireless - Kansas City | 11005 | MF | Dec-96 | Mar-01 | | | |
| SBC Wireless - Oklahoma | 11007 | MF | Nov/Dec-96 | Nov-00 | | | |
| SBC Wireless - San Antonio | 11011 | MF | Dec-96 | Jan-01 | | | |
| WESTERN WIRELESS | 17007 | SS7 | Dec-96 | Oct-99 | | | |
| SBC Wireless - Cellular One Washington | 11002 | MF | Jan/Feb-97 | Apr-01 | SS7 | May-00 | |
| SBC Wireless - West Texas | 11010 | MF | Feb/Mar-97 | Feb-01 | | | |
| BellSouth Mobility Birmingham, AL | 10005 | MF | Mar-97 | | Pre-IN | Apr-02 | |
| AirTouch Atlanta | 15001 | MF | Apr-97 | | SS7 | Jun-00 | |
| AirTouch Nevada | 15030 | MF | Apr-97 | | SS7 | Sep-01 | |
| BellSouth Mobility Atlanta, GA | 10003 | MF | Apr-97 | | Pre-IN | Apr-02 | |
| BellSouth Mobility Huntsville, AL | 10008 | MF | Apr-97 | | Pre-IN | Apr-02 | |
| BellSouth Mobility Lexington, KY | 10012 | MF | Apr-97 | | Pre-IN | Jun-02 | |
| BellSouth Mobility Louisville, KY | 10013 | MF | Apr-97 | | Pre-IN | Jun-02 | |
| SBC Wireless - Little Rock | 11006 | MF | Apr-97 | Dec-00 | | | |
| Frontier Cellular | 18001 | MF | May-97 | | SS7 | Jun-02 | |
| BellSouth Mobility Chattanooga, TN | 10006 | MF | May-97 | | Pre-IN | Apr-02 | |
| BellSouth Mobility Memphis, TN | 10016 | MF | May-97 | | Pre-IN | Apr-02 | |
| BellSouth Mobility Nashville, TN | 10017 | MF | May-97 | | Pre-IN | May-02 | |
| AirTouch Detroit | 15007 | MF | Jun-97 | | SS7 | May-02 | |
| AirTouch San Diego, CA | 15015 | MF | Jun-97 | | SS7 | May-02 | |

Confidential

**EXHIBIT C**

| MARKET FULL NAME (1) | CARRIER CODE | Technology | Market Start Date | Market Stop Date (if any) | Technology Change (if any) | Change Date | Comments |
|---|---|---|---|---|---|---|---|
| AirTouch Vector 10 Denver, CO | 15031 | MF | Jun-97 | | SS7 | May-02 | |
| AirTouch Vector 10 Minneapolis, MN | 15032 | MF | Jun-97 | | SS7 | Apr-01 | |
| AirTouch Vector 10 Omaha, NE | 15033 | MF | Jun-97 | | SS7 | Apr-01 | |
| AirTouch Vector 10 Portland, OR | 15034 | MF | Jun-97 | | SS7 | May-00 | |
| AirTouch Vector 10 Salt Lake City, Utah | 15035 | MF | Jun-97 | | SS7 | May-00 | |
| AirTouch Vector 10 Seattle, WA | 15022 | MF | Jun-97 | | SS7 | Apr-02 | |
| BellSouth Mobility Baton Rouge, LA | 10004 | MF | Jun-97 | | Pre-IN | May-02 | |
| BellSouth Mobility Lafayette, LA | 10011 | MF | Jun-97 | | Pre-IN | Jan-02 | |
| BellSouth Mobility New Orleans, LA | 10018 | MF | Jun-97 | | Pre-IN | Apr-02 | |
| AirTouch Los Angeles, CA | 15008 | MF | Jul-97 | | SS7 | May-01 | |
| BellSouth Mobility Daytona, FL | 10007 | MF | Jul-97 | | Pre-IN | Nov-02 | |
| BellSouth Mobility Melbourne, FL | 10015 | MF | Jul-97 | | Pre-IN | Nov-02 | |
| BellSouth Mobility Orlando, FL | 10019 | MF | Jul-97 | | Pre-IN | Nov-02 | |
| BellSouth Mobility Jacksonville, FL | 10009 | MF | Aug-97 | | Pre-IN | Jan-02 | |
| Cellular One SF Bay Area | 22001 | MF | Sep-97 | Oct-01 | | | |
| BellSouth Mobility Indianapolis, IN | 10010 | MF | Sep-97 | | Pre-IN | Aug-02 | |
| AirTouch Cincinnati | 15004 | MF | Oct-97 | | SS7 | Jun-00 | |
| AirTouch Cleveland | 15005 | MF | Oct-97 | | SS7 | Jun-00 | |
| AirTouch Columbus | 15006 | MF | Oct-97 | | SS7 | Jun-00 | |
| AirTouch Phoenix, AZ | 15011 | MF | Oct-97 | | SS7 | Jun-00 | |
| Bakersfield, CA | 10002 | MF | Oct-97 | Oct-01 | | | |
| BellSouth Mobility Macon, GA | 10014 | MF | Oct-97 | | Pre-IN | Apr-02 | |
| BellSouth Mobility Jackson, MS | 10020 | MF | Oct-97 | | Pre-IN | Feb-02 | |
| BellSouth Mobility Acadiana, LA | 10021 | MF | Oct-97 | | Pre-IN | Jan-02 | |
| BellSouth Mobility Hammond, LA | 10022 | MF | Oct-97 | | Pre-IN | Apr-02 | |
| AirTouch Albuquerque, NM | 15017 | MF | Nov-97 | | SS7 | May-02 | |
| AWS Alaska | 19003 | MF | Nov-97 | Jun-01 | | | |
| AWS Colorado | 19005 | MF | Nov-97 | Mar-01 | | | |
| AWS Idaho | 19007 | MF | Nov-97 | Jun-01 | | | |
| AWS Nevada | 19008 | MF | Nov-97 | Jun-01 | | | |
| AWS Oregon | 19009 | MF | Nov-97 | Jul-01 | | | |
| AWS South Coast | 19011 | MF | Nov-97 | Apr-01 | | | |

