# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2006-1237 - FREEDOM WIRELESS V BOSTON COMM

**Date of docketing:** 02/14/2006

**Appeal from:** United States District Court / District of Massachusetts
case no. 05-CV-11062

**Appellant(s):** Nextel Communications, Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Massachusetts
Dean G. Bostock
Marshall M. Searcy, III
Dennis J. Kelly

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2006-1237

FREEDOM WIRELESS, INC.,

Plaintiff-Appellee,

v.

BOSTON COMMUNICATIONS GROUP, INC., ALLTELL CORPORATION,
BAKERSFIELD CELLULAR, DOBSON COMMUNICATIONS CORP.,
CINCINNATI BELL WIRELESS, BLUEGRASS CELLULAR, INC.,
C1 ARIZONA, THUMB CELLULAR LLC,
GREAT LAKES OF IOWA, INC. (also known as Cellone or Iowa One),
UINTAH BASIN ELECTRONIC TELECOMMUNICATIONS
(doing business as Ubet Wireless),
ILLINOIS VALLEY CELLULAR RSA 2, INC. (also known as Illinois Valley Cellular),
NEBRASKA WIRELESS TELEPHONE, INC.,
MATANUSKA TELEPHONE ASSOCIATION (doing business as MTA Wireless),
FIRST CELLULAR OF SOUTHERN ILLINOIS, BRAZOS CELLULAR, INC.,
CELLULAR ONE OF EAST CENTRAL ILLINOIS, FARMERS CELLULAR,
MID-MISSOURI TELEPHONE CO.,
EAST KENTUCKY NETWORK LLC (doing business as Appalachian Wireless),
BAUCE COMMUNICATIONS OF BEAUMONT, INC. (doing business as Centennial
Wireless, also known as Centennial Communications Corp.),
BTC MOBILITY, MOBILETEL, INC.,
SOUTH CANAAN CELLULAR COMMUNICATIONS CO.,
MID-MISSOURI CELLULAR, INC. and CENTENNIAL CELLULAR OPERATING CO.,

Defendants-Appellees,

and

NEXTEL COMMUNICATIONS, INC.,

Movant-Appellant.

Appeal from the United States District Court for the District of Massachusetts in case no. 05-CV-11062, Senior Judge Edward F. Harrington.

Authorized Abbreviated Caption[2]

FREEDOM WIRELESS v BOSTON COMM, 2006-1237

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.