IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORP., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11062-EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT BOSTON COMMUNICATION GROUP, INC.'S RESPONSE TO PLAINTIFF FREEDOM WIRELESS, INC'S MOTION FOR LEAVE TO SERVE INTERROGATORY REGARDING BCGI'S CUSTOMERS

Defendant, Boston Communications Group, Inc. ("BCGI"), respectfully submits this response to the motion of plaintiff, Freedom Wireless, Inc. ("Freedom"), for leave to file a "special" interrogatory not authorized by this Court's Order of January 24, 2006. That Order directed "the parties to conduct limited discovery *relating solely to the issue of personal jurisdiction over the Regional Carriers and South Canaan.*" Order of Jan. 24, 2006, at 1 (emphasis in original). Freedom's proposed interrogatory is directed to the identity of potential additional defendants other than the "Regional Carriers and South Canaan," and thus is not within the scope of the Court's Order of January 24, 2006.

Dated: March 14, 2006                    Respectfully submitted,

/s/ Dean Bostock
Patrick J. Sharkey (BBO # 454820)
Dean G. Bostock (BBO # 549747)
MINTZ LEVIN COHN FERRIS
  GLOVSKY and POPEO P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

Bruce R. Genderson
David C. Kiernan
Philip A. Sechler
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Boston Communications Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies sent to those indicated as non-registered participants on March 14, 2006.

/s/ Dean Bostock

LIT 1564761v.1