# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FREEDOM WIRELESS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-11062-EFH |
| BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORP., *et al.*, | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL OF
## DEFENDANT BAKERSFIELD CELLULAR LLC

Plaintiff, Freedom Wireless, Inc. ("FWI"), and the undersigned defendants hereby stipulate to the dismissal of this action with respect to defendant Bakersfield Cellular LLC ("Bakersfield") without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  More particularly, Bakersfield asserts that the damages requested from Bakersfield by FWI herein have already been included in a judgment obtained by FWI in a prior pending case in this Court, *Freedom Wireless, Inc. v. Boston Communications Group, Inc. et al.*, Civil Action No. 00-CV-12234 (EFH).  Bakersfield has provided counsel for FWI with the declarations of Cynthia Jackson, Todd J. Pladson and Ersin Galioglu in support of this assertion.  Based upon these declarations, FWI agrees to dismiss Bakersfield without prejudice.  FWI reserves the right to re-file against Bakersfield should discovery herein reveal that FWI has the right to obtain additional damages from Bakersfield in this case.  Bakersfield reserves all legal and equitable defenses and counterclaims, including res judicata, collateral estoppel and laches.

**IT IS SO STIPULATED.**

Dated: March 28, 2006

**FREEDOM WIRELESS, INC.**
By its attorneys


/s/ Erica Taggart
Paul F. Ware, Jr., P.C. (BBO #516240)
John K. Felter (BBO #162540)
Douglas C. Doskocil (BBO #558949)
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA  02109-2881
Telephone:     (617) 570-1000
Facsimile:     (617) 523-1231

Marshall M. Searcy III
Erica P. Taggart
QUINN EMANUEL URQUHART OLIVER &
   HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Plaintiff Freedom Wireless, Inc.*

DGB 29967-002 1558045

Dated:  March 28, 2006

**BOSTON COMMUNICATIONS
GROUP, INC.,**
By its attorneys


      /s/ Dean G. Bostock
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
   POPEO, P.C.
One Financial Center
Boston, MA  02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

Bruce R. Genderson
David C. Kiernan
Philip A. Sechler
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:    (202) 434-5000
Facsimile:    (202) 434-5029

*Attorneys for Defendant Boston Communications
Group, Inc.*

DGB 29967-002 1558045

Dated:  March 28, 2006

**ALLTEL CORP.,**
By its attorneys


            /s/ Dean G. Bostock
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
   POPEO, P.C.
One Financial Center
Boston, MA  02111
Telephone:    (617) 542-6000
Facsimile:    (617) 542-2241

*Attorneys for Defendant Alltel Corporation*


Dated:  March 28, 2006

**SOUTH CANAAN CELLULAR
COMMUNICATIONS CO., INC.,**
By its attorneys


            /s/ Gregory T. Donoghue
Gregory T. Donoghue (BBO #661480)
PRETI FLAHERTY BELIVEAU PACHIOS & HALEY LLP
Ten High Street, Fifth Floor
Boston, MA  02110
Telephone:    (617) 226-3800
Facsimile:    (617) 226-3801

*Attorney for Defendant South Canaan Cellular
Communications Company and former Defendant
South Canaan Telephone Company*

DGB 29967-002 1558045

Dated: March 28, 2006

**BLUEGRASS CELLULAR, INC., et al.,**
By their attorneys

_____/s/ Dean G. Bostock_____
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
    POPEO, P.C.
One Financial Center
Boston, MA  02111
Telephone:     (617) 542-6000
Facsimile:     (617) 542-2241

Matthias A. Kamber
Leo L. Lam
Michael H. Page
Andrew N. Shen
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94107
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

*Attorneys for Defendants*
*Bluegrass Cellular, Inc.*
*Bakersfield Cellular LLC*
*Cellular Properties, Inc.*
    *(d/b/a Cellular One of East Central Illinois)*
*Centennial Cellular Operating Co. LLC*
*Cincinnati Bell Wireless LLC*
*Dobson Cellular Systems, Inc.*
*East Kentucky Network LLC*
    *(d/b/a Appalachian Wireless)*
*Farmers Cellular Telephone, Inc.*
    *(d/b/a Farmers Cellular)*
*Great Lakes of Iowa, Inc.*
*Marseilles Cellular, Inc.*
    *(d/b/a Illinois Valley Cellular)*
*Mid-Missouri Cellular LLP*
*MTA Communications*
    *(d/b/a MTA Wireless)*
*Southern Illinois RSA Partnership*
    *(d/b/a First Cellular of Southern Illinois)*
*South #5 RSA Limited Partnership*
    *(d/b/a Brazos Cellular Communications, Ltd.)*
*Thumb Cellular*
*Uintah Basin Electronic Telecommunications*
    *(d/b/a UBET Wireless)*

DGB 29967-002 1558045

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies sent to those indicated as non-registered participants on March 28, 2006.

/s/ Dean G. Bostock
Dean G. Bostock

DGB 29967-002 1558045