UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC., *et al.*,<br><br>        Defendants. | Civil Action No. 05-11062-EFH |

## [PROPOSED] STIPULATION AND ORDER SUBSTITUTING PARTY

  Plaintiff Freedom Wireless, Inc. and Defendants South Canaan Cellular Communications Company, Alltel Corporation, Bluegrass Cellular, Inc., Boston Communications Group, Inc., Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois), Centennial Cellular Operating Co., LLC, Cincinnati Bell Wireless LLC, Dobson Cellular Systems, Inc., East Kentucky Network, LLC (d/b/a Appalachian Wireless), Farmers Cellular Telephone, Inc. (d/b/a Farmers Cellular), Great Lakes of Iowa, Inc., Marseilles Cellular, Inc. (d/b/a Illinois Valley Cellular), Mid-Missouri Cellular LLP, MTA Communications (d/b/a MTA Wireless), Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois), South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.), Thumb Cellular LLC, Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless) (collectively, "the Regional Carriers"), through their respective attorneys of record, stipulate and agree as follows:

  (1) Mid-Missouri Cellular LLP is no longer a party to this action.

  (2) Missouri RSA #7 Limited Partnership d/b/a Mid-Missouri Cellular is hereby substituted as a party to this action in place of the party identified in paragraph (1).

//

//

(3) Defendant Missouri RSA #7 Limited Partnership d/b/a Mid-Missouri Cellular hereby acknowledges actual notice of this suit and waives service of the Second Amended Complaint in this action.

(4) This stipulated substitution of party shall not result in a waiver of Defendant Missouri RSA #7 Limited Partnership d/b/a Mid-Missouri Cellular's challenge to the Court's jurisdiction.

Dated: April 19, 2006                                            Respectfully submitted,


/s/ Erica P. Taggart
Marshall M. Searcy III
Erica P. Taggart
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Paul F. Ware, Jr., P.C. (BBO #516240)
Douglas C. Doskocil (BBO #558949)
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

*Attorneys for Plaintiff Freedom Wireless, Inc.*

Dated: April 19, 2006

/s/ Gregory T. Donoghue
Gregory T. Donoghue (BBO #661480)
Timothy J. Perry
Preti Flaherty Beliveau Pachios & Haley LLP
10 High Street, 5th Floor
Boston, MA 02110
Tel: (617) 226-3800
Fax: (617) 226-3801

*Attorneys for Defendant South Canaan Cellular Communications Company and former defendant South Canaan Telephone Company*

Dated: April 19, 2006

    /s/ Dean G. Bostock
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

*Attorneys for Defendants
Alltel Corporation
Bluegrass Cellular, Inc.
Boston Communications Group, Inc.
Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois)
Centennial Cellular Operating Co. LLC
Cincinnati Bell Wireless LLC
Dobson Cellular Systems, Inc.
East Kentucky Network LLC (d/b/a Appalachian Wireless)
Farmers Cellular Telephone, Inc. (d/b/a Farmers Cellular)
Great Lakes of Iowa, Inc.
Marseilles Cellular, Inc. (d/b/a Illinois Valley Cellular)
Mid-Missouri Cellular LLP
MTA Communications (d/b/a MTA Wireless)
Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois)
South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.)
Thumb Cellular LLC
Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless)*

**IT IS SO ORDERED.**

Dated:

                        By: _____
                             The Honorable Edward F. Harrington
                             UNITED STATES SENIOR DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 19, 2006.

                                      /s/ Dean G. Bostock

LIT 1568234v.1