UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and ALLTEL CORP., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11062 EFH |

## MOTION TO WITHDRAW AS COUNSEL

Theodore F. Kommers, of Gould & Ratner, additional counsel for carrier defendant Southern Illinois RSA Partnership d/b/a First Cellular of Southern Illinois ("First Cellular"), respectfully moves for leave to withdraw as counsel, and in support, states as follows:

1.  On November 30, 2005, Patrick J. Sharkey and Dean G. Bostock, of the firm Mintz, Levin, Coh, Ferris, Glovsky & Popeo, P.C. entered an appearance on behalf of First Cellular and other carrier defendants.

2.  By Order dated December 6, 2005, the Court admitted Michael H. Page, Leo L. Lam, Matthias A. Kamber, and Andrew N. Shen of the firm Kecker & Van Nest, pro hac vice, to also appear on behalf of First Cellular and other carrier defendants.

3.  By Order dated December 12, 2005, the Court admitted Theodore F. Kommers, of the firm Gould & Ratner, pro hac vice, to appear as additional counsel for First Cellular.

4.  First Cellular has recently been acquired by Alltell Corporation and the continued appearance of Theodore F. Kommers is no longer necessary.

/327151.v1

5. First Cellular will continue to be represented by counsel identified in paragraphs 1 and 2, above.

6. First Cellular is aware that this Motion is being brought before the Court and assents to the relief sought in this Motion.

WHEREFORE, Theodore F. Kommers respectfully requests that he be allowed to withdraw as counsel for First Cellular.

**Respectfully submitted,**

/s/ **Theodore F. Kommers**

Theodore F. Kommers
GOULD & RATNER
222 North LaSalle Street
Suite 800
Chicago, IL 60601
(312) 236-3003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and ALLTEL CORP., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11062 EFH |

## ORDER

**THIS MATTER COMING BEFORE THE COURT**, for hearing on Theodore F. Kommers' Motion To Withdraw As Counsel, due notice having been given, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Theodore F. Kommers' motion to withdraw as counsel of defendant, Southern Illinois RSA Partnership d/b/a First Cellular of Southern Illinois is granted.

ENTER:

_____
Hon. Edward F. Harrington
United States Senior District Judge

Gould & Ratner
Theodore F. Kommers
222 North LaSalle Street, Suite 800
Chicago, IL 60601
(312) 236-3003

3