# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FREEDOM WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11062 EFH |
| | ) | |
| BOSTON COMMUNICATIONS GROUP, | ) | |
| INC. and ALLTEL CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ASSENTED-TO MOTION OF CARRIER DEFENDANTS
## TO ADMIT KEVIN T. REED *PRO HAC VICE*

In accordance with Local Rule 83.5.3(b), through the undersigned attorneys duly

admitted to practice before this Court, the defendants listed below hereby move that Kevin T.

Reed be permitted to represent them in the above captioned action for all matters related to this

case:

Bluegrass Cellular
Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois)
Centennial Cellular Operating Co., LLC
Cincinnati Bell Wireless LLC
Dobson Cellular Systems, Inc.
East Kentucky Network LLC (d/b/a Appalachian Wireless)
Farmers Cellular Telephone, Inc. (d/b/a Farmers Wireless)
Great Lakes of Iowa
Marseilles Cellular (d/b/a Illinois Valley Cellular)
MTA Communications (d/b/a MTA Wireless)
Missouri RSA #7 Limited Partnership d/b/a Missouri Cellular
Southern  Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois)
South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.)
Thumb Cellular
Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless)

In support of this motion, the undersigned states:

1.      Kevin T. Reed is an attorney with the law firm of Keker & Van Nest, 710

Sansome Street, San Francisco, California 94111.

2.      Kevin T. Reed is admitted to practice before the State Bar of California

(California State Bar No. 240799), United States District Court, Northern District of California

and United States Court of Appeals for the Ninth Circuit.

3.      Pursuant to Local Rule 85.5.3, a Certificate setting forth the necessary

information for the admission of Kevin T. Reed *pro hac vice* is submitted herewith as Exhibit A.

The email address of Mr. Reed is as follows:

kreed@KVN.com

4.      The undersigned members of this Bar have agreed to act as local counsel for the

above-listed defendants in this proceeding and, as such, agree to be the Massachusetts recipient

of all pleadings and communications on behalf of the above-listed defendants.  The address and

telephone number to which all such pleadings and communications may be sent are as follows:

> Patrick J. Sharkey, Esq.
> (psharkey@mintz.com)
> Dean G. Bostock, Esq.
> (dbostock@mintz.com)
> Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
> One Financial Center
> Boston, MA 02111
> Telephone:  (617) 542-6000
> Fax:  (617) 542-2241

Wherefore, the undersigned respectfully request that this Court admit Kevin T. Reed *pro*

*hac vice* to practice as a visiting attorney before this Court representing the above-listed

defendants in all matters related to this proceeding.  A check in the amount of $50 has been

delivered to the Clerk's Office in payment of the appropriate admission fees.  A proposed Order

is attached hereto.

LOCAL RULE 7.1.(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for the above-listed defendants has conferred

with counsel for plaintiff regarding this motion.  Counsel for plaintiff has ASSENTED to the

allowance of this motion.

Dated:  May 16, 2006                                    Respectfully submitted,


By:    /s/ Dean Bostock
       Dean G. Bostock, Esq. (BBO#549747)
       Patrick J. Sharkey, Esq. (BBO#454820)
       Mintz, Levin, Cohn, Ferris, Glovsky and
       Popeo, P.C.
       One Financial Center
       Boston, Massachusetts 02111

       Telephone:  (617) 542-6000
       Facsimile:  (617) 542-2241
       dbostock@mintz.com
       psharkey@mintz.com

Michael H. Page
Leo L. Lam
Matthias A. Kamber
Andrew N. Shen
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA  94111-1704

Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
mpage@kvn.com
llam@kvn.com
mkamber@kvn.com
ashen@kvn.com

Attorneys for Regional Carrier
Defendants

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 16, 2006.


        /s/ Dean G. Bostock
        Dean G. Bostock

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FREEDOM WIRELESS, INC.,                          )
                                                 )
                        Plaintiff,               )
                                                 )
            v.                                   )       Civil Action No. 05-11062 EFH
                                                 )
BOSTON COMMUNICATIONS GROUP,                     )
INC. and ALLTEL CORP., *et al.*,                 )
                                                 )
                        Defendants.              )
                                                 )

## LOCAL RULE 83.5.3(B) CERTIFICATE

I, Kevin T. Reed, certify that:

1.      I am a member in good standing of the State Bar of California (California State
Bar No. 240799), United States District Court, Northern District of California and United States
Court of Appeals for the Ninth Circuit.

2.      There are no disciplinary proceedings pending against me as a member of the
California State Bar, United States District Court, Northern District of California and United
States Court of Appeals for the Ninth Circuit.

3.      I am familiar with and consent to the jurisdiction and rules of the Massachusetts
Supreme Judicial Court governing professional conduct.

Further the Affiant sayeth not.

_____
Kevin T. Reed

May 15, 2006

373150.01

LIT 1572972v.1

373150.01

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                             )
FREEDOM WIRELESS, INC.,                      )
                                             )
                       Plaintiff,            )
                                             )
            v.                               )    Civil Action No. 05-11062 EFH
                                             )
BOSTON COMMUNICATIONS GROUP,                 )
INC. and ALLTEL CORP., *et al.*,             )
                                             )
                       Defendants.           )
_____)

## ORDER

This matter having been presented to the Court by Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., attorneys for defendants listed below, for the entry of an Order admitting Kevin T. Reed of the law firm Keker & Van Nest *pro hac vice*, the appropriate fee having been paid, Local Rule 83.5.3(b) Certificate having been filed, and for good cause shown:

IT IS HEREBY ORDERED that Kevin T. Reed is admitted *pro hac vice* pursuant to Local Rule 83.5.3 as attorney for the following defendants:

Bluegrass Cellular
Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois)
Centennial Cellular Operating Co., LLC
Cincinnati Bell Wireless LLC
Dobson Cellular Systems, Inc.
East Kentucky Network LLC (d/b/a Appalachian Wireless)
Farmers Cellular Telephone, Inc. (d/b/a Farmers Wireless)
Great Lakes of Iowa
Marseilles Cellular (d/b/a Illinois Valley Cellular)
MTA Communications (d/b/a MTA Wireless)
Missouri RSA #7 Limited Partnership d/b/a Missouri Cellular

2

Southern  Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois)
South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.)
Thumb Cellular
Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless).


Date:_____, 2006          _____
                              Hon. Edward F. Harrington
                              United States Senior District Judge