UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC., ALLTEL CORP., et. al., <br><br> Defendants. | Civil Action No. 05-CV-11062-EFH |

## MOTION FOR ADMISSION PRO HAC VICE
## OF BETHANY HENDERSON

Pursuant to Local Rule 83.5.3(b), Plaintiff Freedom Wireless, Inc. ("Freedom"), by its undersigned attorneys, hereby moves for the admission *pro hac vice* of its counsel Bethany Henderson. As grounds therefore, Freedom states:

1. Bethany Henderson is an attorney with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa, 10th Floor, Los Angeles, California 90017, and is a member in good standing of the Bars of the State of California and the State of New York.

3. In further support of its motion, Freedom submits herewith the Certificate of Bethany Henderson (attached hereto as Exhibit A), establishing that Ms. Henderson is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; and that she is familiar with the local rules of this Court.

Dated: May 18, 2006

Respectfully submitted,

FREEDOM WIRELESS, INC.,

By its attorneys,

/s/ John Kenneth Felter
John Kenneth Felter (BBO #162540)
Douglas C. Doskocil (BBO #558949)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

and

Marshall M. Searcy, III (*admitted pro hac vice*)
Erica P. Taggart (*admitted pro hac vice*)
Quinn Emanuel Urquhart
Oliver & Hedges, LLP
865 South Figueroa
10th Floor
Los Angeles, CA 90017-0243
(213) 624-7707

**LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE**

The undersigned certifies pursuant to Local Rule 7.1(A)(2), that on May 18, 2006 counsel for the moving party has conferred in good faith with opposing counsel on the matters set forth in the foregoing motion and reports that counsel neither assents to nor opposes the relief sought herein.

The undersigned further certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 18, 2006.

/s/ John Kenneth Felter

LIBA/1699847.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and ALLTEL CORP., et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-11062 EFH |

CERTIFICATE OF BETHANY HENDERSON
PURSUANT TO LOCAL RULE 83.5.3(b)

Bethany Henderson, declares and states as follows:

1. I am an attorney and a member of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP. I have been a member in good standing of the Bar of the State of California since 2005, and the Bar of the State of New York since 2003. I am also a member in good standing of the bars of the Southern and Eastern Districts of New York, and Central District of California. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 16, 2006.

_____
Bethany Henderson