UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON COMMUNICATIONS GROUP, ) <br> INC. and ALLTEL CORP., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-11062 EFH |

**DEFENDANT SOUTHERN ILLINOIS RSA PARTNERSHIP
D/B/A FIRST CELLULAR OF SOUTHERN ILLINOIS'
NOTICE OF WITHDRAWAL OF MOTION TO DISMISS
<u>FOR LACK OF PERSONAL JURISDICTION</u>**

On December 19, 2005, a number of the Regional Carrier defendants, including defendant Southern Illinois RSA Partnership d/b/a First Cellular of Southern Illinois ("First Cellular"), filed a motion to dismiss for lack of personal jurisdiction. First Cellular hereby withdraws its pending motion to dismiss for lack of personal jurisdiction. The motion remains pending with respect to the other moving Regional Carrier defendants.

DGB 29967-002 1575194

Dated: June 5, 2006                                   Respectfully submitted,

By:   /s/   Dean G. Bostock
    Dean G. Bostock, Esq. (BBO#549747)
    Patrick J. Sharkey, Esq. (BBO#454820)
    MINTZ, LEVIN, COHN, FERRIS,
      GLOVSKY AND POPEO, P.C.
    One Financial Center
    Boston, Massachusetts 02111
    Telephone: (617) 542-6000
    Facsimile: (617) 542-2241
    E-Mail: dbostock@mintz.com
          psharkey@mintz.com

Michael H. Page
Leo L. Lam
Matthias A. Kamber
Andrew N. Shen
Kevin T. Reed
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-Mail: mpage@kvn.com
       llam@kvn.com
       mkamber@kvn.com
       ashen@kvn.com
       kreed@kvn.com

Attorneys for SOUTHERN ILLINOIS RSA PARTNERSHIP, D/B/A FIRST CELLULAR OF SOUTHERN ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 5, 2006.

    /s/   Dean G. Bostock
    Dean G. Bostock

DGB 29967-002 1575194