UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FREEDOM WIRELESS, INC.,

          Plaintiff,

v.

BOSTON COMMUNICATIONS GROUP, INC., *et al.*,

          Defendants.

Civil Action No. 05-11062-EFH

## MOTION OF DEFENDANTS REGIONAL CARRIERS FOR PROTECTIVE ORDER

The defendant "Regional Carriers"[1] hereby move under Fed. R. Civ. P. 26(c) for a protective order with respect to the documents, interrogatory responses, and deposition testimony that they have provided Plaintiff Freedom Wireless, Inc. ("Freedom") pursuant to the Court's January 24, 2006 Order re Jurisdictional Discovery as well as further materials to be produced in this litigation. For the reasons set forth in the accompanying memorandum of law, the Regional Carriers request that this motion be granted. A proposed Order with appended Protective Order are submitted herewith.

---

[1] The "Regional Carriers" consist of the following 15 codefendants: (1) Bluegrass Cellular, Inc., (2) Cellular Properties, Inc. d/b/a Cellular One of East Central Illinois, (3) Centennial Cellular Operating Co., LLC, (4) Cincinnati Bell Wireless LLC, (5) Dobson Cellular Systems, Inc., (6) East Kentucky Network, LLC d/b/a Appalachian Wireless, (7) Farmers Cellular Telephone, Inc. d/b/a Farmers Wireless, (8) Great Lakes of Iowa, Inc., (9) Marseilles Cellular, Inc. d/b/a Illinois Valley Cellular, (10) MTA Communications d/b/a MTA Wireless, (11) Mid-Missouri Cellular LLP, (12) Southern Illinois RSA Partnership d/b/a First Cellular of Southern Illinois, (13) South #5 RSA Limited Partnership d/b/a Brazos Cellular Communications, Ltd., (14) Thumb Cellular LLC, and (15) Uintah Basin Electronic Telecommunications d/b/a UBET Wireless.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Regional Carriers respectfully request oral argument on this motion in order to assist the Court in addressing the issues raised by this motion.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Dean G. Bostock, counsel for the moving parties, hereby certify that co-counsel for plaintiff, Andrew Shen attempted to confer with counsel for plaintiff in a good faith attempt to resolve or narrow the issues presented by this motion. The parties were unable to resolve or narrow the dispute presented in this motion.

Dated: June 8, 2006                           Respectfully submitted,

                                              By:   /s/ Dean Bostock
                                                    Dean G. Bostock, Esq. (BBO#549747)
                                                    Patrick J. Sharkey, Esq. (BBO#454820)
                                                    Mintz, Levin, Cohn, Ferris,
                                                       Glovsky and Popeo, P.C.
                                                    One Financial Center
                                                    Boston, Massachusetts 02111

                                                    Telephone: (617) 542-6000
                                                    Facsimile: (617) 542-2241
                                                    dbostock@mintz.com
                                                    psharkey@mintz.com

374700.01

Michael H. Page
Leo L. Lam
Matthias A. Kamber
Andrew N. Shen
Kevin T. Reed
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704

Telephone: (415) 391-5400
Facsimile: (415) 397-7188
mpage@kvn.com
llam@kvn.com
mkamber@kvn.com
ashen@kvn.com
kreed@kvn.com

Attorneys for DEFENDANTS
REGIONAL CARRIERS

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 2006.

　　　　　　　　　　　　　　　　　　/s/ Dean Bostock
　　　　　　　　　　　　　　　　　　Dean G. Bostock

LIT 1575716v.1