UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC., ET AL., <br><br> Defendants. | CIVIL ACTION No. 05-11062-EFH |

**ASSENTED-TO MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiff Freedom Wireless, Inc. ("Freedom Wireless"), hereby moves for leave to file under seal its *Motion to Allow Larry Day to See Defendant Boston Communications Group, Inc.'s Responses to Special Interrogatory Number One* (the "Day Motion"), and the *Declaration of Erica P. Taggart In Support of Plaintiff Freedom Wireless, Inc.'s Motion to Allow Larry Day to See Defendant Boston Communications Group, Inc.'s Responses to Special Interrogatory Number One* (the "Taggart Declaration"). As grounds for this motion, Freedom Wireless states as follows:

The Day Motion and Taggart Declaration contain information that is highly confidential and is subject to the terms of the Protective Order entered in Freedom Wireless, Inc. v. BCGI, et al., Civil Action No. 00-12234-EFH. Pursuant to the terms of the Protective Order in that action, Freedom Wireless may only submit these materials to the Court if they are submitted under seal.

WHEREFORE, Freedom Wireless requests that this Court grant leave to file the Day Motion and the Taggart Declaration under seal.

Dated: June 14, 2006                     Respectfully submitted,

FREEDOM WIRELESS, INC.

By its attorneys,

*/s/ Erica P. Taggart*
Paul F. Ware, Jr. (BBO # 516240)
John Kenneth Felter (BBO # 162540)
Douglas C. Doskocil (BBO # 558949)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

Marshall M. Searcy III
Erica P. Taggart
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(*pro hac vice*)

## LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Freedom Wireless has conferred with opposing counsel for the relief sought herein and that opposing counsel assents to this motion.

I further certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 14, 2006.

*/s/ Erica P. Taggart*

LIBA/1707432.1