UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) | Civil Action No. 05-11062-EFH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC., et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**PLAINTIFF FREEDOM WIRELESS, INC.'S AND THE REGIONAL CARRIER DEFENDANTS' JOINT MOTION TO AMEND THE COURT'S SCHEDULING ORDER PERMITTING THE PARTIES TO CONDUCT DISCOVERY RELATING TO PERSONAL JURISDICTION**

Plaintiff Freedom Wireless, Inc. and the Regional Carrier Defendants hereby move this Court for permission to allow the deposition of Cincinnati Bell Wireless LLC to proceed after the court ordered cut off date of June 16, 2006.

On January 24, 2006, the Court ordered the parties to this action to conduct limited discovery relating to the issue of personal jurisdiction over the Regional Carriers and South Canaan. As a part of this discovery, Freedom was allowed to depose a representative from each of the Regional Carriers. In response to Freedom's document requests, Regional Carrier Cincinnati Bell Wireless LLC has produced over 250,000 pages of responsive documents to date. This production has proceeded on a rolling basis and per party agreement has extended beyond the Court imposed response deadline of April 7, 2006.[1]

In order to properly prepare for the Cincinnati Bell Wireless LLC deposition, Freedom has requested additional time to review the extensive volume of documents recently produced. To accommodate this request, the parties have agreed to a new deposition date of June 30, 2006.[2] Cincinnati Bell Wireless LLC will be the final Regional Carrier deposition that Freedom needs to take, and it is currently scheduled to occur only two weeks after the Court's original deadline. The parties do not anticipate any further extension to the newly proposed deposition deadline.

---

[1] Cincinnati Bell Wireless LLC has produced documents according to the following schedule: April 7, 2006, documents Bates numbered CINC 1 - 25,048; April 21, 2006, documents Bates numbered CINC 25,049 - 27,364; May 12, 2006, documents Bates numbered CINC 27,365 - 62,549; May 26, 2006, documents Bates numbered CINC 62,550 - 109,880; June 1, 2006, documents Bates numbered CINC 109,881 - 268,403; June 9, 2006, documents Bates numbered CINC 268,404 – 268,561.

[2] Email correspondence between Freedom counsel Erica Taggart and Regional Carrier counsel Andrew Shen, dated June 6, 2006 and June 7, 2006. (Declaration of Erica P. Taggart, dated June 15, 2006 ("Taggart Dec."), Exh. A).

**Conclusion**

For the foregoing reasons, plaintiff and defendants respectfully ask the Court to grant their motion to amend the court's scheduling order permitting the parties to conduct limited discovery relating to the issue of personal jurisdiction.

Dated: June 16, 2006

Respectfully submitted,

FREEDOM WIRELESS, INC.
By their attorneys

/s/ Erica P. Taggart
_____
John Kenneth Felter (BBO# 162540)
Paul F. Ware, Jr. (BBO #516240)
Douglas C. Koskocil (BBO #558949)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 570-1000

Marshall M. Searcy III
Erica P. Taggart
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(*pro hac vice*)

Attorneys for plaintiff Freedom Wireless, Inc.

Dated: June 16, 2006

By: /s/ Andrew Shen
_____
Michael H. Page
Leo L. Lam
Matthias A. Kamber
Andrew N. Shen
Kevin T. Reed
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704

Telephone: (415) 391-5400
Facsimile: (415) 397-7188
mpage@kvn.com
llam@kvn.com
mkamber@kvn.com
ashen@kvn.com
kreed@kvn.com

Dean G. Bostock, Esq. (BBO#549747)
Patrick J. Sharkey, Esq. (BBO#454820)
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Telephone: (617) 542-6000
Facsimile: (617) 542-2241
dbostock@mintz.com
psharkey@mintz.com

Attorneys for Defendants Regional Carriers

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 16, 2006.

/s/ Erica P. Taggart
_____
Erica P. Taggart