UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| FREEDOM WIRELESS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-11062 EFH |
| BOSTON COMMUNICATIONS GROUP, INC. and ALLTEL CORP., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT REGIONAL CARRIERS' ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR PROTECTIVE ORDER

Defendants Bluegrass Cellular, Inc., Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois), Centennial Cellular Operating Co., LLC, Cincinnati Bell Wireless LLC, Dobson Cellular Systems, Inc., East Kentucky Network, LLC (d/b/a Appalachian Wireless), Farmers Cellular Telephone, Inc. (d/b/a Farmers Wireless), Great Lakes of Iowa, Inc., Marseilles Cellular, Inc. (d/b/a Illinois Valley Cellular), MTA Communications (d/b/a MTA Wireless), Missouri RSA #7 Limited Partnership (d/b/a Mid-Missouri Cellular LLP), Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois), South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.), Thumb Cellular, Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless) (collectively, "the Regional Carriers") hereby move pursuant to Local Rule 7.1(B)(3), with the assent of Plaintiff Freedom Wireless, Inc., for leave to file a reply brief in support of their motion for a protective order. A proposed order is attached as Exhibit A. Accordingly, the Regional Carriers respectfully request that the Court allow them to file a short reply brief in support of their motion for protective order.

375733.01

2

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 7.1(a)(2)

Pursuant to Rule 7.1(a)(2) of the Local Rules of this Court, counsel for the Regional Carriers conferred with counsel for plaintiff regarding the relief sought herein. Counsel for plaintiff assents to the relief requested herein.

Dated:  June 23, 2006                          Respectfully submitted,

By:   /s/ Andrew Shen
        Michael H. Page
        Leo L. Lam
        Matthias A. Kamber
        Andrew N. Shen
        Kevin T. Reed
        KEKER & VAN NEST, LLP
        710 Sansome Street
        San Francisco, CA  94111-1704

        Telephone:  (415) 391-5400
        Facsimile:  (415) 397-7188
        mpage@kvn.com
        llam@kvn.com
        mkamber@kvn.com
        ashen@kvn.com
        kreed@kvn.com

        Dean G. Bostock, Esq. (BBO#549747)
        Patrick J. Sharkey, Esq. (BBO#454820)
        Mintz, Levin, Cohn, Ferris,
        Glovsky and Popeo, P.C.
        One Financial Center
        Boston, Massachusetts 02111

        Telephone:  (617) 542-6000
        Facsimile:  (617) 542-2241
        dbostock@mintz.com
        psharkey@mintz.com

        *Attorneys for Defendants*
        *Regional Carriers*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                          )
FREEDOM WIRELESS, INC.,                  )
                                                          )
                         Plaintiff,                     )
                                                          )
            v.                                          )   Civil Action No. 05-11062 EFH
                                                          )
BOSTON COMMUNICATIONS GROUP,   )
INC. and ALLTEL CORP., *et al.*,            )
                                                          )
                         Defendants.                )
_____)

**ORDER**

Upon consideration of the assented-to motion of defendants, Bluegrass Cellular, Inc., Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois), Centennial Cellular Operating Co., LLC, Cincinnati Bell Wireless LLC, Dobson Cellular Systems, Inc., East Kentucky Network, LLC (d/b/a Appalachian Wireless), Farmers Cellular Telephone, Inc. (d/b/a Farmers Wireless), Great Lakes of Iowa, Inc., Marseilles Cellular, Inc. (d/b/a Illinois Valley Cellular), MTA Communications (d/b/a MTA Wireless), Missouri RSA #7 Limited Partnership (d/b/a Mid-Missouri Cellular LLP), Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois), South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.), Thumb Cellular, Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless) (collectively, "the Regional Carriers"), for leave to file a reply brief in support of their motion for protective order, it is this _____ day of _____, 2006, hereby

**ORDERED** that the motion is granted; and it is further

375734.01

**ORDERED** that any reply brief filed by the Regional Carriers must be filed no later than

_____, 2006.

_____
The Honorable Edward F. Harrington
United States Senior District Judge