UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., | ) Civil Action No. 05-11062-EFH |
| Plaintiff, | ) |
| v. | ) |
| BOSTON COMMUNICATIONS GROUP, INC., et al. | ) |
| Defendants. | ) |

**PLAINTIFF FREEDOM WIRELESS, INC.'S, THE REGIONAL CARRIER DEFENDANTS', AND DEFENDANT SOUTH CANAAN'S JOINT MOTION TO AMEND THE COURT'S SCHEDULING ORDER PERMITTING A ONE-WEEK EXTENSION OF THE PARTIES' SUPPLEMENTAL BRIEFING RELATING TO PERSONAL JURISDICTION**

Plaintiff Freedom Wireless, Inc., the Regional Carrier Defendants, and Defendant South Canaan hereby move this Court for permission to extend by one week the dates for their supplemental briefing relating to the issue of personal jurisdiction.

On January 24, 2006, the Court ordered the parties to conduct limited discovery relating to the issue of personal jurisdiction over the Regional Carriers and South Canaan. As a part of this discovery, Freedom was allowed to depose a representative from each of the Regional Carriers and South Canaan. The Court also ordered that Freedom may file a supplemental brief on July 14, 2006, to which the Regional Carriers and South Canaan would have the opportunity to respond on August 4, 2006.

Freedom has completed the depositions of the Regional Carriers and South Canaan. However, several of the transcripts from those depositions are not yet available. Accordingly, the parties request that the Court permit the deadlines for supplemental briefing to be extended by one week. Under the new proposed schedule, Freedom would submit its supplemental brief on July 21, 2006; the Regional Carriers and South Canaan would respond with their supplemental briefs on August 18, 2006.

## Conclusion

For the foregoing reasons, plaintiff, the Regional Carrier Defendants, and Defendant South Canaan respectfully ask the Court to grant their motion to amend the Court's January 24, 2006 Scheduling Order to extend by one week the time for respective supplemental briefing relating to the issue of personal jurisdiction.

Dated: July 12, 2006                    Respectfully submitted,

                                        FREEDOM WIRELESS, INC.
                                        By their attorneys

                                        /s/ Erica P. Taggart
                                        _____

John Kenneth Felter (BBO# 162540)
Paul F. Ware, Jr. (BBO #516240)
Douglas C. Koskocil (BBO #558949)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 570-1000

Marshall M. Searcy III
Erica P. Taggart
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(*pro hac vice*)

Attorneys for plaintiff Freedom Wireless, Inc.

Dated:  July 12, 2006

By:  /s/ Andrew Shen
_____
Michael H. Page
Leo L. Lam
Matthias A. Kamber
Andrew N. Shen
Kevin T. Reed
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA  94111-1704

Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
mpage@kvn.com
llam@kvn.com
mkamber@kvn.com
ashen@kvn.com
kreed@kvn.com

Dean G. Bostock, Esq. (BBO#549747)
Patrick J. Sharkey, Esq. (BBO#454820)
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Telephone: (617) 542-6000
Facsimile: (617) 542-2241
dbostock@mintz.com
psharkey@mintz.com

Attorneys for Defendants Regional Carriers

Dated: July 12, 2006                By: : /s/ Gregory T. Donoghue
                                    _____
                                    Gregory T. Donoghue (BBO #661480)
                                    Timothy J. Perry
                                    PRETI FLAHERTY BELIVEAU
                                        PACHIOS & HALEY LLP
                                    10 High Street, 5th Floor
                                    Boston, MA 02110
                                    Tel: (617) 226-3800
                                    Fax: (617) 226-3801

                                    Attorneys for Defendant South Canaan
                                    Cellular Communications Company and
                                    former defendant South Canaan
                                    Telephone Company

-5-

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 12, 2006.

/s/ Erica P. Taggart
_____
Erica P. Taggart