# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) | Civil Action No. 05-11062-EFH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC., ALLTEL, et al. ) | |
| ) | |
| Defendants. ) | |

## QUINN EMANUEL URQUHART OLIVER & HEDGES LLP'S NOTICE OF ATTORNEYS' LIEN

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Quinn Emanuel Urquhart Oliver & Hedges ("QEUO&H") is counsel of record for plaintiff Freedom Wireless, Inc. ("Freedom") in the above captioned case of Freedom Wireless, Inc. v. Boston Communications Group, Inc., Alltel Corp., et al., Civil Action No. 05-11062-EFH (D. Mass). In early 2000, Freedom entered into an attorney-client relationship with QEUO&H for the enforcement of its patents and executed a written fee agreement for that representation. In May, 2005, Quinn Emanuel began representing Freedom in the current case also pursuant to the terms of that written fee agreement. Accordingly, QEUO&H has a lien to the extent of any unpaid fees (including, without limitation, contingency fees) and costs. In addition to its lien pursuant to contract, QEUO&H has a lien under Massachusetts law. An attorney is entitled to a lien "for his reasonable fees and expenses

upon his client's cause of action, counterclaim or claim, upon the judgment, decree or other order in his client's favor entered or made in such proceeding, and upon the proceeds derived therefrom." Mass. Gen. Laws ch. 221, § 50. See also In re Hoy's Claim, 93 F. Supp. 265 (D. Mass. 1950).

Accordingly, QEUO&H hereby gives notice that, by virtue of a written agreement with Freedom and also pursuant to Mass. Gen. Laws ch. 221, § 50, the undersigned law firm has, and claims, an existing attorneys' lien on Freedom's claims and causes of action herein.

Dated: July 20, 2006

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


/s/ Marshall M. Searcy III
A. William Urquhart
Marshall M. Searcy III
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(pro hac vice)

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 20, 2006.

/s/ Erica P. Taggart
_____
Erica P. Taggart