UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) | Civil Action No. 05-11062-EFH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC., et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ASSENTED-TO MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, plaintiff Freedom Wireless, Inc. ("Freedom"), hereby moves for leave to file under seal its Supplemental Opposition to Defendants Regional Carriers' Motion to Dismiss for Lack of Personal Jurisdiction ("Opposition"), and the Affidavit of Erica P. Taggart in Support of its Supplemental Opposition to Defendants Regional Carriers' Motion to Dismiss for Lack of Personal Jurisdiction, and exhibits attached thereto ("Affidavit").

The Opposition and Affidavit contain information that has been designated as highly confidential and is subject to the terms of the proposed protective order by which the parties have agreed to abide. Pursuant to that agreed-upon interim protective order, Freedom may only submit these materials to the Court if they are submitted under seal.

WHEREFORE, Freedom requests that this Court grant leave to file the Opposition and Affidavit under seal.

Dated: July 20, 2006

Respectfully submitted,

FREEDOM WIRELESS, INC.
By their attorneys

*/s/ Erica P. Taggart*
John Kenneth Felter (BBO# 162540)
Paul F. Ware, Jr. (BBO #516240)
Douglas C. Doskocil (BBO #558949)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 570-1000

Marshall M. Searcy III
Erica P. Taggart
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(*pro hac vice*)

Attorneys for plaintiff Freedom Wireless, Inc.

## LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Freedom Wireless, Inc., has conferred with opposing counsel for the Regional Carriers regarding the relief sought herein, and that opposing counsel for the Regional Carriers assents to this motion.

I further certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 20, 2006.

*/s/ Erica P. Taggart*