UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FREEDOM WIRELESS, INC., | ) | Civil Action No. 05-11062-EFH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOSTON COMMUNICATIONS GROUP, INC.; ALLTEL CORP.; BAKERSFIELD CELLULAR; BLUEGRASS CELLULAR, INC.; BTC MOBILITY; C1 ARIZONA; CELLULAR PROPERTIES INC., d/b/a CELLUAR ONE OF EAST CENTRAL ILLINOIS; CENTENNIAL CELLULAR OPERATING CO.; CINCINNATI BELL WIRELESS, LLC; DOBSON CELLULAR SYSTEMS, INC.; EAST KENTUCKY NETWORK LLC d/b/a APPALACHIAN WIRELESS; FARMERS CELLULAR TELEPHONE d/b/a FARMERS CELLULAR; GREAT LAKES OF IOWA INC.; MARSEILLES CELLULAR, INC. d/b/a ILLINOIS VALLEY CELLULAR; MID-MISSOURI CELLULAR LLP; MOBILETEL INC.; MTA COMMUNICATIONS, d/b/a MTA WIRELESS; NEBRASKA WIRELESS TELEPHONE CO.; SOUTH #5 RSA LIMITED PARTNERSHIP d/b/a BRAZOS CELLULAR COMMUNICATIONS, LTD.; SOUTH CANAAN CELLULAR COMMUNICATIONS COMPANY, LLP d/b/a CELLULAR ONE OF NORTHEAST PENNSYLVANIA; SOUTHERN ILLINOIS RSA PARTNERSHIP d/b/a FIRST CELLULAR OF SOUTHERN ILLINOIS; THUMB CELLULAR LLC; UINTAH BASIN ELECTRONIC TELECOMMUNICATIONS d/b/a UBET WIRELESS; and DOES 1-20 et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE AND ALL OTHER CLAIMS WITHOUT PREJUDICE** |
| Defendants. | | |

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Freedom Wireless, Inc. hereby gives notice that it is dismissing with prejudice all claims based on any prepaid wireless system or service provided by defendant Boston Communications Group, Inc., against the following defendants that have not filed an answer or motion for summary judgment in this action: Bluegrass Cellular, Inc., Cellular Properties, Inc. d/b/a Cellular One of East Central Illinois, Centennial Cellular Operating Co. LLC, Cincinnati Bell Wireless LLC, Dobson Cellular Systems, Inc., East Kentucky Network LLC d/b/a Appalachian Wireless, Farmers Cellular Telephone, Inc. d/b/a Farmers Cellular, Great Lakes of Iowa, Inc., Marseilles Cellular, Inc. d/b/a Illinois Valley Cellular, Missouri RSA #7 Limited Partnership d/b/a Mid-Missouri Cellular, MTA Communications d/b/a MTA Wireless, South #5 RSA Limited Partnership d/b/a Brazos Cellular Communications, Ltd., South Canaan Cellular Communications Co., Thumb Cellular LLC, and Uintah Basin Electronic Telecommunications d/b/a UBET Wireless.

Freedom Wireless, Inc. hereby gives further notice that it is dismissing without prejudice any and all other claims that were or could have been brought against the above-named defendants, including any and all claims based on any prepaid wireless system or service not provided by defendant Boston Communications Group, Inc.

Each party to bear its own costs and attorneys' fees and waiving all rights of appeal.

Respectfully submitted,

FREEDOM WIRELESS, INC.
By its attorneys,

/s/ John Kenneth Felter
John Kenneth Felter (BBO #162540)
kahuna@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone:   (617) 570-1000
Facsimile:    (617) 523-1231

Marshall M. Searcy III (admitted *pro hac vice*)
Erica P. Taggart (admitted *pro hac vice*)
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100


Dated: October 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on <u>Oct. 16</u>, 2006.

/s/
John Kenneth Felter
