UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FREEDOM WIRELESS, INC., | ) | Civil Action No. 05-11062-EFH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOSTON COMMUNICATIONS GROUP, INC.; ALLTEL CORP.; BAKERSFIELD CELLULAR; BLUEGRASS CELLULAR, INC.; BTC MOBILITY; C1 ARIZONA; CELLULAR PROPERTIES INC., d/b/a CELLULAR ONE OF EAST CENTRAL ILLINOIS; CENTENNIAL CELLULAR OPERATING CO.; CINCINNATI BELL WIRELESS, LLC; DOBSON CELLULAR SYSTEMS, INC.; EAST KENTUCKY NETWORK LLC d/b/a APPALACHIAN WIRELESS; FARMERS CELLULAR TELEPHONE d/b/a FARMERS CELLULAR; GREAT LAKES OF IOWA INC.; MARSEILLES CELLULAR, INC. d/b/a ILLINOIS VALLEY CELLULAR; MID-MISSOURI CELLULAR LLP; MOBILETEL INC.; MTA COMMUNICATIONS, d/b/a MTA WIRELESS; NEBRASKA WIRELESS TELEPHONE CO.; SOUTH #5 RSA LIMITED PARTNERSHIP d/b/a BRAZOS CELLULAR COMMUNICATIONS, LTD.; SOUTH CANAAN CELLULAR COMMUNICATIONS COMPANY, LLP d/b/a CELLULAR ONE OF NORTHEAST PENNSYLVANIA; SOUTHERN ILLINOIS RSA PARTNERSHIP d/b/a FIRST CELLULAR OF SOUTHERN ILLINOIS; THUMB CELLULAR LLC; UINTAH BASIN ELECTRONIC TELECOMMUNICATIONS d/b/a UBET WIRELESS; and DOES 1-20 et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE AND ALL OTHER CLAIMS WITHOUT PREJUDICE |
| Defendants. | | |

Pursuant to Fed. R. Civ. P. 41(a)(1), all parties that have appeared in the above-captioned action hereby stipulate and agree to the dismissal with prejudice of only the following claims: (1) all claims by Freedom Wireless, Inc. against Boston Communications Group, Inc. and all counterclaims by Boston Communications Group, Inc. against Freedom Wireless, Inc. and (2) all claims by Freedom Wireless, Inc. against defendants that have appeared (including Alltel Corporation and Southern Illinois RSA Partnership d/b/a First Cellular of Southern Illinois) that are based on any prepaid wireless system or service provided by defendant Boston Communications Group, Inc.; each party to bear its own costs and attorneys' fees and waiving all rights of appeal.

All parties that have appeared in the above-captioned action hereby further stipulate and agree to the dismissal without prejudice of any and all other claims and counterclaims that were or could have been brought by the parties to this action, including any and all claims by Freedom Wireless, Inc. based on any prepaid wireless system or service not provided by defendant Boston Communications Group, Inc., and any all counterclaims by defendants, including counterclaims of invalidity and unenforceability; each party to bear its own costs and attorneys' fees and waiving all rights of appeal.

Respectfully submitted,

Dated: October 17, 2006

By: /s/ John Kenneth Felter
John Kenneth Felter (BBO #162540)
Paul F. Ware, Jr., P.C. (BBO #516240)
Douglas C. Doskocil (BBO #558949)
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231

        Marshall M. Searcy III
        Erica P. Taggart
        QUINN EMANUEL URQUHART
          OLIVER & HEDGES, LLP
        865 South Figueroa Street, 10th Floor
        Los Angeles, CA 90017
        Tel: (213) 443-3000
        Fax: (213) 443-3100

        *Attorneys for Plaintiff*
        *Freedom Wireless, Inc.*

Dated: October 16, 2006     By: /s/ Dean G. Bostock
        Patrick J. Sharkey (BBO #454820)
        Dean G. Bostock (BBO #549747)
        MINTZ, LEVIN, COHN, FERRIS,
          GLOVSKY AND POPEO, P.C.
        One Financial Center
        Boston, MA 02111
        Tel: (617) 542-6000
        Fax: (617) 542-2241

        David C. Kiernan, Esq.
        Philip A. Sechler, Esq.
        John Cuddihy, Esq.
        Dov Grossman, Esq.
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Tel: (202) 434-5000
        Fax: (202) 434-5029

        *Attorneys for Defendant Boston*
        *Communications Group, Inc.*

Dated: October 17, 2006     By: /s/ Dean G. Bostock
        Patrick J. Sharkey (BBO #454820)
        Dean G. Bostock (BBO #549747)
        MINTZ, LEVIN, COHN, FERRIS,
          GLOVSKY AND POPEO, P.C.
        One Financial Center
        Boston, MA 02111
        Tel: (617) 542-6000
        Fax: (617) 542-2241

Michael H. Page
Leo L. Lam
Matthias A. Kamber
Andrew N. Shen
Kevin T. Reed
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188

*Attorneys for Defendants
Alltel Corporation; Bluegrass Cellular, Inc.; Cellular Properties, Inc. (d/b/a Cellular One of East Central Illinois); Centennial Cellular Operating Co. LLC; Cincinnati Bell Wireless LLC; Dobson Cellular Systems, Inc.; East Kentucky Network LLC (d/b/a Appalachian Wireless); Farmers Cellular Telephone, Inc. (d/b/a Farmers Cellular); Great Lakes of Iowa, Inc.; Marseilles Cellular, Inc. (d/b/a Illinois Valley Cellular); Missouri RSA #7 Limited Partnership (d/b/a Mid-Missouri Cellular); MTA Communications (d/b/a MTA Wireless); South #5 RSA Limited Partnership (d/b/a Brazos Cellular Communications, Ltd.); Southern Illinois RSA Partnership (d/b/a First Cellular of Southern Illinois); Thumb Cellular LLC; and Uintah Basin Electronic Telecommunications (d/b/a UBET Wireless)*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2006.

                                  /s/ Dean G. Bostock
                                  Dean G. Bostock