-2-

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., | ) Civil Action No. 05-11062-EFH |
| Plaintiff, | ) |
| v. | ) |
| BOSTON COMMUNICATIONS GROUP, INC., ALLTEL, et al. | ) |
| Defendants. | ) |

## QUINN EMANUEL URQUHART OLIVER & HEDGES LLP'S NOTICE OF TERMINATION OF ATTORNEYS' LIEN

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Quinn Emanuel Urquhart Oliver & Hedges hereby terminates its Notice of Attorneys' Lien, previously filed in the above-captioned case.

-3-

Dated: October 17, 2006

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


/s/ Marshall M. Searcy III
A. William Urquhart
Marshall M. Searcy III
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
(pro hac vice)

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2006.

/s/ Erica P. Taggart
_____
Erica P. Taggart