Confidential

EXHIBIT C

| MARKET FULL NAME (1) | CARRIER CODE | Technology | Market Start Date | Market Stop Date (if any) | Technology Change (if any) | Change Date | Comments |
|---|---|---|---|---|---|---|---|
| AWS Utah | 19012 | MF | Nov-97 | Apr-01 | | | |
| AWS Washington | 19013 | MF | Nov-97 | Apr-01 | | | |
| Bell Atlantic Mobile New York Area | 16002 | MF | Nov-97 | | SS7 | Jun-02 | |
| Bell Atlantic Mobile Philadelphia Area | 16003 | MF | Nov-97 | | SS7 | Jun-02 | |
| AWS Minneapolis | 19015 | MF | Dec-97 | Oct-01 | | | |
| AWS New York/New Jersey | 19020 | MF | Dec-97 | Jul-01 | | | |
| AWS Pittsburgh | 19021 | MF | Dec-97 | Dec-00 | | | |
| AWS Sacramento Valley | 19010 | MF | Dec-97 | Apr-01 | | | |
| BellSouth Mobility Mobile, AL | 10027 | MF | Dec-97 | | Pre-IN | May-02 | |
| Rogers ATT Ontario | 21001 | MF | Dec-97 | Mar-01 | | | |
| AWS Hawaii | 19006 | MF | Jan-98 | Oct-01 | | | |
| AWS Southeast Miami, FL | 19024 | MF | May-98 | Sep-00 | | | |
| Bell Atlantic Mobile Pittsburgh Area | 16006 | MF | May-98 | | SS7 | Aug-01 | |
| Rogers ATT Alberta | 21002 | MF | May-98 | Mar-01 | | | |
| Rogers ATT British Columbia | 21005 | MF | May-98 | Mar-01 | | | |
| Rogers ATT Quebec | 21004 | MF | May-98 | Mar-01 | | | |
| Aliant | 23001 | MF | Jun-98 | Mar-00 | | | |
| BellSouth Mobility DCS | 10028 | MF | Jun-98 | Jan-01 | | | |
| Dobson Cellular Maryland Market | 24002 | MF | Jul-98 | Jul-02 | SS7 | Jul-02 | Became PPC Jul-02 |
| Rogers ATT Atlantic Region | 21007 | MF | Jul-98 | Mar-01 | | | |
| Rogers ATT Midwest Region | 21006 | MF | Jul-98 | Mar-01 | | | |
| SOUTHWESTCO                    (1) | 12004 | MF | Jul-98 | Mar-00 | | | |
| Bell Atlantic Mobile New England Region | 16007 | MF | Aug-98 | | SS7 | Jul-02 | |
| Rogers ATT National | 21003 | MF | Oct-98 | Mar-01 | | | |
| Bellsouth Evansville, IN | 10024 | MF | Oct-98 | | to Pre-IN | Jun-02 | |
| Bellsouth Allen, KY | 10029 | MF | Oct-98 | | to Pre-IN | Jul-02 | |
| Dobson Leavenworth Cellular | 24003 | MF | Nov-98 | Jul-02 | SS7 | Jul-02 | Became PPC Jul-02 |
| BellSouth Mobility West Florida PCS | 10025 | MF | Dec-98 | | Pre-IN | Apr-02 | |
| BellSouth Mobility PCS Montgomery | 10030 | MF | Dec-98 | | Pre-IN | May-02 | |
| Dobson Cellular Oklahoma | 24004 | MF | Dec-98 | Jul-02 | SS7 | Jul-02 | Became PPC Jul-02 |
| Honolulu | 10031 | MF | Feb-99 | May-00 | | | |
| AWS Jacksonville | 19028 | MF | Aug-99 | Jan-01 | | | |

Confidential

EXHIBIT C

| MARKET FULL NAME (1) | CARRIER CODE | Technology | Market Start Date | Market Stop Date (if any) | Technology Change (if any) | Change Date | Comments |
|---|---|---|---|---|---|---|---|
| AWS Orlando | 19027 | MF | Aug-99 | Jan-01 | | | |
| AWS Tampa | 19026 | MF | Aug-99 | Jan-01 | | | |
| BellSouth Mobility Houston, TX | 10040 | MF | Aug-99 | | Pre-IN | May-02 | Launched MF, changed to SS7 w/in week |
| Cincinnati Bell Wireless | 19030 | SS7* | Oct-99 | | Pre-IN | Oct-02 | |
| BellSouth North Florida PCS | 10052 | MF | Jan-00 | | Pre-IN | Nov-02 | |
| BellSouth Mississippi PCS | 10054 | MF | Feb-00 | | Pre-IN | Feb-02 | |
| BellSouth Mobility Alexandria | 10060 | MF | Feb-00 | | Pre-IN | Jan-02 | |
| BellSouth Mobility Houma | 10059 | MF | Feb-00 | | Pre-IN | Jan-02 | |
| BellSouth Mobility Lake Charles | 10055 | MF | Feb-00 | | Pre-IN | Jan-02 | |
| BellSouth Mobility Monroe | 10061 | MF | Feb-00 | | Pre-IN | Jan-02 | |
| BellSouth Mobility Shreveport | 10062 | MF | Feb-00 | | Pre-IN | Jan-02 | |
| GTE - Bakersfield | 43008 | MF | Oct-00 | | SS7 | Jun-02 | |
| GTE - Birmingham | 43013 | MF | Oct-00 | | SS7 | Feb-02 | |
| GTE - Charleston | 43019 | MF | Oct-00 | | SS7 | Apr-02 | |
| GTE - Evansville | 43016 | MF | Oct-00 | | SS7 | by 10-01 | |
| GTE - Fresno | 43007 | MF | Oct-00 | | SS7 | Oct-01 | |
| GTE - Greensboro | 43020 | MF | Oct-00 | | SS7 | Apr-02 | |
| GTE - Houston | 43005 | MF | Oct-00 | | SS7 | by 8-01 | |
| GTE - Huntsville | 43010 | MF | Oct-00 | | SS7 | Feb-02 | |
| GTE - Indianapolis | 43003 | MF | Oct-00 | | SS7 | May-01 | |
| GTE - Kansas City | 43012 | MF | Oct-00 | | SS7 | Aug-01 | |
| GTE - Knoxville | 43014 | MF | Oct-00 | | SS7 | Feb-02 | |
| GTE - Las Vegas | 43011 | MF | Oct-00 | | SS7 | Jan-01 | |
| GTE - Louisville | 43015 | MF | Oct-00 | | SS7 | Feb-02 | |
| GTE - Memphis | 43001 | MF | Oct-00 | | SS7 | Feb-02 | |
| GTE - Nashville | 43009 | MF | Oct-00 | | SS7 | Sep-01 | |
| GTE - Newport News | 43021 | MF | Oct-00 | | SS7 | by 10-01 | |
| GTE - Raleigh | 43018 | MF | Oct-00 | | SS7 | Apr-02 | |
| GTE - Richmond | 43022 | MF | Oct-00 | | SS7 | by 10-01 | |
| GTE - San Francisco | 43006 | MF | Oct-00 | | SS7 | Oct-01 | |

EXHIBIT C

| MARKET FULL NAME (1) | CARRIER CODE | Technology | Market Start Date | Market Stop Date (if any) | Technology Change (if any) | Change Date | Comments |
|---|---|---|---|---|---|---|---|
| GTE - St. Louis | 43004 | MF | Oct-00 | | SS7 | by 8-01 | |
| GTE Chicago | 43002 | MF | Oct-00 | | SS7 | by 8-01 | |
| Primeco - Austin | 42007 | MF | Oct-00 | | SS7 | Sep-01 | |
| Primeco - Dallas | 42005 | MF | Oct-00 | | SS7 | by 9-01 | |
| Primeco - Jacksonville | 42001 | MF | Oct-00 | | SS7 | Sep-01 | |
| Primeco - Miami - Jupiter Switch | 42004 | MF | Oct-00 | | SS7 | Sep-01 | Feb-03 Pre-IN |
| Primeco - Milwaukee | 42009 | MF | Oct-00 | | SS7 | Jul-01 | |
| Primeco - New Orleans | 42008 | MF | Oct-00 | | SS7 | Sep-01 | |
| Primeco - Orlando | 42002 | MF | Oct-00 | | SS7 | Sep-01 | |
| Primeco - San Antonio | 42006 | MF | Oct-00 | | SS7 | Sep-01 | |
| Primeco - Tampa | 42003 | MF | Oct-00 | | SS7 | Sep-01 | |
| Bluegrass Cellular | 60015 | MF | Oct-00 | | SS7 | Oct-02 | PPC |
| Bravo | 60020 | MF | Oct-00 | Oct-01 | | Sep-01 | PPC |
| C1 Arizona | 60010 | MF | Oct-00 | | | | PPC; Migrating to SS7 Verizon purchase/PPC to PPW |
| Price Communications Wireless | 60005 | MF | Oct-00 | | SS7 | Nov-02 | PPC; Migrating to SS7 |
| Thumb Cellular | 60040 | MF | Dec-00 | | | | PPC |
| Great Lakes of Iowa | 60030 | MF | Jan-01 | | | | PPC |
| UBET Wireless | 60025 | MF | Jan-01 | | | | PPC |
| Illinois Valley Cellular | 60045 | MF | Mar-01 | | SS7 | Oct-02 | PPC; Migrating to SS7 |
| GTE - Danville | 43021 | MF | May-01 | | SS7 | Sep-01 | PPC |
| Alabama Wireless | 60055 | MF | May-01 | | | | |
| GTE El Paso | 43017 | MF | May-01 | | SS7 | Apr-02 | |
| Verizon Helena | 15035 | MF | May-01 | | SS7 | Apr-02 | |
| Verizon Pueblo | 15031 | MF | May-01 | | SS7 | Apr-02 | |
| Verizon Rock Springs | 15031 | MF | May-01 | | SS7 | Apr-02 | |
| Cingular Alexandria | 10060 | MF | May-01 | ther Cingular mark | Pre-IN | Jan-02 | |
| Cingular Houma | 10059 | MF | May-01 | ther Cingular mark | Pre-IN | Jan-02 | |
| Cingular Lake Charles | 10055 | MF | May-01 | ther Cingular mark | Pre-IN | Jan-02 | |

Confidential

EXHIBIT C

| MARKET FULL NAME (1) | CARRIER CODE | Technology | Market Start Date | Market Stop Date (if any) | Technology Change (if any) | Change Date | Comments |
|---|---|---|---|---|---|---|---|
| Cingular Monroe | 10061 | MF | May-01 | ther Cingular mark | Pre-IN | Jan-02 | PPC using modified |
| Cingular Shreveport | 10062 | MF | May-01 | | Pre-IN | Jan-02 | SS7 |
| | | | | | | | |
| Nebraska Wireless | 60050 | SS7 | Jun-01 | May-03 | | | PPC |
| South Caanan | 60065 | MF | Jul-01 | | | | PPC |
| MTA Wireless | 60060 | MF | Jul-01 | | | | |
| First Cellular of Southern Illinois | 60070 | MF | Aug-01 | | | | PPC |
| Brazos Cellular | 60035 | MF | Oct-01 | | | | PPC |
| Cellular One of Danville | 60075 | SS7 | Nov-01 | | | | PPC |
| Farmers Cellular | 60090 | SS7 | Mar-02 | | | | PPC |
| Verizon Hawaii | 43025 | MF | Feb-02 | | SS7 | May-02 | |
| Dobson-Richmond | 60104 | SS7 | Jun-02 | | | | PPC |
| Dobson-Morgantown | 60106 | SS7 | Jun-02 | | | | PPC |
| Dobson-Cambridge | 60105 | SS7 | Jun-02 | | | | PPC |
| Cingular Tulsa, OK | 10114 | Pre-In | Jul-02 | | | | |
| Cingular Washington/Baltimore | 10110 | Pre-In | Jul-02 | | | | |
| Dobson-Summit | 60107 | SS7 | Jul-02 | | | | PPC |
| Dobson-Youngstown | 60108 | SS7 | Jul-02 | | | | PPC |
| Dobson-Wausau | 60117 | SS7 | Jul-02 | | | | PPC |
| Dobson-Duluth | 60113 | SS7 | Jul-02 | | | | PPC |
| Dobson-Baxter | 60114 | SS7 | Jul-02 | | | | PPC |
| Dobson-Tulsa | 60119 | SS7 | Jul-02 | | | | PPC |
| Dobson-Cheyenne | 60120 | SS7 | Jul-02 | | | | PPC |
| Dobson-Frederick | 60101 | SS7 | Jul-02 | | | | PPC |
| Dobson-Easton | 60102 | SS7 | Jul-02 | | | | PPC |
| Dobson-Leavenworth | 60118 | SS7 | Jul-02 | | | | PPC |
| Cingular Dallas | 10117 | Pre-In | Aug-02 | | | | |
| Cingular Little Rock | 10116 | Pre-In | Aug-02 | | | | |
| Cingular Philly | 10111 | Pre-In | Aug-02 | | | | |
| Cingular St. Louis | 10123 | Pre-In | Aug-02 | | | | |
| Mountain Cellular | 60080 | SS7 | Aug-02 | | | | PPC |
| Nextel (boost) | 50000 | Pre-In | Aug-02 | | | | |

Confidential

EXHIBIT C

| MARKET FULL NAME (1) | CARRIER CODE | Technology | Market Start Date | Market Stop Date (if any) | Technology Change (if any) | Change Date | Comments |
|---|---|---|---|---|---|---|---|
| Nextel Roaming East | 50500 | Pre-In | Aug-02 | | | | |
| Nextel Roaming CST | 50501 | Pre-In | Aug-02 | | | | |
| Nextel Roaming MST | 50502 | Pre-In | Aug-02 | | | | |
| Nextel Roaming PST | 50503 | Pre-In | Aug-02 | | | | |
| Nextel Roaming Hawaii | 50504 | Pre-In | Aug-02 | | | | |
| Mid-Missouri | 60095 | SS7 | Aug-02 | | | | PPC |
| ALLTEL Jonesboro | 20001 | Pre-In | Sep-02 | | | | |
| ALLTEL Little Rock | 20002 | Pre-In | Sep-02 | | | | |
| ALLTEL Fayetteville/Ft. Smith | 20003 | Pre-In | Sep-02 | | | | |
| ALLTEL El Paso | 20004 | Pre-In | Sep-02 | | | | |
| ALLTEL Tyler/Longview | 20005 | Pre-In | Sep-02 | | | | |
| ALLTEL Killeen/Temple/ Waco | 20006 | Pre-In | Sep-02 | | | | |
| ALLTEL Louisiana | 20008 | Pre-In | Sep-02 | | | | |
| ALLTEL Springfield | 20011 | Pre-In | Sep-02 | | | | |
| ALLTEL Kansas | 20012 | Pre-In | Sep-02 | | | | |
| ALLTEL Grand Island | 20013 | Pre-In | Sep-02 | | | | |
| ALLTEL Omaha | 20014 | Pre-In | Sep-02 | | | | |
| ALLTEL Panama City | 20021 | Pre-In | Sep-02 | | | | |
| ALLTEL Montgomery | 20028 | Pre-In | Sep-02 | | | | |
| ALLTEL Tri Cities | 20046 | Pre-In | Sep-02 | | | | |
| ALLTEL Columbia | 20015 | Pre-In | Sep-02 | | | | |
| ALLTEL Charleston | 20016 | Pre-In | Sep-02 | | | | |
| ALLTEL Greenville SC | 20017 | Pre-In | Sep-02 | | | | |
| ALLTEL Jacksonville-PCS | 20018 | Pre-In | Sep-02 | | | | |
| ALLTEL Gainesville | 20019 | Pre-In | Sep-02 | | | | |
| ALLTEL Tallahassee | 20020 | Pre-In | Sep-02 | | | | |
| ALLTEL Mobile/Pensacola | 20022 | Pre-In | Sep-02 | | | | |
| ALLTEL Tampa | 20023 | Pre-In | Sep-02 | | | | |
| ALLTEL Ft. Myers | 20024 | Pre-In | Sep-02 | | | | |
| ALLTEL Augusta | 20025 | Pre-In | Sep-02 | | | | |
| ALLTEL Savannah | 20026 | Pre-In | Sep-02 | | | | |
| ALLTEL Albany | 20027 | Pre-In | Sep-02 | | | | |

Confidential

**EXHIBIT C**

| MARKET FULL NAME (1) | CARRIER CODE | Technology | Market Start Date | Market Stop Date (if any) | Technology Change (if any) | Change Date | Comments |
|---|---|---|---|---|---|---|---|
| ALLTEL Charlotte | 20029 | Pre-In | Sep-02 | | | | |
| ALLTEL Fayetteville NC | 20030 | Pre-In | Sep-02 | | | | |
| ALLTEL Raleigh | 20031 | Pre-In | Sep-02 | | | | |
| ALLTEL Wilmington | 20032 | Pre-In | Sep-02 | | | | |
| ALLTEL Greensboro | 20033 | Pre-In | Sep-02 | | | | |
| ALLTEL Hickory | 20034 | Pre-In | Sep-02 | | | | |
| ALLTEL Rocky Mount | 20035 | Pre-In | Sep-02 | | | | |
| ALLTEL Clearwater/St. Petersburg | 20036 | Pre-In | Sep-02 | | | | |
| ALLTEL Cleveland | 20037 | Pre-In | Sep-02 | | | | |
| ALLTEL Akron/Canton | 20038 | Pre-In | Sep-02 | | | | |
| ALLTEL Toledo/Marion | 20039 | Pre-In | Sep-02 | | | | |
| ALLTEL Youngstown | 20040 | Pre-In | Sep-02 | | | | |
| ALLTEL Mansfield | 20041 | Pre-In | Sep-02 | | | | |
| ALLTEL St. Clairesville | 20042 | Pre-In | Sep-02 | | | | |
| ALLTEL Richmond | 20043 | Pre-In | Sep-02 | | | | |
| ALLTEL Charlottesville | 20044 | Pre-In | Sep-02 | | | | |
| ALLTEL Norfolk | 20045 | Pre-In | Sep-02 | | | | |
| ALLTEL Albuquerque | 20007 | Pre-In | Sep-02 | | | | |
| ALLTEL Phoenix | 20009 | Pre-In | Sep-02 | | | | |
| ALLTEL Tucson | 20010 | Pre-In | Sep-02 | | | | |
| Appalachian Wireless | 60150 | SS7 | Sep-02 | | | PPC | |
| Dobson-Caro | 60116 | SS7 | Sep-02 | | | PPC | |
| Dobson-Manchester | 60103 | SS7 | Sep-02 | | | PPC | |
| Cingular Abilene | 10118 | Pre-In | Sep-02 | | | | |
| Cingular Albany | 10127 | Pre-In | Sep-02 | | | | |
| Cingular Amarillo | 10119 | Pre-In | Sep-02 | | | | |
| Cingular Austin | 10122 | Pre-In | Sep-02 | | | | |
| Cingular Chicago | 10100 | Pre-In | Sep-02 | | | | |
| Cingular Chicago (New Berlin) | 10100 | Pre-In | Sep-02 | | | | |
| Cingular Buffalo (New Castle) | 10107 | Pre-In | Sep-02 | | | | |
| Cingular Chicago (W. Chicago) | 10100 | Pre-In | Sep-02 | | | | |
| Cingular Kansas City | 10125 | Pre-In | Sep-02 | | | | |

Confidential

**EXHIBIT C**

| MARKET FULL NAME (1) | CARRIER CODE | Technology | Market Start Date | Market Stop Date (if any) | Technology Change (if any) | Change Date | Comments |
|---|---|---|---|---|---|---|---|
| Cingular Lubbock | 10115 | Pre-In | Sep-02 | | | | |
| Cingular Midland | 10120 | Pre-In | Sep-02 | | | | |
| Cingular Oklahoma City, OK | 10124 | Pre-In | Sep-02 | | | | |
| Cingular Rochester | 10108 | Pre-In | Sep-02 | | | | |
| Cingular San Antonio | 10122 | Pre-In | Sep-02 | | | | |
| Cingular South Texas | 10121 | Pre-In | Sep-02 | | | | |
| Cingular Springfield | 10101 | Pre-In | Sep-02 | | | | |
| Cingular Syracuse (Partoun Albany) | 10109 | Pre-In | Sep-02 | | | | |
| Nextel CA | 50000 | Pre-In | Sep-02 | | | | |
| Cingular Boston | 10113 | Pre-In | Oct-02 | | | | |
| Cingular Conn. (Meridian, New Haven) | 10112 | Pre-In | Oct-02 | | | | |
| Cingular Cleveland, OH | 10105 | Pre-In | Nov-02 | | | | |
| Cingular Columbus, OH | 10103 | Pre-In | Nov-02 | | | | |
| Cingular Cincinnati | 10104 | Pre-In | Nov-02 | | | | |
| Cingular Detroit | 10102 | Pre-In | Nov-02 | | | | |
| Cingular Madison | 10126 | Pre-In | Nov-02 | | | | |
| Cingular Milwaukee | 10106 | Pre-In | Nov-02 | | | | |
| Centennial-Fort Wayne | 60160 | SS7 | Dec-02 | | | PPC | |
| Centennial-Kalamazoo | 60165 | SS7 | Dec-02 | | | PPC | |
| Centennial-South Bend | 60170 | SS7 | Dec-02 | | | PPC | |
| Centennial-Central Mich. | 60155 | SS7 | Dec-02 | | | PPC | |
| Centennial-Alexandria | 60175 | SS7 | Dec-02 | | | PPC | |
| Centennial-Lafayette | 60185 | SS7 | Dec-02 | | | PPC | |
| Centennial-Beaumont | 60180 | SS7 | Dec-02 | | | PPC | |
| Centennial-Lake Charles | 60190 | SS7 | Dec-02 | | | PPC | |
| BTC Mobility | 60085 | MF | Jan-03 | | | PPC | |
| Dobson-Traverse City | 60115 | SS7 | Jan-03 | | | PPC | |
| Dobson-Brownwood | 60110 | SS7 | Mar-03 | | | PPC | |
| Dobson-Kingman | 60111 | SS7 | Mar-03 | | | PPC | |
| Mobile Tel | 60135 | SS7 | Mar-03 | | | PPC | |
| Dobson-Bastrop | 60109 | SS7 | Mar-03 | | | PPC | |

Confidential

EXHIBIT C

| MARKET FULL NAME (1) | CARRIER CODE | Technology | Market Start Date | Market Stop Date (if any) | Technology Change (if any) | Change Date | Comments |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

(1) The market names that Boston Communications adopted internally often have not been amended to reflect subsequent corporate activity by the wireless carriers, including mergers, partnerships, or consolidations. For example, Boston Communications did not change the name of markets from AirTouch to Verizon when AirTouch began participating in Cellco Partnership.

Confidential

EXHIBIT C

<u>Jurat</u>

The above answers to interrogatories were prepared with the assistance of agents or employees of Boston Communications Group, Inc. ("Boston Communications"). The answers are based upon and therefore necessarily limited by the records and information still in existence, currently recollected, thus far discovered in the course of Boston Communications' investigation of this matter, and currently available to Boston Communications. Subject to the limitations set forth herein, said answers are true and correct to the best of my present knowledge, recollection, information, and belief. I certify under penalty of perjury on behalf of Boston Communications that the foregoing is true and correct. Executed on July 16, 2003.

William Wessman

CONFIDENTIAL                          - 5 -

**EXHIBIT C**

# EXHIBIT D

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

February 6, 2006

<u>VIA FACSIMILE AND U.S. MAIL</u>

**Philip A. Sechler**
Williams & Connolly, LLP
725 Twelfth Street N.W.
Washington, DC 20005

**Dean G. Bostock**
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111

Re:    <u>Freedom Wireless v. BCGI, Alltel, et al, Case No. 05-11062</u>

Dear Counsel:

I write regarding the Court's recent order on the motion to dismiss regional defendants for lack of personal jurisdiction. As you know, the Court ordered the parties to participate in discovery over the next few months on the limited issue of personal jurisdiction.

Freedom believes that BCGI has provided prepaid wireless services in conjunction with additional carrier customers who have not yet been named in the complaint. Although Freedom intended to gain information about all of BCGI's customers during discovery, and amend the complaint accordingly, we think it makes sense to address the jurisdictional issues for all potential parties at the same time.

We therefore request that BCGI provide a list of all of its prepaid wireless customers from February 1998 until the present, including each carrier's complete corporate name and address. Once we receive that list, we will work with BCGI to make the necessary changes to the pleadings and pursue jurisdictional discovery alongside the current regional carrier defendants.

Please let me know by the end of the day Wednesday, February 1, if BCGI will agree to produce such a list. Also, feel free to contact me if you would like to discuss the issue further.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2404
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

**EXHIBIT D**

Very truly yours,

Erica Taggart

Erica Taggart
08930/1824235.1

**EXHIBIT D**

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702-8100
Facsimile: (212) 702-8200

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

**DATE:**     February 6, 2006                    **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Philip A. Sechler<br>Williams & Connolly LLP | (202) 434-5000 | (202) 434-5029 |
| Dean G. Bostock<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC | (617) 542-6000 | (617) 542-2241 |

**FROM:**     Erica Taggart

**RE:**     Freedom Wireless v. BCGI, Alltel, et al. - Case No. 05-11062

**MESSAGE:**



| CLIENT # | 8930 | ROUTE/<br>RETURN TO: | Vince Grant | ☐ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED?  ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

**EXHIBIT D**

| | Send Confirmation Report |
|---|---|

Name: JetFax M910                          ID: 1111                          6 Feb 06 11:49AM  Page  1

| Job | Start time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|-----|------------|-------|--------------------|------|-------|------|--------|
| 516 | 2/ 6 11:48AM | 0'48" | 9414#08930#120243450 29# | Send............ | 3/ 3 | EC144 | Completed........................................ |

Total:     0'48"     Pages sent: 3     Pages printed: 0

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702-8100
Facsimile: (212) 702-8200

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SAN DIEGO
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 813-3132
Facsimile: (858) 813-3336

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

DATE:     February 6, 2006                 NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Philip A. Sechler Williams & Connolly LLP | (202) 434-5000 | (202) 434-5029 |
| Dean G. Bostock Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC | (617) 542-6000 | (617) 542-2241 |

FROM:     Erica Taggart

RE:     Freedom Wireless v. BCGI, Alltel, et al. - Case No. 05-11062

MESSAGE:

| CLIENT # : 8930 | ROUTE/ RETURN TO: : Vince Grassi | ☐ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATIVE: | CONFERMEO7    ☐ NO  ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3604 AS SOON AS POSSIBLE.

## EXHIBIT D

| | Ad Hoc Broadcast Report |
|---|---|

Name: JetFax M910                    ID: 1111                    6 Feb 06 11:47AM  Page  1

| Job | Phone Number | Start time | Pages | Mode | Status |
|---|---|---|---|---|---|
| 515 | 9414#08930#120243450<br>29# | 2/ 6 11:46AM...... | 3/ 3 | BC ......... | Completed................................... |
| 515 | 9414#08930#161754222<br>41# | 2/ 6 11:47AM...... | 0/ 3 | BC ......... | Canceled by operator......... 940 |

Explanation of items in the Mode column:

EC=Error correction          SA=Subaddress          MP=Multi-poll
96=9600 BPS                  PW=Password            BC=Broadcast
48=4800 BPS

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702-8100
Facsimile: (212) 702-8200

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600
Facsimile: (415) 875-6700

SAN DIEGO
4445 Eastgate Mall, Suite 200
San Diego, CA  92121
(858) 812-3107
Facsimile: (858) 812-3336

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
(650) 801-5000
Facsimile: (650) 801-5100

LOS ANGELES OFFICE

**FACSIMILE TRANSMISSION**

DATE:     February 6, 2006                    NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Philip A. Sechler<br>Williams & Connolly LLP | (202) 434-5000 | (202) 434-5029 |
| Dean G. Bostock<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC | (617) 542-6000 | (617) 542-2241 |

FROM:     Erica Taggart

RE:       Freedom Wireless v. BCGI, Alltel, et al. - Case No. 05-11062

MESSAGE:

| CLIENT # 8930 | ROUTE/<br>RETURN TO:  Vince Grant | ☐ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR: | CONFIRMED?  ☐ No  ☐ Yes: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed.  If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service.  Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

**EXHIBIT D**

```
                          Send Confirmation Report
 Name: JetFax M910                  ID: 1111              6 Feb 06 11:52AM  Page  1
```

| Job | Start time | Usage | Phone Number or ID | Type | Pages | Mode | Status |
|-----|-----------|-------|--------------------|------|-------|------|--------|
| 517 | 2/ 6 11:51AM | 0'48" | 9414#08930#161754222 41# | Send............. | 3/ 3 | EC144 | Completed................................ |

```
         Total:   0'48"    Pages sent: 3    Pages printed: 0
```

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

NEW YORK
355 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702-8100
Facsimile: (212) 702-8200

LOS ANGELES
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

SAN DIEGO
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 813-3394

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
### FACSIMILE TRANSMISSION

DATE:   February 6, 2006

NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE No. | FAX No. |
|---|---|---|
| Philip A. Sechler<br>Williams & Connolly LLP | (202) 434-5000 | (202) 434-5029 |
| Dean G. Bostock<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC | (617) 542-6000 | (617) 542-2241 |

FROM:   Erica Taggart

RE:   Freedom Wireless v. BCGI, Alltel, et al. - Case No. 05-11062

MESSAGE:

| CLIENT # : 8936 | ROUTE/ RETURN TO:  Vince Grant | ☐ CONFIRM FAX ☒ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR: | CONFIRMED?  ☐ NO  ☐ YES: _____ |  |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

## EXHIBIT D

# EXHIBIT E

LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

PHILIP A. SECHLER
(202) 434-5459
psechler@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

## TELECOPY

TO:                                    Erica Taggart

FIRM OR COMPANY:          Quinn Emanuel Urquhart Oliver & Hedges, LLP

TELECOPY NUMBER:        (213) 443-3100

---

FROM:                                 Phil Sechler

TELEPHONE:                      (202) 434-5000

DATE:                                  February 8, 2006

MATTER NUMBER:            43772.0002

NUMBER OF PAGES INCLUDING THIS PAGE:   2

IF THERE ARE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL (202) 434-5608 <u>IMMEDIATELY</u>. THANK YOU.

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.

Williams & Connolly LLP Telecopy Number: (202) 434-5029

**EXHIBIT E**

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

PHILIP A. SECHLER
(202) 434-5459
psechler@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 8, 2006

**VIA FACSIMILE AND FIRST-CLASS MAIL**

Erica P. Taggart
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Re:    Freedom Wireless v. BCGI, Alltel, et al., Civil Action No.
05-11062

Dear Erica:

We were surprised to receive your February 6 request for "a list of all of [BCGI's] prepaid wireless customers from February 1998 until the present, including each carrier's complete corporate name and address." The Court made clear in its Order of January 24, 2006 that it was limiting discovery to that "*relating solely to the issue of personal jurisdiction over the Regional Carriers and South Canaan.*" Order of Jan. 24, 2006, at 1 (emphasis in original). The information you seek does not in any way relate to that issue. And we do not believe any interest in efficiency would be advanced by your request to expand the issues and parties in the case beyond the limit of the Court's Order and before the Court has had an opportunity to resolve the jurisdictional issues presented in the pending motions. We therefore are unable to accede to your request.

Sincerely,

Philip A. Sechler

cc:    Dean G. Bostock, Esq.
Michael H. Page, Esq.
John G. Flaim, Esq.
Timothy J. Perry, Esq.

**EXHIBIT E**